```
JUV0311                         STATE OF ALABAMA
                              CASE ACTION SUMMARY
                                              CASE: JU 2004 000352 02
                                         JUDGE: PHILLIP W WOOD
------------------------------------------------------------------------
IN THE JUVENILE COURT OF    AUTAUGA      COUNTY, ALABAMA     Jim Debardelaben
NAME:  BOGAN JENNIFER                                              +
ADDR:  257 CO RD 13 W                 DOB:    /  /  0         Milton Westry
                                      RACE: B       SEX: F
       AUTAUGAVILLE    AL    36003    SCHOOL:
PHONE: 000-000-0000
CHARGE: RESISTING ARREST              TYPE: DELINQUENT
PET DATE: 00/00/0000   IO:                        PO:
COM DATE: 11/23/2004   CA:               CA DATE: 00/00/0000
************************************************************************
************************************************************************
PETITIONER     NAME: JOHNSON CHIEF
               ADDR: AUTAUGAVILLE POLICE DEPT
                                          HOME PHONE: 000-000-0000
                                          WORK PHONE: 000-000-0000
               AUTAUGAVILLE    AL   36003
------------------------------------------------------------------------
  DATE          ACTIONS, JUDGEMENTS, CASE NOTES
11/23/2004    | CODE: REST   CHG: RESISTING ARREST       CAT: Q
11/23/2004    | COMP DATE: 11232004   COMP TIME: 0829 A      (JV02)
11/23/2004    | INC DATE: 11192004                           (JV02)
11/23/2004    | PARTY ADDED   C001   JOHNSON CHIEF           (AW21)
11/23/2004    | PARTY ADDED   C002   JOHNSON CHIEF           (AW21)
11/23/2004    | PETITION ISSUED
3-29-05       | Petition (Copy to Juvenile)
5-16-05       | Continue[d] to 6-15-05 [illegible]
8-17-05       | Defendant Juvenile found Not Guilty [illegible]
```

RECEIVED NOV 2 2005



PLAINTIFF'S EXHIBIT 1

(11/23/2004) TAJ