```
JUVO311                        STATE OF ALABAMA
                             CASE ACTION SUMMARY
                                         CASE: JU 2004 000352 01
                              JUDGE: PHILLIP W WOOD
------------------------------------------------------------------
IN THE JUVENILE COURT OF  AUTAUGA     COUNTY, ALABAMA    Jim Debardelaben
NAME:  BOGAN JENNIFER                                         ↓
ADDR:  257 CO RD 13 W              DOB: 8 13 1870       Milton Westry
                                  RACE: B    SEX: F
      AUTAUGAVILLE    AL  36003    SCHOOL:
PHONE: 000-000-0000
CHARGE: ASSAULT 3RD DEGREE      TYPE: DELINQUENT
PET DATE: 00/00/0000 IO:                    PO:
COM DATE: 11/23/2004 CA:         CA DATE: 00/00/0000
******************************************************************
******************************************************************
PETITIONER    NAME: JOHNSON CHIEF
              ADDR: AUTAUGAVILLE POLICE DEPT    HOME PHONE: 000-000-0000
                                               WORK PHONE: 000-000-0000
                  AUTAUGAVILLE    AL  36003
------------------------------------------------------------------
  DATE              ACTIONS, JUDGEMENTS, CASE NOTES
 11/23/2004    | CODE: ASS3  CHG: ASSAULT 3RD DEGREE    CAT: Q
 11/23/2004    | INC DATE: 11192004                       (JV02)
 11/23/2004    | COMP DATE: 11232004  COMP TIME: 0818 A   (JV02)
 11/23/2004    | PARTY ADDED  C001  JOHNSON CHIEF          (AW21)
 11/23/2004    | PARTY ADDED  C002  JOHNSON CHIEF          (AW21)
 11/23/2004    | PETITION ISSUED
```

3-29-05 | Petition (Copy to Juvenile)
5-16-05 | State request to Continue to subpoena
        | Witnesses. Continued to 6-15-05 pm
6-15-05 | Taken under advisement pud
10-19-05 | Juvenile Found Guilty. Continue to pass
~~_____~~ | Juvenile Found Not Guilty [illegible]

RECEIVED
NOV 2 2005

(11/23/2004) TAJ

PLAINTIFF'S
EXHIBIT
2