Jim Debardelaben
v
Milton Westry

| DATE | ACTIONS, JUDGEMENT(S), CASE NOTES |
|---|---|
| 3-24-05 | Petition (Copy to Juvenile) |
| 4-21-05 | Notice of Appearance |
| 4-21-05 | Motion to Produce |
| 5-3-05 | Motion to Produce - Granted (Copy to Jim Debardelaben + DA) |
| 5-16-05 | Continue 1 to 6-15-05 ??? |
| 6-15-05 | Testimony Taken - Taken under Advisement ??? |
| ~~8-19-05~~ | ~~Defendant Juvenile found not guilty ???~~ |

RECEIVED NOV 2 2005

PLAINTIFF'S EXHIBIT 3