AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNIE BOGAN, as next best friend
on behalf of her minor daughter
JENNIFER BOGAN

PLAINTIFFS,

v

TOWN OF AUTAUGAVILLE, A
Municipal Corporation organized under
the laws of the State of Alabama;
LE VAN JOHNSON, Individually and in
his official capacity as Police Chief of the
Town of Autaugaville;

DEFENDANTS.

SUMMONS IN A CIVIL CASE
CASE NUMBER:

2:06CV376-SRW

TO:   Town of Autaugaville c/o Autaugaville City Clerk Valerie Seabon-109 N. Taylor Street, Autaugaville, Alabama 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

April 26, 2006
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me | DATE: |
| Name of Server (Print): | TITLE: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☐ Other (Specify): _____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                     Date                                                   Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNIE BOGAN, as next best friend
on behalf of her minor daughter
JENNIFER BOGAN

PLAINTIFFS,

v.

TOWN OF AUTAUGAVILLE, A
Municipal Corporation organized under
the laws of the State of Alabama;
LE VAN JOHNSON, Individually and in
his official capacity as Police Chief of the
Town of Autaugaville;

DEFENDANTS.

SUMMONS IN A CIVIL CASE
CASE NUMBER:

2:06CV 376 -SRW

TO: Le Van Johnson c/o Autaugaville City Hall-109 N. Taylor Street, Autaugaville, Alabama 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

April 26, 2006
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me | DATE: |
| Name of Server (Print): | TITLE: |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☐ Other (Specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server