AO 440  (Rev. *10/93*)  Summons in a Civil Action

# RETURN OF SERVICE

| Service of the summons and complaint was made by me | DATE: April 27, 2006 |
|---|---|
| Name of Server (Print): LEE OWEN | TITLE: Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 109 N. Taylor St. Autaugaville, AL 36066

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*Specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 27, 2006
_____Date_____

_____
Signature of Server

432-B Coliseum Blvd.
Address of Server
Montgomery, AL 36109

RETURNED AND FILED

APR 2 8 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

AO 440 (Rev. 10/93)  Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**JOHNNIE BOGAN, as next best friend
on behalf of her minor daughter
JENNIFER BOGAN**

PLAINTIFFS,

v

**TOWN OF AUTAUGAVILLE, A
Municipal Corporation organized under
the laws of the State of Alabama;
LE VAN JOHNSON, Individually and in
his official capacity as Police Chief of the
Town of Autaugaville;**

DEFENDANTS.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER:
2:06CV376- SRW

**TO:**   Town of Autaugaville c/o Autaugaville City Clerk Valerie Seabon-109 N. Taylor Street,
Autaugaville, Alabama 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon
you, exclusive of the day of service.    If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.   *Debra P. Hackett*

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

*April 26, 2006*

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me | DATE: April 27, 2006 |
| Name of Server (Print): LEE QIEN | TITLE: Licensed Private Detective |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 109 N. Taylor St. Autaugaville, AL 36006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 27, 2006
Date

Signature of Server

#32-B Coliseum Blvd.
Address of Server
Montgomery, AL 36109

RETURNED AND FILED

APR 28 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**JOHNNIE BOGAN, as next best friend
on behalf of her minor daughter
JENNIFER BOGAN**

PLAINTIFFS,

v

**TOWN OF AUTAUGAVILLE, A
Municipal Corporation organized under
the laws of the State of Alabama;
LE VAN JOHNSON, Individually and in
his official capacity as Police Chief of the
Town of Autaugaville;**

DEFENDANTS.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER:

2:06CV 376-SRW

**TO:**  Le Van Johnson c/o Autaugaville City Hall-109 N. Taylor Street, Autaugaville, Alabama 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**JIM L. DeBARDELABEN, P.O. BOX 152, MONTGOMERY, ALABAMA 36101-0152**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_(signature)_
(BY) DEPUTY CLERK

_April 26, 2006_
DATE