### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

Johnnie Bogan, as next best friend           *
on behalf of her minor daughter, J.B.        *
                                             *
    Plaintiffs,           *
                                             *
vs.                                          *     2:06-376-SRW
                                             *
Town of Autaugaville, et al.,                *
                                             *
    Defendants.           *

### REPORT OF PARTIES' PLANNING MEETING

I.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on May 23, 2006, and was attended by:

    Jim DeBardalaben for Plaintiff
    Rick Howard for Defendants

II.    Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.    All discovery commenced in time to be completed by August 24, 2007;

b.    Maximum of 40 interrogatories by each party to the other party; response are due 30 days after service.

c.    Maximum of 50 requests for admissions by each party to the other party; responses due 30 days after service;

d. Maximum of 20 depositions by Plaintiff and 20 depositions by Defendants.

e. Each deposition will not exceed four hours unless agreed to by the parties.

f. Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiffs    :    December 29, 2006

    From Defendants    :    February 12, 2007

IV. Other Items

a. Parties do not request a conference with the Court before entry of the scheduling order;

b. The parties request a pretrial conference on August 24, 2007.

c. Plaintiffs will be allowed until September 1, 2006, to enjoin additional parties and until September 1, 2006, to amend pleadings.

d. Defendants shall be allowed until October 16, 2006, to enjoin additional parties and until October 16, 2006, to amend pleadings.

e. All potentially dispositive motions should be filed by May 24, 2007

f. Final list of witness and exhibits under Rule 26(a)(3) should be due:

    Plaintiff's exhibit list - 45 days before trial, August 10, 2007

    Plaintiff's witness list - 45 days before trial, August 10, 2007

    Defendant's exhibit list - 45 days before trial, August 10, 2007

    Defendant's exhibit list - 45 days before trial, August 10, 2007

g. Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h. The case should be ready for trial by September 24, 2007, and is expected to take approximately 3 days.

Dated: 05/23/06

/s Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

/s Jim DeBardalaben
Jim DeBardalaben
Attorney for Plaintiffs

1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152