IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN -2 A 10: 11

Johnnie Bogan, as next best Friend
on behalf of her minor daughter, J.B.
_____
Plaintiff(s),       )
                    )
v.                  )      CIVIL ACTION NO. 2:06-cv-376-SRW
                    )
Town of Autaugaville, et al.
_____
Defendant(s).       )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6/01/06
_____
Date

/s/ L. DeBardeleben
_____
Signature

Johnnie Bogan and minor daughter J.B.
_____
Counsel For (**print name** of all parties)

P.O. Box 152, Montgomery, AL. 36101
_____
Address, City, State Zip Code

(334) 265-9206
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
**Clerk, United States District Court**
Post Office Box 711
Montgomery, AL 36101