IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 31 P 3: 53

Johnnie Bogan,                      )
                                    )
    Plaintiff(s),                   )
                                    )
v.                                  )   CIVIL ACTION NO. 2:06cv376-SRW
                                    )
Town of Autaugaville,               )
                                    )
    Defendant(s).                   )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5/31/06
Date

/s/ Willi McKay
Signature

Town of Autaugaville, LeVan Johnson
Counsel For (**print name** of all parties)

P.O. Box 4128, Montgomery, AL 36103
Address, City, State Zip Code

(334) 215-8585
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101