IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BOGAN, as next best friend on behalf of her minor daughter, J.B., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF AUTAUGAVILLE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 2:06cv376-SRW WO |

**ORDER ON MOTION**

Upon consideration of the defendants' motion for entry of HIPAA order (Doc. # 11), filed June 15, 2006, and for good cause, it is

ORDERED that the motion is GRANTED as follows:

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996)("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the

Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. Section 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered either to return the protected health information to the covered entity from whom or which such protected health information was obtained, or to destroy it (including all copies made), immediately upon conclusion of this action. See C.F.R. Section 164.512(e)(1)(v).

DONE, this 21st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE