# DEPOSITION OF JENNIFER BOGAN

## September 19, 2006

## Pages 1 through 126

# CONDENSED TRANSCRIPT AND CONCORDANCE PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
566 South Perry Street
Post Office Box 62
Montgomery, AL  36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

PENGAD 800-631-6889

EXHIBIT
1

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE MIDDLE DISTRICT OF ALABAMA
3                    NORTHERN DIVISION
4
5    JOHNNIE BOGAN, as next
     best friend on behalf of her
6    minor daughter, J.B.,
7          Plaintiff,
8    Vs.                    CIVIL ACTION NO.
                            2:06-376-SRW
9    TOWN OF AUTAUGAVILLE, et al.,
10         Defendants.
11
12
               * * * * * * * * * * * *
13
14         DEPOSITION OF JENNIFER BOGAN, taken pursuant
15   to stipulation and agreement before Pamela A.
16   Wilbanks, Registered Professional Reporter and
17   Commissioner for the State of Alabama at Large, in
18   the Law Offices of Nix, Holtsford, Gilliland, Hitson
19   & Higgins, 4001 Carmichael Road, Suite 300,
20   Montgomery, Alabama, on Tuesday, September 19, 2006,
21   commencing at approximately 10:50 a.m.
22
23             * * * * * * * * * * * *

Page 2

1
2          APPEARANCES
3
4    FOR THE PLAINTIFF:
5    Mr. Milton J. Westry
     LAW OFFICE OF MILTON J. WESTRY
6    Attorney at Law
     1505 Madison Avenue
7    Montgomery, Alabama
8
     FOR THE DEFENDANTS:
9
     Mr. Rick A. Howard
10   NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
     Attorneys at Law
11   4001 Carmichael Road - Suite 300
     Montgomery, Alabama 36106
12
     ALSO PRESENT:
13
     Johnnie Bogan
14   Chief Johnson
15
               * * * * * * * * * * * *
16
          EXAMINATION INDEX
17
18   BY MR. HOWARD . . . . . . . . . .   4
     BY MR. WESTRY . . . . . . . . . .  112
19   BY MR. HOWARD . . . . . . . . . .  121
               * * * * * * * * * * *
20
21
22
23

Page 3

1               STIPULATION
2          It is hereby stipulated and agreed by and
3    between counsel representing the parties that the
4    deposition of JENNIFER BOGAN is taken pursuant to the
5    Federal Rules of Civil Procedure and that said
6    deposition may be taken before Pamela A. Wilbanks,
7    Registered Professional Reporter and Commissioner for
8    the State of Alabama at Large, without the formality
9    of a commission, that objections to questions other
10   than objections as to the form of the question need
11   not be made at this time but may be reserved for a
12   ruling at such time as the said deposition may be
13   offered in evidence or used for any other purpose by
14   either party provided for by the Statute.
15         It is further stipulated and agreed by and
16   between counsel representing the parties in this case
17   that the filing of said deposition is hereby waived
18   and may be introduced at the trial of this case or
19   used in any other manner by either party hereto
20   provided for by the Statute regardless of the waiving
21   of the filing of the same.
22         It is further stipulated and agreed by and
23   between the parties hereto and the witness that the

Page 4

1    signature of the witness to this deposition is hereby
2    waived.
3
          * * * * * * * * * * * * *
4
          JENNIFER BOGAN
5
     The witness, after having first been duly
6
     sworn to speak the truth, the whole truth and nothing
7
     but the truth testified as follows:
8
          EXAMINATION
9
10   BY MR. HOWARD:
11   Q.  If you could, please state your full name for
12      me.
13   A.  Jennifer Rena Bogan.
14   Q.  How do you spell your middle name?
15   A.  R-E-N-A.
16   Q.  My name is Rick Howard, and I represent the
17      defendants that you've sued in this lawsuit in
18      federal court.  Today is my day to get to ask
19      you questions about the facts giving rise to
20      this lawsuit.  If you don't understand one of
21      my questions, let me know.  I'll rephrase it
22      any way possible.  You saw your mother's
23

Page 5

1    way.  If you need to take a break, just let me
2    know.  If you want to talk to your lawyer,
3    that's fine.  Let me know.  We're coming up on
4    lunch in a little bit.  If you want to stay,
5    we'll stay.  If you want to go take a lunch
6    break, we'll do that.
7         I will ask that you verbalize your
8    responses or say it so she can get it down.
9    If you -- And that's hard to remember to do.
10   If you shake your head or something like that,
11   Pam is not going to know whether it's a yes or
12   a no.
13        What is your birth date?
14   A.  August 13, 1987.
15   Q.  What is your social security number?
16   A.  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.
17   Q.  Do you have a driver's license?
18   A.  Yes, sir.
19   Q.  What is your driver's license?
20   A.  756680.
21   Q.  Alabama?
22   A.  Yes, sir.
23   Q.  How many times have you been arrested?

Page 6

1    A.  Two.
2    Q.  What were those times for?
3    A.  At the school and after the dance.
4    Q.  Have you had any other problems with the
5        police whatsoever?
6    A.  No, sir.
7    Q.  Have you ever filed a lawsuit against anybody
8        other than this lawsuit?
9    A.  No, sir.
10   Q.  Have you ever given a deposition before?
11   A.  No, sir.
12   Q.  Have you ever testified in court before?
13   A.  No, sir.
14   Q.  Have you read any of the statements that
15       people gave in this case?
16   A.  No, sir.
17   Q.  Did you give a statement -- a handwritten
18       statement?
19   A.  I think I did.
20   Q.  Do you know who you gave it to?
21   A.  At the school.
22   Q.  Did you ever talk to any of your friends about
23       the statements they gave?

Page 7

1    A.  No, sir.
2    Q.  Did you ever talk to Ms. Hickman about this
3        incident at the school involving Chief Johnson
4        and the lunchroom?
5    A.  After it happened, but we really didn't get to
6        talk.
7    Q.  Today I'm going to talk about the lunchroom
8        incident and the after-the-dance incident.  Do
9        you know what I'm talking about when I use
10       both of those terms?
11   A.  Yes, sir.
12   Q.  When do you first remember a police officer
13       being at your school?
14   A.  When he came out to the breezeway where we was
15       at.
16   Q.  I'm going back further.  Has a police officer
17       been at your school ever since you've been
18       going there?
19   A.  Oh, yes, sir.
20   Q.  Did you ever have any interaction with a
21       police officer before Chief Johnson?
22   A.  Mr. McNatt?  I don't know his name.
23   Q.  Was it a security guard or police officer?

Page 8

1    A.  Police officer.
2    Q.  And it was Mr. McNatt?
3    A.  I think so.
4    Q.  What dealings did you have with Mr. McNatt?
5    A.  After assembly we had -- me and Jessica Hill
6        and my cousin -- everybody was standing
7        outside after assembly.  And my cousin had
8        said something to us, and we was, like, you
9        better go on before we shoot you or something,
10       and she was like -- stab you, one of them.
11       I don't remember.
12   Q.  And that was the shooting or stabbing threat
13       in 2002?
14   A.  It wasn't a threat.  He said it was a threat.
15       We was just playing.
16   Q.  Could it have been September 27, 2002?
17   A.  I have no idea.
18   Q.  But it was involving a girl named Jessica
19       Hill?
20   A.  Yes, sir.  And Jamiah Sullen was the guy.
21   Q.  Who?
22   A.  Jamiah Sullen.
23   Q.  Did you use the words "shoot" and "stab"?

Deposition of Jennifer Bogan                                    September 19, 2006

Page 9

1    A.  I used one of them and Jessica Hill used the
2        other one.
3    Q.  Which one did you use?
4    A.  I think shoot.  I have no idea.
5  · Q.  And whether you're joking or not, that
6        statement was made to another student?
7    A.  Yes, sir.
8    Q.  And who was the student that you made that
9        statement to?
10   A.  To Jamiah Sullen.
11   Q.  And I guess he told on you?
12   A.  No.
13   Q.  How did the police find out about it?
14   A.  He heard.
15   Q.  And the officer was McNatt?
16   A.  I think so.
17   Q.  Did Officer McNatt talk to you about that?
18   A.  I think so.
19   Q.  What did he say to you?
20   A.  I don't remember.
21   Q.  Did Principal Clay talk to you about that
22       incident?
23   A.  I don't think so.

Page 10

1    Q.  What grade were you in when that happened?
2    A.  I don't know.
3    Q.  The ninth or tenth?
4    A.  I think so.
5    Q.  Something like that?
6    A.  Yes, sir.
7    Q.  Were you in high school at that time?
8    A.  Yes, sir.
9    Q.  And what grades are in the high school, ninth
10       through twelfth?
11   A.  Seventh through twelfth.
12   Q.  Do you remember Officer McNatt ordering you to
13       go back to the office to talk about this
14       incident?
15   A.  Yes, sir.
16   Q.  What did you do when he ordered you to go back
17       to the office?
18   A.  Kept going to my class.
19   Q.  You refused to do what he told you, correct?
20   A.  Yes, sir.
21   Q.  He tried to stop you and you did not listen to
22       him, correct?
23   A.  Yes, sir.

Page 11

1    Q.  And you walked off?
2    A.  Yes, sir.
3    Q.  And he stopped you by the arm telling you to
4        go to the office?
5    A.  He grabbed me by the arm.
6    Q.  He grabbed you by the arm.  Then what
7        happened?
8    A.  I think we went to our class.  I don't know.
9    Q.  After he grabbed you by the arm, did you go to
10       the office?
11   A.  I'm not sure.
12   Q.  Other than Officer McNatt and Chief Johnson
13       grabbing you by the arm or the shoulder or
14       something, have you ever been grabbed by
15       another police officer?
16   A.  No, sir.
17   Q.  Has a police officer ever given you an order
18       other than Officer McNatt and Chief Johnson
19       and you refused to obey that order?
20   A.  No, sir.
21   Q.  Has any other police officer given you an
22       order other than Officer McNatt and Chief
23       Johnson?

Page 12

1    A.  No, sir.
2    Q.  Do you now remember whether or not Principal
3        Clay talked to you about the shooting and
4        stabbing incident?
5    A.  No, sir.
6    Q.  Prior to the -- or before the shooting and
7        stabbing incident, had you ever been in
8        trouble at school?
9    A.  Yes, sir.
10   Q.  How many times?
11   A.  I have no idea.
12   Q.  More than ten?
13   A.  I don't know.
14   Q.  What were some of the other times that you got
15       in trouble for at school before the shooting
16       and stabbing incident?  Did you get in trouble
17       for fighting at school?
18   A.  I think so.
19   Q.  And that was before the shooting and stabbing
20       incident, correct?
21   A.  I think so.
22   Q.  Who were you fighting with at that time?
23   A.  I have no idea.

Deposition of Jennifer Bogan

September 19, 2006

Page 13

1   Q.  Did you get in trouble two times for fighting
2       before the shooting and stabbing incident?
3   A.  I have no idea.
4   Q.  Is there anything that could help your
5       memory? Do you keep records from school?
6   A.  No, sir.
7   Q.  In September of 2004, you witnessed one sister
8       stab another sister in the leg, didn't you?
9   A.  No, sir.
10  Q.  You did not witness that?
11  A.  No, sir.
12  Q.  Were you at the house when it happened?
13  A.  Yes, sir.
14  Q.  How did that event affect you?
15  A.  It didn't.
16  Q.  At all?
17  A.  No, sir.
18  Q.  You didn't care one way or the other?
19  A.  Yes, sir, I cared, but it didn't affect me.
20  Q.  To your knowledge, how many times have the
21      police been to your house?
22  A.  A few times.
23  Q.  Could it be more than five?

Page 14

1   A.  No, sir, I don't think so.
2   Q.  It's been more than a few, though?
3   A.  Yes, sir.
4   Q.  We know about the one sister stabbing the
5      other sister in the leg. What are the other
6      times that the police have been to your house?
7   A.  When my sister tried to kill herself.
8   Q.  When did that happen?
9   A.  Like in 2004 or '5. I have no idea.
10  Q.  Did the Town of Autaugaville police go to your
11      house at that time?
12  A.  The sheriff.
13  Q.  The sheriff?
14      What other times has the Autaugaville
15      police or the sheriff been to your house?
16  A.  Probably for my brother.
17  Q.  When is the last time you spoke to your
18      brother?
19  A.  When he got in trouble this year.
20  Q.  Do you know where he's at now?
21  A.  No, sir.
22  Q.  What other times have the police been to your
23      house?

Page 15

1   A.  This year?
2   Q.  Anytime that you can remember.
3   A.  I can't remember.
4   Q.  Do you remember getting in trouble at school
5      for a dress code violation in October of 2004?
6   A.  No, sir.
7   Q.  Do you remember getting in trouble at school
8      in November of 2004 for disobedience?
9   A.  Probably if I know, like, about what, but I
10      don't know.
11  Q.  That's fair, and I'm going to try to find out
12      the teacher that reported it. It just says
13      the administrator was Sharon Hickman and the
14      infraction was disobedience. Does that ring a
15      bell?
16  A.  No, sir.
17  Q.  There was an incident the day after. It was
18      inciting others and a disturbance. The
19      administrator was John E. Clay. Do you
20      remember that?
21  A.  I remember it, but I don't know what happened.
22  Q.  A few months later, on February 7, 2005, you
23      got in trouble for defiance of authority. Do

Page 16

1      you remember what that one was about?
2         MR. WESTRY: Who is that one with?
3         MR. HOWARD: John E. Clay,
4         administrator.
5         MR. WESTRY: That's a different
6         incident than the inciting
7         incident that you asked her
8         about?
9         MR. HOWARD: Yes. The inciting
10        incident happened on November 29,
11        2004 and the defiance of
12        authority happened on February 4,
13        2005, about 60-something days
14        later.
15  Q.  Do you remember what happened at that time?
16  A.  No, sir.
17  Q.  Do you remember going to the alternative
18      placement after the November 29 incident?
19  A.  Talking about this incident?
20  Q.  I'll show you what I've got. This was marked
21      Number 39. It was in our initial disclosures,
22      and it just says alternative placement. And I
23      was leading up, did you have to go to that

Deposition of Jennifer Bogan                                    September 19, 2006

---

Page 17

1     alternative school at that time? I don't know
2     if you've ever seen that document or not.
3     That's just something the school gave me.
4  A. Probably so. I don't remember.
5  Q. How many times have you been to the
6     alternative school?
7  A. Like three or four.
8  Q. What do you call that? Does it have a name or
9     do you just call it the alternative school?
10 A. Just call it the alternative school.
11 Q. And you think you've been there three or four
12    times?
13 A. Yes, sir.
14 Q. One of the times was the lunchroom incident;
15    is that correct?
16 A. Yes.
17 Q. What are the other two or three times?
18 A. When I got in trouble for telling the
19    teacher -- They said I threatened the teacher
20    by saying I'm going to call my mama.
21 Q. Any other times?
22 A. When I got in a fight at the game.
23 Q. Was that the dance fight?

---

Page 18

1  A. No, sir.
2  Q. There was a fight after a game and then there
3     was another incident, the fight after the
4     dance?
5  A. Yes, sir.
6  Q. Tell me about the fight after the game. When
7     did that happen?
8  A. This year right after a basketball game.
9  Q. That would have been in the winter of 2005
10    or I guess the spring of 2006? Your senior
11    year?
12 A. Yes, sir. In January.
13 Q. January 2006?
14 A. (Witness nods head positively.)
15 Q. Tell me about what happened at that fight.
16 A. Me and a girl got into it, and we just got in
17    a fight and had to go to the alternative
18    school.
19 Q. Was that in January -- on January 6, 2006
20    right after school started back?
21 A. I think so.
22 Q. What other times have you been to the
23    alternative school that you can think of?

---

Page 19

1  A. I think that's it. I can't remember.
2  Q. Where is the alternative school located?
3  A. In Prattville behind Hardee's. Going in the
4     neighborhood behind Hardee's.
5  Q. When you go to the alternative school, what do
6     they do? Do you have classes in your subjects
7     or what do they do there?
8  A. You have to go in and sit in a little cubical
9     and wait till your teacher send you some work,
10    and you have to sit in that little one cubical
11    all day facing the front.
12 Q. Can't talk to anybody?
13 A. No, sir.
14 Q. Is that punishment?
15 A. It's cruelty.
16 Q. What makes you say that?
17 A. Because it is.
18 Q. What's cruel about it?
19 A. They give you cold lunches. Don't let you
20    wear jackets. They have it freezing in there.
21 Q. Anything else?
22 A. (Witness nods head negatively.)
23 Q. Is that a no?

---

Page 20

1  A. No, sir.
2  Q. How many people are in the alternative school?
3  Q. How many people was in there that time?
4  Q. How many people generally are in the
5     alternative school at one time?
6  A. A lot of people. About 25, 30 students.
7  Q. Has your time period at the alternative school
8     ever been extended because you misbehaved at
9     alternative school?
10 A. No, sir.
11 Q. Who was the principal at the alternative
12    school?
13 A. I don't know his name. He retired.
14 Q. Do you know if that's part of the Autauga
15    County School System?
16 A. Yes, sir.
17 Q. Tell me about the incident in the lunchroom
18    with Chief Johnson.
19 A. Me, KeyShay Sullen, Lashondra Sullen --
20 Q. I'm slow sometimes. What were their names?
21    You and who else?
22 A. KeyShay Sullen, Lashondra Sullen.
23 Q. Her sister?

---

Deposition of Jennifer Bogan                                    September 19, 2006

Page 21

1    A.  Cousin.
2    Q.  What was her first name?
3    A.  Lashondra.
4    Q.  Lashondra?
5    A.  (Witness nods head positively.)
6    Q.  Okay.
7    A.  Toneka (phonetic) Earle.
8    Q.  Okay.
9    A.  Akia Earle and Jessica Hill.
10   Q.  Who was that --
11   A.  Akia.
12   Q.  Akia Earle?
13   A.  Yes, sir.
14   Q.  And Jessica Hill?
15   A.  Yes, sir.
16   Q.  Is Jessica Hill kind of like your running
17       buddy?
18   A.  My best friend.
19   Q.  You get in trouble with her a lot?
20   A.  No, sir.
21   Q.  She was the one involved in the shooting and
22       stabbing statement?
23   A.  Yes, sir.

Page 22

1    Q.  Was she there when you were arrested after the
2        dance?
3    A.  Yes, sir.
4    Q.  Was she there when you got into the fight
5        after the game?
6    A.  No, sir.
7    Q.  Has she ever been to alternative school with
8        you?
9    A.  No, sir.
10   Q.  You, KeyShay, Lashondra, Akia Earle and
11       Jessica Hill were where?
12   A.  Standing outside in the breezeway between the
13       lunchroom and the fifth and sixth grade
14       building.
15   Q.  Outside the lunchroom?
16   A.  Yes, sir.
17   Q.  Between the fifth and sixth grade building?
18   A.  Uh-huh (positive response).  And the
19       lunchroom.
20   Q.  Was that inside or outside?
21   A.  Outside.
22   Q.  Did you have to have a pass to be outside of
23       the lunchroom?

Page 23

1    A.  No, sir.
2    Q.  Do you know what the school rule is on that?
3    A.  I don't think -- I don't think so, no, sir.
4    Q.  When you started going there, did they issue
5        you any type of student handbook?
6    A.  Yes, sir.
7    Q.  Do you have that today?
8    A.  No, sir.
9    Q.  Not with you but at your house?
10   A.  No, sir.
11   Q.  Was it okay to be outside the school building?
12   A.  Yes, sir.
13   Q.  Did you have to ask anybody to be outside the
14       school building or is that just something that
15       you just did?
16   A.  Just an everyday thing.
17   Q.  You and these girls are standing outside the
18       school building outside the lunchroom between
19       the fifth and sixth grade building --
20   A.  In the breezeway.
21   Q.  -- in the breezeway.  What happened then?
22   A.  We was standing outside talking and --
23   Q.  About what time of day was this?

Page 24

1    A.  I'd say between 11:25 and about twelve
2        o'clock.  I don't know.
3    Q.  Sometime around lunchtime?
4    A.  Yes, sir.
5    Q.  You were standing outside in the breezeway
6        talking.  What happened?
7    A.  Chief Johnson walked up.
8    Q.  Where was he walking from?
9    A.  Out of the fifth and sixth grade building.
10   Q.  Walking towards you?
11   A.  Uh-huh (positive response).
12   Q.  Were you outside the building?
13   A.  Outside the building.
14   Q.  Was he outside the building?
15   A.  He was inside the building.
16   Q.  Then what happened?
17   A.  He came out and he asked us where we were
18       supposed to be.
19   Q.  He came outside the building and then asked
20       everybody where you were supposed to be or
21       just you?
22   A.  Everybody.
23   Q.  What did you tell him?

6 (Pages 21 to 24)

Page 25

1  A.  The second time I said, I ain't got nowhere to
2      be.
3  Q.  What did you tell him the first time?
4  A.  None of us say nothing.
5  Q.  So the first time -- When you said the second
6      time you told him, is that the second time
7      that he asked you?
8  A.  Yes, sir.
9  Q.  So the first time everybody just ignored him?
10  A.  Yes, sir.
11  Q.  The second time you said, ain't nowhere to
12      be?
13  A.  Yes, sir.
14  Q.  Was he outside the building when he asked you
15      the second time?
16  A.  Yes, sir.
17  Q.  Were there any other students standing around
18      you and the four other girls?
19  A.  No, sir.
20  Q.  What were all of you girls doing?
21  A.  Talking about why we was outside?
22  A.  Yes, ma'am.
23  A.  Just standing up talking.

Page 26

1  Q.  Were you waiting to go into lunch or waiting
2      to go into class?
3  A.  We was at lunch, but our class was in the
4      lunchroom.  But we was going outside to the
5      fifth and sixth grade hall to buy drinks.  So
6      we just stand right there and talk before we
7      went in the building.
8  Q.  How long had you been standing there?
9  A.  I'd say about five minutes.
10  Q.  The drink room that I've heard people talk
11      about, is that inside the fifth and sixth
12      grade building?
13  A.  Yes, sir.
14  Q.  And you have to walk out of your lunchroom
15      outside the building where the lunchroom is
16      at --
17  A.  Yes, sir.
18  Q.  -- for how far?
19  A.  From like --
20  Q.  Ten feet or 20 feet?
21  A.  I have no idea.
22  Q.  As long as that table?
23  A.  I think it's about the same width.  I'm not

Page 27

1      sure.
2  Q.  That's fine.  I don't want you to guess.  I
3      just want you to tell me what you know.
4         But for some area you have to walk
5      outside, correct?
6  A.  Yes, sir.
7  Q.  And then you walk into the fifth and sixth
8      grade building to go to the drink room?
9  A.  (Witness nods head positively.)
10  Q.  Is that a yes?
11  A.  Yes, sir.
12  Q.  The drink room in the fifth and sixth grade
13      building, is that close to the door where you
14      go in the fifth and --
15  A.  It's right there when you go in the door.
16  Q.  So you had been standing outside talking to
17      these girls for about five minutes, and Chief
18      Johnson comes up and says what?  Where should
19      you be?
20  A.  Where are y'all supposed to be I guess he had
21      said.
22  Q.  Did he ask it again and you say, ain't got
23      nowhere to be?

Page 28

1  A.  Yes, sir.
2  Q.  Then what happens?
3  A.  Then we -- half of the girls walked in the
4      building, and the other girls stayed outside.
5  Q.  What building did half the girls walk into?
6  A.  The fifth and sixth grade building where they
7      were selling drinks at.
8  Q.  The drink room?
9  A.  The drink room.
10  Q.  Which ones walked inside?
11  A.  Me, KeyShay, Lashondra and Toneka.
12  Q.  What did the other girls do?
13  A.  They were still outside.  I think they was
14      talking to Chief Johnson.  I don't know.
15  Q.  What happened next?
16  A.  We went in and they bought sodas -- bought a
17      juice, and we walked into the restroom and
18      started talking.  Then that's when he came
19      back up, and he said something.  I don't
20      remember.
21  Q.  Did you say anything to Chief Johnson other
22      than, ain't got nowhere to be, before you
23      walked into the drink room?

Page 29

1   A.  No, sir.
2   Q.  After you said that, did you go straight into
3       the drink room?
4   A.  Yes, sir.
5   Q.  How long were you in the drink room?
6   A.  About a minute.  Two, three minutes.
7   Q.  Was Chief Johnson in the drink room with you
8       at that time?
9   A.  No.
10  Q.  How big is the drink room?
11  A.  It's just like a little closet like.  Used to
12      be a janitor closet.
13  Q.  It's not a huge, big place like the lunchroom?
14  A.  No, sir.
15  Q.  You can't get more than 20 people in the drink
16      room, can you?
17  A.  No, sir.
18  Q.  It's not that big?
19  A.  (Witness nods head negatively.)
20  Q.  You were in the drink room one, two, three
21      minutes, I think you said, and then you walk
22      out.  What happens?
23  A.  No.  They went in and they bought their

Page 30

1       juices, and then we walked to the restroom.
2   Q.  Is the restroom connected to the drink room or
3       do you have to walk back out in the hall?
4   A.  No.  It's connected to it.
5   Q.  You walk into the girls bathroom?
6   A.  (Witness nods head positively.)
7   Q.  Is that a yes?
8   A.  Yes, sir.
9   Q.  Who all walked into the girls restroom with
10      you?
11  A.  Me, KeyShay, Lashondra and Toneka.
12  Q.  How long were you in the restroom?
13  A.  Two, three minutes.
14  Q.  Then what happened?
15  A.  We was just standing up there on the wall
16      talking, and that's when he walked up and he
17      said something.  I don't remember what he
18      said.  And I said, I'm going to get some
19      tissue to blow my nose, and that's when I
20      walked over to the restroom.  And I walked
21      back out and he said, you can come go with me
22      and see Ms. Hickman and get a couple of days
23      at the alternative school.

Page 31

1   Q.  You walked in the bathroom, and you said you
2       were standing against a wall talking.  Was
3       that a wall in the bathroom?
4   A.  Yes, sir.
5   Q.  And you were just standing there talking for
6       how long?
7   A.  About two, three minutes.
8   Q.  And then after you leave that wall or what
9       happens while you're standing at that wall?
10  A.  That's when he came.
11  Q.  That's when Chief Johnson comes, right?  Did
12      he go into the bathroom or just stand right
13      there --
14  A.  No.  He just stand right there at the door.
15  Q.  Chief Johnson didn't go all the way into the
16      bathroom, did he?
17  A.  No, sir.
18  Q.  He went to the door and yelled into the
19      bathroom?
20  A.  He ain't had to yell because it's, like, right
21      here.
22  Q.  He didn't go past the doorway of the bathroom,
23      did he?

Page 32

1   A.  No, sir.
2   Q.  When he went to the door, what did he say?
3   A.  I don't remember what he said.
4   Q.  What did you say?
5   A.  I said, I've got to get some tissue to blow my
6       nose.  That's when I went around to the stall
7       to get some tissue.
8   Q.  You went down to where?
9   A.  Around to the stall.
10  Q.  Okay.  Went to the stall to get some tissue.
11      Then what happened?
12  A.  Came back out and getting ready to go to the
13      lunchroom, and that's when he said, come on;
14      you'll go to Ms. Hickman and get a couple of
15      days at the alternative school.
16  Q.  Did you have to walk back to the drink room --
17  A.  Uh-huh (positive response).
18  Q.  -- to get to the hallway?
19  A.  Walk past it.
20  Q.  And you were going out the door back into the
21      lunchroom, correct?
22  A.  Yes, sir.
23  Q.  Where was he standing when he said let's go

Deposition of Jennifer Bogan                                    September 19, 2006

Page 33

1    see Ms. Hickman?
2    A.  In the same spot in front of the bathroom
3    door.
4    Q.  Did you walk by him to get out of the
5    bathroom?
6    A.  Yes, sir.  Walked right ...
7    Q.  Who was walking with you when you walked by
8    him?
9    A.  The other girls had left, and I went to the
10   lunchroom.  It was just me and him standing
11   right there.
12   Q.  How far past him had you gotten when he said
13   let's go see Ms. Hickman?
14   A.  He said that right after I walked out.
15   Q.  After he said that, what happened?
16   A.  I walked to the lunchroom.
17   Q.  Did you say anything back to him?
18   A.  No, sir.
19   Q.  You just ignored him?
20   A.  When he said let's go see Ms. Hickman?
21   Q.  Yes, ma'am.
22   A.  Yes, sir.
23   Q.  So far he's made three statements to you, and

Page 34

1    you've ignored him twice; is that correct?
2    The first time he came out and said where do
3    you need to be, and everybody ignored him; is
4    that correct?
5    A.  Yes.
6    Q.  The second time you said ain't got nowhere to
7    be; is that correct?
8    A.  Correct.
9    Q.  And then the third statement, let's go see
10   Ms. Hickman, you ignored him again, correct?
11   A.  Yes, sir.
12   Q.  Did he have his police officer uniform on at
13   that time?
14   A.  Yes, sir.
15   Q.  There was no mistaking he was a police
16   officer, correct?
17   A.  No, sir.
18   Q.  After he says let's go see Ms. Hickman, you
19   keep on walking.  What happens next?
20   A.  I walked to the lunchroom and I got in, and I
21   went and sat down at the table where we sit
22   every day.
23   Q.  Who is at that table as far as a teacher?

Page 35

1    A.  Ms. Stewart and Ms. Wilson.
2    Are you saying who sat at the table that
3    day?
4    Q.  That was a bad question.
5    Who were the teachers sitting at that
6    table when you walked back in there to sit
7    down?
8    A.  Ms. Stewart and Ms. Wilson.
9    Q.  Anybody else?
10   A.  No, sir.
11   Q.  How many students do you think were sitting at
12   that table?
13   A.  Just Ms. Stewart's class.  About 20-something.
14   Q.  Did you make it all the way to your seat to
15   sit down?
16   A.  Yes, sir.
17   Q.  Then what happened?
18   A.  He came to the table where we was sitting at
19   at the end, and he said, if you don't get up
20   and come with me, I'm going to grab you by
21   your arm and drag you out of here and
22   embarrass you in front of all these people.
23   Q.  When Chief Johnson walked up to the table

Page 36

1    where Ms. Stewart was sitting, who was he
2    standing by when he said that statement?
3    A.  Standing by -- I don't know who was exactly
4    sitting at the end of the table.
5    Q.  Was it a teacher or student?
6    A.  No.  The teacher was at the other end.  It was
7    a student.
8    Q.  How far away from you was he when he made that
9    statement?
10   A.  I was the second person sitting right here.
11   Q.  Do you know how far -- Could he reach out and
12   touch you?
13   A.  Yes, sir.
14   Q.  So probably two or three feet away from you?
15   A.  Like right here.
16   Q.  Just the next spot; is that correct?
17   A.  Yes.
18   Q.  Who was sitting on either side of you when he
19   said that?
20   A.  I think -- I don't know who exactly was
21   sitting on the side of me, but it was Akia,
22   Latoya, Amanda Matthews, Jessica Hill.  It was
23   some more students sitting at the end of the

Page 37

1    table.

2  Q.  Is Amanda Matthews kin to Mike Matthews?

3  A.  Yes, sir.

4  Q.  How so?

5  A.  That's his niece.

6  Q.  And his niece was in your class?

7  A.  Yes, sir.

8  Q.  When Chief Johnson said, I'm going to grab

9    your arm and embarrass you in front of these

10    people, what did you do?

11  A.  That's when I said, my mama said -- I said,

12    ain't no mother fucker going to mess with me.

13    My mama said something. I can't remember

14    exactly how I said it.

15  Q.  But the statement you gave to him had the word

16    "mother fucker" in it?

17  A.  Yes, sir.

18  Q.  Is that a word you used often?

19  A.  No, sir.

20  Q.  After you said the word with mother fucker in

21    it, what did he do?

22  A.  That's when he walked over to Ms. Booker.

23  Q.  Walked over to who?

Page 38

1  A.  Ms. Booker.

2  Q.  What did he do or --

3  A.  He talked to Ms. Booker.

4  Q.  How long did he speak to Ms. Booker?

5  A.  For like a minute or two.

6  Q.  After he spoke to Ms. Booker, what did he do?

7  A.  Came back over to where I was.

8  Q.  How far away were you from Ms. Booker? How

9    many seats away?

10  A.  I think two tables away.

11  Q.  So he walked, I guess, two tables away and

12    came back?

13  A.  (Witness nods head positively.)

14  Q.  What did he do when he returned to you after

15    talking with Ms. Booker?

16  A.  He didn't do anything. He didn't do

17    anything. That's when I had got up and walked

18    down to the table where Ms. Stewart was. And

19    Ms. Stewart asked me what happened, and I told

20    her what happened out in the breezeway.

21  Q.  So as Chief is talking to Ms. Booker, you get

22    up and walk over to Ms. Stewart, right?

23  A.  Yes, sir.

Page 39

1  Q.  And she asked you what happened?

2  A.  She asked me what happened in the breezeway.

3  Q.  And how did she know something happened in the

4    breezeway?

5  A.  Because she seen us talking to the police.

6  Q.  What did you tell her, just what happened in

7    the breezeway?

8  A.  Yes, sir.

9  Q.  Did you say anything else to her?

10  A.  No, sir.

11  Q.  Did you tell her that you ignored him the

12    first time he said something to you?

13  A.  I probably did. I can't remember.

14  Q.  Did you tell her that you told him you ain't

15    got nowhere to be?

16  A.  If I did, I can't remember.

17  Q.  Did you tell her that you ignored him the

18    third time he spoke to you?

19  A.  No, sir, I don't think so.

20  Q.  After Chief Johnson left the area where

21    Ms. Booker was sitting, when he left that

22    area, were you still talking to Ms. Stewart?

23  A.  Yes. That's when she told everybody to get

Page 40

1    up; come on, let's go, and that's when we

2    walked out.

3  Q.  Did he tell you not to leave the lunchroom and

4    wait for Ms. Hickman?

5  A.  No, sir, he did not. He didn't say anything

6    else to me after he spoke with Ms. Booker.

7  Q.  Did you tell him that you were going to sue

8    him at some point?

9  A.  That's when he said, get up from the table

10    before I pull you. That's when I said

11    something like ...

12  Q.  Did he make that statement before he walked

13    over and spoke to Ms. Booker?

14  A.  Talking about when he said he going to grab my

15    arm?

16  Q.  Yes.

17  A.  He made that statement before he walked over

18    and talked to her.

19  Q.  Is that another statement or is that the same

20    statement --

21  A.  That's the same statement.

22  Q.  -- that said he was going to embarrass you?

23  A.  That's the same statement when he grabbed my

Deposition of Jennifer Bogan                                    September 19, 2006

Page 41

1    arm and said he was going to pull me up in
2    front of everybody and embarrass me.
3    Q.   Did he touch you at that time?
4    A.   No, sir.
5    Q.   When you used the word "mother fucker," is
6         that when you told him that you were going to
7         sue him?
8    A.   Yes, sir.
9    Q.   And then he walks over to Ms. Booker, correct?
10   A.   Yes, sir.
11   Q.   And you walk over to Ms. Stewart?
12   A.   Yes, sir.
13   Q.   Then Chief Johnson leaves the area where
14        Ms. Booker is at and walks back toward you.
15        You are now talking to Ms. Stewart?
16   A.   Ms. Stewart.
17   Q.   Ms. Stewart says, come on, class; let's go
18        back to the classroom; is that correct?
19   A.   She said get up, and everybody know what "get
20        up" means. It's time to go back to class, so
21        we left.
22   Q.   Were you walking with your class back to the
23        classroom at this point?

Page 42

1    A.   Yes, sir. Ms. Stewart class, Ms. Wilson class
2         and Ms. Anderson was walking with us.
3    Q.   After you start walking back towards your
4         classroom, what happened?
5    A.   We enter into the fifth and sixth grade
6         building. We was getting ready to walk past
7         the restroom, and that's when he came up and
8         he jumped on me.
9    Q.   And this is the same restroom, drink area that
10        you had been before, correct?
11   A.   Yes, sir.
12   Q.   And you're saying that he comes up and jumps
13        on you?
14   A.   Yes, sir.
15   Q.   Where does he land?
16   A.   On my shoulder.
17   Q.   What part of him was touching your shoulder?
18   A.   His hands.
19   Q.   One hand or two hands?
20   A.   I don't know. I don't remember.
21   Q.   Could it have been that he had one hand on one
22        of your shoulders?
23   A.   I have no idea.

Page 43

1    Q.   But you think one or both of his hands touched
2         your shoulder, correct?
3    A.   Yes, sir.
4    Q.   Which shoulder? The right one or left one?
5    A.   The left one.
6    Q.   Did he squeeze your shoulder?
7    A.   Yes, sir.
8    Q.   Did it hurt?
9    A.   Yes, sir.
10   Q.   Did you take pictures of any bruises?
11   A.   No, sir.
12   Q.   Why not?
13   A.   I didn't go to the hospital or nothing.
14   Q.   Did you have any bruises?
15   A.   No, sir, not that -- I don't know. No.
16   Q.   Did you take pictures of anything that's got
17        to do with this case?
18   A.   No, sir.
19   Q.   So he's got one or two hands on your
20        shoulder. Then what happens?
21   A.   That's when he start wrestling with me,
22        throwing me against the wall. And then I hit
23        my head on the temperature box in the

Page 44

1    hallway. That's when we went -- He had me in
2    a choke hold. That's when we went on the
3    other side of the hall. He threw me up
4    against the locker, and that's when my sister
5    and them had me and was telling me to calm
6    down. And I was telling my sister something.
7    That's when he came back, and he grabbed me
8    again and we ended back up on the other side
9    of the hall and end up in the drink room.
10   Q.   You're getting a little ahead of me. We're
11        going to get to all that. You're going to get
12        to say it.
13        From the time you left the lunchroom and
14        went outside and entered the fifth and sixth
15        grade building, had Chief Johnson said
16        anything to you while you were walking?
17   A.   No, sir.
18   Q.   At any point had you used profanity during
19        that time period?
20   A.   No, sir.
21   Q.   When you felt something on your shoulder, did
22        you know who it was?
23   A.   No, sir. Not at that time.

Deposition of Jennifer Bogan                                                September 19, 2006

---

Page 45

1  Q.  When did you first learn that it was Chief
2      Johnson?
3  A.  After he was telling me to be still; he was
4      going to spray me in the face with Mace.  And
5      that's when he had me in a choke hold, and
6      that's when I bit him.
7  Q.  He touches your shoulder.  After he touches
8      your shoulder, you said you started wrestling
9      with him?
10 A.  He started wrestling with me.
11 Q.  Where were your hands when he touched your
12     shoulder?
13 A.  Where were my hands?
14 Q.  Yes, ma'am.
15 A.  Down at my side.
16 Q.  And at that point you did not know it was
17     Chief Johnson, correct?
18 A.  No, sir.
19 Q.  What's the next thing you did or that
20     happened?
21 A.  That's when he was wrestling with me.
22 Q.  Did you know who was wrestling with you?
23 A.  No, sir.  Not until he started telling me to

---

Page 46

1      be still and he going to spray me in the face
2      with Mace if I don't be still.
3  Q.  Do you know if he even had any Mace?
4  A.  Not to my knowledge.  I have no idea.
5  Q.  How long from the time that he touched you on
6      the shoulder until he said he was going to
7      spray you with Mace?
8  A.  It was -- Talking about how long did he say
9      that?
10 Q.  Yes.  Did he tap you on the shoulder and say,
11     I'm going to spray you with Mace, or did he
12     tap you on the shoulder and struggle a little
13     bit and then say that?
14 A.  He ain't tapped me on the shoulder.  He
15     grabbed me on the shoulder and tussled with
16     me.  And then after a while, that's when he
17     said he going to spray me in the face with
18     Mace.
19 Q.  Did you turn around and grab his hands?
20 A.  No, I don't think so.  Probably did.  I have
21     no idea.
22 Q.  You said you have no idea, and then you said
23     you probably did.  Which one are we going

---

Page 47

1      with?
2  A.  I have no idea.
3  Q.  We just don't know what you did?
4  A.  (Witness nods head negatively.)
5  Q.  Is that a yes?
6  A.  Yes.
7  Q.  At some point did you grab his hands?
8  A.  No, sir.
9  Q.  He's tussling with you.  Then he says, I'm
10     going to spray you with Mace, and then you get
11     put in a choke hold?
12 A.  He had me in a choke hold at the time he said
13     if you don't be still -- he was telling me
14     something about if I don't be still, he going
15     to spray me in my eyes with Mace.
16 Q.  Did you know it was Chief Johnson at this
17     point?
18 A.  Yes, sir.
19 Q.  Chief Johnson's a police officer telling you
20     to be still.  Why didn't you be still?
21 A.  Because he had jumped on me for no reason.  He
22     ran through a whole bunch of crowd of kids.
23 Q.  He did what?

---

Page 48

1  A.  Ran through a whole bunch of crowd of kids.
2  Q.  Crowder keys?
3  A.  Crowd of kids.
4          MR. WESTRY:  Crowd of kids.
5  Q.  Crowd of kids.  I'm sorry.
6          Who were those kids?
7  A.  The two classes and the teachers.  When we
8      left out, he was sitting in the lunchroom.
9  Q.  Well, you said he was walking over to you when
10     you left the lunchroom.  When did he sit down?
11 A.  When did who sit down?
12 Q.  Chief Johnson.
13 A.  He didn't sit down, because when -- He was on
14     the other side with Ms. Booker.  He had to
15     come up two tables.  And when he was walking,
16     that's when Ms. Stewart said, get up; come on;
17     let's go to class.  And that's when all of us
18     got up and went out the door.
19 Q.  What did you think when you first saw it was
20     Chief Johnson?
21 A.  What did I think?
22 Q.  Yes, ma'am.
23 A.  Scared.  Asked myself what is he doing; what's

---

12 (Pages 45 to 48)

Deposition of Jennifer Bogan                                                    September 19, 2006

Page 49

1     going on.
2     Q.  When you found out it was Chief Johnson, you
3     fought back?
4     A.  No, sir.
5     Q.  When you found out it was Chief Johnson, what
6     did you do?
7     A.  I was trying to get him off of me so he
8     wouldn't keep on hurting me.
9     Q.  At what point -- He had a hand or hands on
10    your shoulder, correct?  And I believe you
11    said he pushed you up against the wall, and
12    you hit your head on some kind of thermostat.
13    A.  Yes, sir.
14    Q.  Where did all this take place, in the hallway?
15    A.  In the hallway.
16    Q.  Were you facing Chief Johnson?
17    A.  No, sir.  I was walking towards my class, and
18    he came up behind me.
19    Q.  When he had his hands on your shoulder and you
20    hit the wall, were you facing the wall or
21    facing him?
22    A.  I was facing -- going toward the classroom.
23    Q.  If you couldn't see him, how do you know he

Page 50

1     ran through a group of kids?
2     A.  Because when we came in, that's who was behind
3     us -- behind me.
4     Q.  But you said he ran through a group of kids
5     and didn't walk through.  How do you know
6     that?
7     A.  Because that was what the teachers and
8     everybody else say.
9     Q.  Who said that?
10    A.  A bunch of students and teachers said he ran
11    through in between them pushing them out of
12    the way to get to me.
13    Q.  What are their names?
14    A.  Ms. Stewart.  It was a bunch of students that
15    day.
16          MR. WESTRY: Just tell him the ones
17         that you remember made that
18         statement.
19    A.  Akia Earle.  I don't remember any other
20    students.
21    Q.  Where was she standing at, if you know?
22    A.  Who?
23    Q.  Akia Earle.

Page 51

1     A.  All I know, she was behind me.
2     Q.  How far had you walked into the fifth and
3     sixth grade building before Chief Johnson
4     touched you?
5     A.  We got past the restroom door.
6     Q.  Do you know how many feet that would be?
7     A.  From the lunchroom?
8     Q.  From the door to where he touched you, how
9     many steps would it be?
10    A.  I don't know.
11    Q.  After your head hit the thermostat, what
12    happened?
13    A.  We was just wrestling for a couple of
14    minutes.  It last for like ten, fifteen
15    minutes before he -- they even got him to
16    stop.
17    Q.  He wrestled you for ten to fifteen minutes?
18    A.  About ten or fifteen minutes.
19    Q.  What were you doing, wrestling back?
20    A.  No.  Trying to get him off of me.
21    Q.  How was he on you?
22    A.  He was on my back.  He had me in a choke
23    hold.  He threw me onto the thermostat -- the

Page 52

1     door thing on the thermometer thing -- the air
2     conditioner thing.
3     Q.  Were you saying anything during all this
4     tussling?
5     A.  My sister had me.  She was telling me to calm
6     down, and I was talking to her.  Probably was
7     cursing, but I can't remember what I said.
8     Q.  Did you call him a mother fucker and told him
9     he better get his Goddamn hands off you?
10    A.  No, sir.
11    Q.  You said you could be cursing.  What could you
12    have said?
13    A.  My sister had told me to calm down, and -- I
14    don't know.  I have no idea.
15    Q.  At some point did you and Chief Johnson
16    separate?
17    A.  After we ended up in the drink room.
18    Q.  How did you get to the drink room?
19    A.  Just how he wrestled me in there.  We fell on
20    the table where the boys was sitting at.  I
21    don't know how Barrin Owens got between us.
22    Q.  Barry Owens?
23    A.  Barrin Owens.

Deposition of Jennifer Bogan                                    September 19, 2006

Page 53

1   Q.  He got between you at some point?
2   A.  Uh-huh (positive response).
3   Q.  Is that a yes?
4   A.  Yes, sir.
5   Q.  Then what happened?
6   A.  That's when Ms. Stewart and Ms. Anderson and
7       Ms. Hickman was trying to get him to let me
8       go, and he wouldn't. He still wanting to
9       wrestle and everything.
10  Q.  Do you think he just wanted to wrestle with
11      you or take you to the office?
12  A.  He just wanted to wrestle because if he
13      didn't, when they kept asking him -- They
14      asked him about five or ten times to let me
15      go, and he wouldn't. So Ms. Hickman told
16      him -- finally told him to let her go to the
17      office and call the board of education and see
18      what they going to say. And that's when we
19      walked to the office.
20  Q.  Who did you walk to the office with?
21  A.  With Ms. Stewart, him, Chief Johnson,
22      Ms. Pickett and Ms. Hickman.
23  Q.  What happened when you got to the office?

Page 54

1   A.  When we got to the office, Ms. Hickman asked
2       both of us what happened and we told her what
3       happened. And him and Ms. Stewart got into it
4       in the office so Ms. Hickman had to separate
5       him and Ms. Stewart.
6   Q.  What did he say to her and what did she say to
7       him?
8   A.  What Ms. Stewart said to him?
9   Q.  Yes, ma'am.
10  A.  He had said -- told Ms. Hickman something
11      about if it wasn't from the teachers doing
12      something about the students, it wouldn't have
13      went that far. And I guess she got upset
14      about it and said something back to him, and
15      that's when Ms. Hickman separated them.
16  Q.  Did she try to fight him?
17  A.  No. They just had words.
18  Q.  Do you know whether or not Chief Johnson was
19      the school resource officer?
20  A.  No, sir.
21  Q.  Have you ever heard any talk at school about
22      what is a school resource officer?
23  A.  No, sir.

Page 55

1   Q.  Had you ever seen Chief Johnson at the school
2       before this day?
3   A.  No, sir.
4   Q.  That was the first time you've seen him at the
5       school?
6   A.  Yes, sir. Except when he come to the games.
7   Q.  Haven't seen Chief Johnson anytime in the past
8       or before this incident at the school other
9       than the games?
10  A.  No, sir.
11  Q.  How about Officer McNatt?
12  A.  He used to be at the school a lot.
13  Q.  Do you know whether Chief Johnson replaced
14      Officer McNatt at the school?
15  A.  No, sir.
16  Q.  You got to the office and Ms. Hickman
17      separated Chief Johnson and Ms. Stewart. Then
18      what happened?
19  A.  She was on the phone trying to call to the
20      board of education.
21  Q.  Did she reach them?
22  A.  I think so.
23  Q.  Did you know your school had a school resource

Page 56

1       officer?
2   A.  No, sir.
3   Q.  What did Ms. Hickman say while she was talking
4       into the phone?
5   A.  She didn't use the phone in her office. She
6       went to Mr. Clay's office to use the phone.
7   Q.  And then she came back?
8   A.  Yes, sir.
9   Q.  Who was all in the room when she left?
10  A.  Ms. Stewart, Ms. Pickett and me.
11  Q.  Where was Chief Johnson?
12  A.  They had put him out after him and Ms. Stewart
13      got into it. I don't know.
14  Q.  When Ms. Hickman came back in, what happened?
15  A.  I think she talked to Ms. Stewart and
16      Ms. Pickett some more, and Chief Johnson, I
17      think.
18  Q.  At some point you went to the police station,
19      correct?
20  A.  Yes, sir.
21          MR. HOWARD: If you want to take a
22          break now, this is a pretty good
23          stopping place.

Deposition of Jennifer Bogan

Page 57

1    (Brief recess.)
2    Q.  (Continuing by Mr. Howard) Earlier I asked you
3        about inciting others and the disturbing
4        incident, and you indicated there was one in
5        January of this year.  Could that have been
6        January 31st of this year, close to the end of
7        the month?  It was reported by John E. Clay.
8        Is that what you were talking about?
9    A.  I think so.
10   Q.  So you go to the police department.  How long
11       were you at the police department?
12   A.  I have no idea.
13   Q.  Two hours?  Three days?  A month?
14   A.  Huh-uh (negative response).  No, sir.
15   Q.  About a few hours or minutes maybe?
16   A.  I think so.
17   Q.  It wasn't long, was it?
18   A.  Huh-uh (negative response).
19   Q.  Is that a no?
20   A.  I'm thinking -- No.
21   Q.  You got back home that night, correct?
22   A.  Yes, sir.
23   Q.  Do you know what time you got to the police

Page 58

1        station?
2    A.  Twelve or one-something.  I have no idea.  I
3        don't know.
4        MR. WESTRY:  Jennifer, if you don't
5            mind speaking up a little more
6            because I'm taking notes, too,
7            and I can barely hear you.
8    Q.  It was sometime after lunchtime?
9    A.  Yes, sir.
10   Q.  On that day, correct?
11       Do you remember getting back home that
12       afternoon?
13   A.  Yes, sir.
14   Q.  Was it still daylight?
15   A.  Yes, sir.
16   Q.  Was it two or three hours before dark?
17   A.  No.  I think it was before school got out --
18       right before school got out.
19   Q.  What time does school get out?
20   A.  3:15.
21   Q.  You got to the police department.  Who went to
22       the police department with you?
23   A.  Nobody but me and Chief Johnson.

Page 59

1    Q.  Was anybody else there?
2    A.  The people that worked there.
3    Q.  Did you know any people that worked there?
4    A.  No, sir.
5    Q.  Did anybody from the school go to the police
6        department with you?
7    A.  No, sir.
8    Q.  What's the first thing that happened at the
9        police department?
10   A.  He tried to ask me my name -- what was my
11       name, I think.  I think so.
12   Q.  Did anything happen at the police department
13       that hurt you?
14   A.  No, sir.
15   Q.  When we're talking about the lunchroom
16       incident, what you're really upset about is
17       what happened in the hallway, correct?
18   A.  Yes, sir.
19   Q.  Are you upset about anything that happened at
20       the police department?
21   A.  No, sir.
22   Q.  He got your name, and I guess you filled out
23       some paperwork?

Page 60

1    A.  I didn't fill out any paperwork.
2    Q.  Did you answer a bunch of questions?
3    A.  No questions.  But when the sheriff came
4        down --
5    Q.  How --
6    A.  -- he asked me for my name and stuff.
7    Q.  Did you know the sheriff or the deputy that
8        came down to the police station?
9    A.  No, sir.
10   Q.  What happened after the deputy got there?
11   A.  He was telling Chief Johnson that he can't do
12       that and he got my name, my information.  That
13       was it.
14   Q.  Did you go to the police station in the police
15       car?
16   A.  Yes, sir.
17   Q.  Had you ever been in a police car before?
18   A.  No, sir.
19   Q.  Have you ever been in a deputy car before?
20   A.  No, sir.
21   Q.  County car?
22   A.  No, sir.
23   Q.  How long were you there until the deputy

15 (Pages 57 to 60)

Deposition of Jennifer Bogan                                    September 19, 2006

Page 61

1      arrived?
2   A.  I'd say some minutes after we got there.
3   Q.  He got there pretty quick?
4   A.  Yes, sir.
5   Q.  Who was in charge after the deputy got there?
6       Was it Chief Johnson or the deputy?
7   A.  I think Chief Johnson.
8   Q.  Did you leave with the deputy or did the
9       deputy later leave?
10  A.  He left.
11  Q.  And you stayed at the police department?
12  A.  Yes, sir.
13  Q.  I guess answering some more questions?
14  A.  Yes, sir.
15  Q.  While you were at the police department, did
16      you just stay in a seat in somebody's office?
17  A.  Yes, sir.
18  Q.  They didn't put you in some big jail, did
19      they?
20  A.  No, sir.
21  Q.  You were just there in an office in a chair?
22  A.  Yes, sir.
23  Q.  You were allowed to use the bathroom if you

Page 62

1      needed to?
2   A.  No, sir.
3   Q.  Were you allowed -- Did you ask to use the
4       bathroom?
5   A.  No, sir.
6   Q.  But they didn't confine you to some little
7       cell and say, we're going to put chains on you
8       if you move, did they?
9   A.  No, sir.
10  Q.  Did you have handcuffs on you at some point?
11  A.  Yes, sir.
12  Q.  When was that?
13  A.  At the school.
14  Q.  Who put handcuffs on you?
15  A.  I think, if I'm not mistaken, myself or
16      Ms. Hickman.
17  Q.  Chief Johnson didn't put handcuffs on you, did
18      he?
19  A.  No, sir.
20  Q.  Do you know why?
21  A.  Because I didn't want him to touch me after
22      what happened.
23  Q.  Had you ever had handcuffs on before?

Page 63

1   A.  No, sir.
2   Q.  And you or somebody helped you put handcuffs
3       on, correct?
4   A.  Yes, sir.
5   Q.  Were your hands in front of you or behind you?
6   A.  In front of me. I think so.
7   Q.  Did you ride to the police station in the
8       police car?
9   A.  Yes, sir.
10  Q.  Who drove?
11  A.  Chief Johnson.
12  Q.  Did you see any other police officers at the
13      police station when you got there?
14  A.  No, sir.
15  Q.  Did you see anybody that you knew that worked
16      at the City that we talked about earlier or
17      your mother talked about earlier?
18  A.  No, sir.
19  Q.  Did any other police officers ask you
20      questions at the police station?
21  A.  No, sir. Nobody but the sheriff.
22  Q.  What happened before you left?
23  A.  Nothing. He asked me did I have anybody I can

Page 64

1      be released to, and I called my stepdad.
2   Q.  Did you cuss anybody while you were at the
3       police station?
4   A.  No, sir.
5   Q.  Did they take your picture?
6   A.  No, sir.
7   Q.  Have you got your driver's license? Did I ask
8       you your driver's license number?
9   A.  Yes, sir.
10  Q.  You called your stepdaddy. What's his name?
11  A.  Maurice McLemore.
12  Q.  What did you tell him happened?
13  A.  I didn't call him.
14  Q.  Who called him?
15  A.  I think Chief Johnson.
16  Q.  And he came down to pick you up?
17  A.  Yes, sir.
18  Q.  When he got there, did he talk to Chief
19      Johnson?
20  A.  Yes, sir.
21  Q.  Did you hear any of their conversation?
22  A.  No, sir. I wasn't trying to listen.
23  Q.  Did you hear any of it? Were you close enough

16 (Pages 61 to 64)

Deposition of Jennifer Bogan

Page 65

1    to hear it?
2    A.  I was close enough to hear it.
3    Q.  What did you hear?
4    A.  That he was telling him what happened and what
5        he charging me for.
6    Q.  Did you say anything when your stepdad got
7        there?
8    A.  No, sir.
9    Q.  Do you admit that you bit Chief Johnson?
10   A.  Yes, sir.
11   Q.  Do you admit that you cussed at him?
12   A.  Yes, sir.
13   Q.  Did you talk to your stepdad on the way home?
14   A.  I think so.
15   Q.  Did he ask you what happened?
16   A.  I think so.
17   Q.  What did you tell him?
18   A.  What happened.
19   Q.  Did you tell him that you bit Chief Johnson?
20   A.  Not that I remember.
21   Q.  When you got back home, did your stepdad stay
22       with you or just drop you off?
23   A.  No.  I went over to his mom house.

Page 66

1    Q.  Your stepdad's mom's house?
2    A.  (Witness nods head positively.)
3    Q.  I guess that's your step-grandmother?
4    A.  Yes, sir.
5    Q.  What's her name?
6    A.  Lorine Hicks.
7    Q.  What did you do over there?
8    A.  Watched TV until somebody came home with a key
9        to go to my own house.
10   Q.  Who came home with a key?
11   A.  My sisters.
12   Q.  They came home from school?
13   A.  Yes, sir.
14   Q.  When did you find out you had to go to
15       alternative school?
16   A.  I think that next day or two or next week.
17       I'm not really sure.
18   Q.  The next Monday following this incident, did
19       you go back to your regular school?
20   A.  Yes, sir.
21   Q.  And then sometime during that week you found
22       out you had to go to alternative school?
23   A.  Yes, sir.

Page 67

1    Q.  When you got back to your house, did you call
2        anybody?
3    A.  No, sir.
4    Q.  Did you call your mom?
5    A.  No, sir.
6    Q.  Did your sisters call your mom?
7    A.  I think so.  I'm not sure.
8    Q.  Do you remember the deputy telling Chief
9        Johnson that he could not do anything?
10   A.  (Witness nods head positively.)
11   Q.  Is that a yes?
12   A.  Yes, sir.
13   Q.  What did he tell Chief Johnson he couldn't do?
14   A.  Chief Johnson was trying to take me down to
15       the juvenile -- bring me to the juvenile over
16       here, and he was telling him that he can't do
17       that.
18   Q.  Did he say why not?
19   A.  Something about he had to get -- order
20       something.
21   Q.  He just had to have a court order or something
22       to move you?
23   A.  Something.

Page 68

1    Q.  Did you admit to your stepfather at the police
2        station that you were misbehaving?
3    A.  No, sir.
4    Q.  Did he ask you what you had done?
5    A.  I don't remember.
6    Q.  Did you see any tape recorders at the police
7        station?
8    A.  No, sir.
9    Q.  Do you remember any of your conversation
10       between you and your stepdad?
11   A.  Not at the police station because I didn't say
12       anything.
13   Q.  At any point did you tell him that you had
14       misbehaved?
15   A.  No, sir.
16   Q.  When you got back home and your sisters got
17       back home and you got into your house, did
18       your sisters ask you what happened?
19   A.  My younger sister did.  My other sister was
20       there the whole time.
21   Q.  She saw it all, didn't she?
22   A.  Yes, sir.
23   Q.  Did she talk to you about what she saw?

Deposition of Jennifer Bogan                                September 19, 2006

---

Page 69

1   A.  Who, my older sister?
2   Q.  The sister that was there.  What's her name,
3        Tameka?
4   A.  Latoya.
5   Q.  Did she talk to you about what she saw?
6   A.  I think we did.
7   Q.  Where was Latoya at when you were walking up
8        the hall and you got the hand on the shoulder?
9   A.  She was right there.
10  Q.  Beside you?
11  A.  Yes, sir.
12  Q.  Even with you just walking in a row?
13  A.  Probably on the side of me somewhere.
14  Q.  Right there just beside you?
15  A.  Yes, sir.
16  Q.  When your mom gets home, did you tell her what
17       happened?
18  A.  Yes, sir.  I think I did.
19  Q.  Did you hear your mom try to call anybody the
20       next day?
21  A.  The next day -- That same day she tried to
22       call.  I don't know about the next day.
23  Q.  She got home and tried to call who?

---

Page 70

1   A.  The school.
2   Q.  Did she make it?  Did the call go through?
3        Did she talk to them?
4   A.  I have no idea.
5   Q.  What were you doing when she was calling?
6   A.  Probably walking around in the house or
7        outside somewhere.
8   Q.  Did your stepfather say that you should not
9        have cussed at Chief Johnson?
10  A.  When, at the police station?
11  Q.  At any time.
12  A.  No, sir.
13  Q.  What did you do that weekend after this
14       happened?
15  A.  Where did I go or something like that?
16  Q.  Do you remember anything you did that weekend?
17  A.  I think there was a game that weekend.
18  Q.  Was that Friday night?
19  A.  I think so.  I don't know.  I'm not sure.
20  Q.  Do you remember going to the game or you think
21       there might have been a game?
22  A.  I think there might have been a game.
23  Q.  Do you remember doing anything else that

---

Page 71

1        weekend?
2   A.  No, sir.
3   Q.  Did you go to church Sunday?
4   A.  I have no idea.
5   Q.  Did you go back to school on Monday?
6   A.  I think I did.
7   Q.  Do you remember anything that happened at
8        school on Monday?
9   A.  I think Mr. Clay and them called me in and
10       talked to me about the incident.
11  Q.  What did he say?
12  A.  He really didn't say much because he wasn't
13       there.  He just asked me what happened.
14  Q.  Did he talk to you about alternative school?
15  A.  I think he did.
16  Q.  When did you find out you were having to go to
17       alternative school?
18  A.  Probably that next day or something.
19  Q.  Did anything else happen Monday regarding the
20       incident at the lunchroom?
21  A.  No, sir.  I don't think so.
22  Q.  The next day, the Tuesday, how did you find
23       out you were going to go to alternative

---

Page 72

1        school?
2   A.  We had to go to school for a meeting, me and
3        my mama.
4   Q.  You had a meeting?
5   A.  I think so.
6   Q.  Who was the meeting with?
7   A.  Mr. Clay and Ms. Hickman.
8   Q.  Was the meeting first thing Tuesday morning?
9   A.  I think so.
10  Q.  What did they say to you at that meeting?
11  A.  I didn't go in.  I don't think so.
12  Q.  Did they tell you that you had done anything
13       wrong?
14  A.  Yes, sir.
15  Q.  What did they tell you that you had done
16       wrong?
17  A.  Using foul language.
18  Q.  Anything else?
19  A.  No, sir.
20  Q.  You went to alternative school.  Did anything
21       else that week happen regarding this incident?
22  A.  Not that I remember.
23  Q.  Have we talked about everything that you know

---

18 (Pages 69 to 72)

Deposition of Jennifer Bogan                                          September 19, 2006

---

Page 73

1    about regarding this lunchroom incident?
2  A.  Yes, sir.
3  Q.  We talked about everybody that was there?
4  A.  Yes, sir.
5  Q.  We talked about everything that you said?
6  A.  Yes, sir.
7  Q.  Talked about everything Chief Johnson said?
8  A.  Yes, sir.
9  Q.  Talked about everything that happened after
10    the incident?
11  A.  Yes, sir.
12  Q.  We talked about going to the police
13    department, going back home and then back to
14    school. Is there anything that we've missed?
15  A.  Not that I can think of, no, sir.
16  Q.  At some point you had a trial about all this,
17    correct?
18  A.  Yes, sir.
19  Q.  Do you know what you were charged with in that
20    incident?
21  A.  Disorderly conduct, assault and ...
22  Q.  Resisting arrest?
23  A.  Yes, sir.

---

Page 74

1  Q.  Did you hit Chief Johnson?
2  A.  No, sir.
3  Q.  Did you swing at him?
4  A.  No, sir.
5  Q.  Did you grab him?
6  A.  No, sir.
7  Q.  Other than your teeth, did any part of your
8    body touch him?
9  A.  No, sir.
10  Q.  You didn't push him?
11  A.  No, sir.
12  Q.  You didn't grab his hand?
13  A.  No, sir, not that I can remember.
14  Q.  Are there any videotapes in the school?
15  A.  Yes, sir.
16  Q.  Of the hall?
17  A.  Yes, sir.
18  Q.  Do you know if any of this was caught on
19    videotape?
20  A.  They said something about they didn't have it
21    or they couldn't find it or it wasn't on tape
22    or something.
23  Q.  That they could not find it?

---

Page 75

1  A.  (Witness nods head positively.)
2  Q.  When you went back to the meeting, did you see
3    anybody checking the videotape?
4  A.  No, sir.
5    (Off-the-record discussion.)
6  Q.  So they caught a little bit but not the real
7    part of it. Is that what you understood
8    happened?
9  A.  Yes, sir.
10  Q.  Did you ever have a conversation with
11    Ms. Stewart about this incident?
12  A.  In the lunchroom.
13  Q.  How about after all this took place?
14  A.  No. No, sir.
15  Q.  Have you read any of the handwritten
16    statements that people gave?
17  A.  No, sir.
18  Q.  You went to trial on this matter, right?
19  A.  Yes, sir.
20  Q.  And the court found you not guilty?
21  A.  Yes, sir.
22  Q.  Did you testify at the trial regarding the
23    lunchroom incident?

---

Page 76

1  A.  No, sir.
2  Q.  Had you ever testified -- Have you ever
3    testified in trial before?
4  A.  At the dance incident.
5  Q.  That's right. You have at the dance arrest.
6    Have you ever testified in court other
7    than at the dance arrest?
8  A.  No, sir.
9  Q.  Were you allowed to stay in the courtroom and
10    hear what all the people had to say at the
11    trial of the lunchroom incident?
12  A.  Yes, sir.
13  Q.  How long was it from the arrest until it went
14    to trial? I can look on the dates. I'm just
15    curious if you know.
16  A.  I don't know.
17  Q.  Just a couple of months? A few months? I can
18    look at the exact date.
19    From the time of the arrest until the time
20    of trial, did you talk to anybody about this
21    incident other than your lawyer?
22  A.  No, sir.
23  Q.  Did anybody from the newspaper call you or

---

Deposition of Jennifer Bogan                                      September 19, 2006

Page 77

1      anybody like that?
2      A.  No, sir.
3      Q.  Did you talk to Mr. Matthews about it?
4      A.  I didn't.
5      Q.  Do you know if your mother did?
6      A.  No.  I don't -- I don't know.
7      Q.  Tell me about the fight after the dance.
8      A.  This girl was picking on me talking about me
9           the whole week.
10     Q.  Did she tell somebody you had to control your
11          whore or something like that?
12     A.  She told --
13     Q.  Is that yes?
14     A.  Yes, sir.
15     Q.  And she told that to who?
16     A.  Marcel Motley.
17     Q.  And who was it that said that?  What girl was
18          picking on you?
19     A.  Latisha Golson.
20     Q.  I take it you didn't like that.
21     A.  No, sir.
22     Q.  Did it make you mad?
23     A.  Yes, sir.

Page 78

1      Q.  Did you want to fight her?
2      A.  Yes, sir.
3      Q.  Did you fight her?
4      A.  No, sir.
5      Q.  Tell me about the dance.  What happened at the
6           dance?
7      A.  At the dance?
8      Q.  There was a game and then there was a dance.
9           Did anything happen at the dance?
10     A.  No, sir.
11     Q.  Tell me about after the dance.
12     A.  After the dance everybody was standing outside
13          talking standing around, and Marcel had pulled
14          around.  And I had went over to his car and
15          asked him were they going out tonight.
16     Q.  Is Marcel your boyfriend?
17     A.  No, sir.
18     Q.  Just a friend?
19     A.  Yes, sir.  And I was trying to find out where
20          everybody was going out that night.  And he
21          was trying to tell me, and she wanted to talk
22          to him and I didn't let her talk to him.  So
23          after he pulled out, she was like, you better

Page 79

1      control your whore.  And I had asked her who
2      she was talking to, and she said she was
3      talking to me.
4      Q.  Was she telling you to control your whore or
5           was she telling Marcel to control you?
6      A.  She was telling him to control me.
7      Q.  And she called you a whore and you didn't like
8           that?
9      A.  Yes.
10     Q.  Fair enough.
11          But at some point he had already pulled
12          off, right?
13     A.  Yes, sir.
14     Q.  Do you know where he was going?
15     A.  Home to take a bath.
16     Q.  He probably played in the game?
17     A.  Uh-huh (positive response).
18     Q.  Is that a yes?
19     A.  Yes, sir.
20     Q.  Where did all this take place, outside the
21          dance area?
22     A.  Outside the gym.
23     Q.  Was the dance on school grounds?

Page 80

1      A.  Yes, sir.
2      Q.  Out in the parking lot?
3      A.  Was the dance out in the parking lot?
4      Q.  No.  The conversation out in the parking lot.
5      A.  Yes, sir.
6      Q.  After he drove off, what happened?
7      A.  Me and her was fussing.  Then Ms. Hickman
8           asked my sister what was going on, and she was
9           like, I don't know; you have to ask Jennifer.
10          And she asked me, and I told her.  So she told
11          everybody to leave.  So she told me to go on
12          to my car, and I walked on the side of the
13          building to the front of the school where I
14          parked my car at.
15     Q.  What kind of car did you have?
16     A.  A Toyota Corolla.
17     Q.  You parked your car there, and you were
18          walking back to your car?
19     A.  Yes, sir.
20     Q.  Where is Ms. Hickman at this time?
21     A.  Still on the back of the school.
22     Q.  Where is your sister?
23     A.  With me walking up with Ms. Womack.

Deposition of Jennifer Bogan                                          September 19, 2006

Page 81

1   Q.  Where is this girl you got in a fight with?
2   A.  Back there with Ms. Hickman.
3   Q.  Tell me what happens.
4   A.  And her cousin -- her two cousins came up,
5       Santeria Wells and --
6   Q.  Who was that?
7   A.  Santeria Wells and her little sister. I don't
8       know her real name. And that's when all of
9       them walked down there where we was at, and
10      they was talking. So my sister went out to
11      the road, and that's when her and Santeria
12      started fighting.
13  Q.  This girl called you that name, but your
14      sister and that girl's cousin got into a
15      fight, right?
16  A.  Yes, sir.
17  Q.  What was your sister's name that got into a
18      fight?
19  A.  Tequita.
20  Q.  Where did the fight happen?
21  A.  On the side of the school in the road -- on
22      the other side of the road.
23  Q.  Was it even on the side where your car was

Page 82

1       parked?
2   A.  No, sir.
3   Q.  How did you get involved in all this?
4   A.  With Latisha?
5   Q.  No. Involved in all this --
6   A.  Going to jail?
7   Q.  Yes. How did you get arrested?
8   A.  I was telling them to let my sister go; she
9       didn't do anything. That's how I got
10      arrested, by talking.
11  Q.  How did you tell them? Did you say, excuse
12      me, sir, my sister got arrested, or were you
13      screaming and cussing?
14  A.  Screaming probably.
15  Q.  Cussing?
16  A.  I don't remember.
17  Q.  Who arrested you?
18  A.  I think Chief Johnson. I'm not sure.
19  Q.  Did he put handcuffs on you?
20  A.  Yes, sir.
21  Q.  Any problems with the handcuffs?
22  A.  No, sir.
23  Q.  After you had handcuffs on you, what happened?

Page 83

1   A.  Went to the police station.
2   Q.  That probably wasn't a very long ride, was it?
3   A.  No, sir.
4   Q.  Just down the road a little bit?
5   A.  Yes, sir.
6   Q.  Did anybody else get arrested that night?
7   A.  My sister and Santeria Wells.
8   Q.  The two girls fighting?
9   A.  Yes, sir.
10  Q.  Did they ride in the same car with you?
11  A.  No, sir. They took -- I think they took
12      Santeria Wells first in another car.
13  Q.  When you got back to the police department,
14      what happened?
15  A.  That's when her mama came down there running
16      her mouth talking and stuff.
17  Q.  Was she running her mouth to you?
18  A.  To me and my sister.
19  Q.  What did she say?
20  A.  That both our families can't stay in this
21      small town; one of us got to go and she know
22      it ain't going to be her family.
23  Q.  What did you say back to her?

Page 84

1   A.  Nothing. Her and my sister was going at it.
2   Q.  What happened when you left the police
3       department?
4   A.  Went home.
5   Q.  This time that you were at the police
6       department -- Do you have any problems with
7       the way you were treated at the police
8       department this time?
9   A.  Yes, sir.
10  Q.  What problems did you have?
11  A.  I got arrested for no reason.
12  Q.  I understand you're making that claim. I'm
13      talking about after you were arrested and
14      taken to the police department, have you got
15      any problems following that other than being
16      arrested in the first place?
17  A.  No, sir.
18  Q.  Nobody hit you in the head while you were in
19      the police department, did they?
20  A.  No, sir.
21  Q.  Did your sister get charged with anything?
22  A.  No, sir.
23  Q.  How about the other girl?

21 (Pages 81 to 84)

Deposition of Jennifer Bogan                                    September 19, 2006

Page 85

1   A.  No, sir.
2   Q.  Was Chief Johnson trying to arrest your sister
3       when you started talking?
4   A.  Yes, sir.
5   Q.  Did he tell you to back away?
6   A.  No, sir.
7   Q.  What did he tell you?
8   A.  I don't remember.
9   Q.  How close were you to your sister when you got
10      arrested?
11  A.  When I got arrested?
12  Q.  Yes, ma'am.
13  A.  She was already in the car.
14  Q.  How close were you to your sister when they
15      were arresting your sister?
16  A.  Like my sister was over here on the ground,
17      and I was right here in the road. She was in
18      the grass and I was in the road.
19  Q.  Two or three feet?
20  A.  Probably.
21  Q.  Were you screaming?
22  A.  Probably.
23  Q.  Were you telling the police officers to leave

Page 86

1       your sister alone?
2   A.  Yes, sir.
3   Q.  Were you interfering with the arrest of your
4       sister?
5   A.  By talking?
6   Q.  Yes, ma'am.
7   A.  I guess so.
8   Q.  Did you tell them not to arrest your sister?
9   A.  Yes. I said, don't arrest my sister because
10      she didn't do anything.
11  Q.  Who all did you tell that to? Were you just
12      saying it --
13  A.  I was just saying it.
14          (Brief interruption.)
15  Q.  How long did you stay at the police station
16      for this incident?
17  A.  About five, ten minutes. I don't know.
18  Q.  Did they let you go back home?
19  A.  I had to wait till my sister come get me.
20  Q.  Which sister came got you?
21  A.  Latoya.
22  Q.  And she took you back home?
23  A.  Yes, sir.

Page 87

1   Q.  And you didn't tell your mom about it?
2   A.  No, sir.
3   Q.  Your big sister had to tell on you; didn't
4       she?
5   A.  Yes, sir.
6   Q.  What date did the fight at the dance happen?
7       Was that October 17, 2005?
8   A.  I think so.
9   Q.  Somewhere in there?
10  A.  I think so. I have no idea.
11  Q.  Do you claim that's retaliation for the
12      earlier arrest? Do you claim these two
13      arrests are connected?
14  A.  Yes, sir.
15  Q.  How are they connected?
16  A.  I believe he trying to pick on me.
17  Q.  Pick on you for what? At that point you had
18      not filed a lawsuit, had you?
19  A.  No, sir. I don't think so.
20  Q.  The lawsuit is in 2006. Pick on you for what
21      or get back at you for what?
22  A.  He just kept -- I don't know -- messing with
23      me, bothering me. He wasn't messing with

Page 88

1       nobody else like that.
2   Q.  How many times has he bothered you or messed
3       with you?
4   A.  Since that?
5   Q.  Yes, ma'am.
6   A.  Three times. Those two incidents and one more
7       incident.
8   Q.  These two incidents, I've got -- The first
9       incident here was at the school, and then
10      there was -- you say the arrest after the
11      dance and there's one or two other ones?
12  A.  One.
13  Q.  What was the other one about?
14  A.  A ticket.
15  Q.  Just a speeding ticket?
16  A.  He said I tried to run him off the road.
17  Q.  Tried to run you off the road?
18  A.  Yes, sir.
19  Q.  Did you?
20  A.  No, sir.
21  Q.  Where did you get caught speeding at?
22  A.  On North Pickett Street.
23  Q.  A lot of people get caught in Autaugaville for

22 (Pages 85 to 88)

Page 89

1    speeding, don't they?
2    A. Yes, sir.
3    Q. Was that your first speeding ticket?
4    A. Yes, sir.
5    Q. Were you speeding?
6    A. No, sir.
7    Q. How fast did he say you were going?
8    A. I think he said about 50 miles per hour or 50
9        miles over the speed limit, one of them.
10   Q. Did he use his radar?
11   A. If he can use it from him being in front of
12       me.
13   Q. Did you plead guilty to that speeding ticket?
14   A. No, sir.
15   Q. Is it still in the court now?
16   A. No, sir.
17   Q. Did you get out of it?
18   A. Yes, sir.
19   Q. How did you get out of it?
20   A. Went to court.
21   Q. And you tried it?
22   A. Yes, sir.
23   Q. And you won?

Page 90

1    A. Yes, sir.
2    Q. Do you know about when that took place?
3        MR. WESTRY: What year? if you
4            don't remember the month.
5    Q. In relation to something else too. I'm going
6        to try to find that speeding ticket.
7    A. I think 2005.
8        MR. WESTRY: No. That was this year
9            you we re acquitted.
10   Q. So there's a speeding ticket somewhere in 2006
11       in Autaugaville that you beat?
12   A. Yes, sir.
13   Q. Who wrote you that ticket?
14   A. Chief Johnson.
15   Q. Any other incidents where you and Chief
16       Johnson got together, interacted, talked,
17       fought or what?
18   A. No, sir.
19   Q. So based on your knowledge, the only time that
20       you and Chief Johnson have interacted has been
21       at the school on November -- in November 2004
22       at the lunchroom --
23   A. Yes, sir.

Page 91

1    Q. -- October 2005 in a fight after the school --
2    A. Yes, sir.
3    Q. -- and a speeding ticket that happened
4        sometime in 2006?
5    A. Yes.
6    Q. Is there any other interaction with Chief
7        Johnson?
8    A. No, sir.
9    Q. Have you had any other interaction with any
10       police officer from the Town of Autaugaville?
11   A. No, sir.
12   Q. Other than coming to your house and other
13       stuff?
14   A. Yes, sir.
15   Q. Have you talked to Maurice McLemore about this
16       whole lawsuit and what led to the lawsuit?
17   A. No, sir.
18   Q. Who is Michael McCollum? Do you know?
19   A. Police.
20   Q. Is he a police officer?
21   A. He was --
22       MS. BOGAN: I think he was for
23           Autauga County sheriff. I think

Page 92

1    he used to work with our police
2    department, and then he went
3    to -- When they broke up, he went
4    to Prattville sheriff. But I
5    don't think he working with the
6    sheriff no more. I don't think
7    so.
8    Q. Actually, his name is on my list of folks and
9    he says -- I say he filled out an incident
10   report. So I wasn't sure where he was.
11       Who is Luther Calhoun?
12   A. I have no idea.
13   Q. Do you know if he was a teacher at
14       Autaugaville High School?
15   A. Mr. Calhoun?
16   Q. Yes.
17   A. I think so.
18   Q. Did he ever counsel you for disobedience?
19   A. Counsel me?
20   Q. Or got on to you. Wrote you up.
21   A. Probably so.
22   Q. What was that incident about?
23   A. I have no idea.

Deposition of Jennifer Bogan                                                    September 19, 2006

Page 93

1   Q.  Did Leon May, Mr. May, counsel you for
2       defiance of authority?
3   A.  Counsel me, no, sir.
4   Q.  Got onto you?
5   A.  Yes, sir.
6   Q.  What was that incident about?
7   A.  Cursing, I think.
8   Q.  Have you ever read Chief Johnson's statement?
9   A.  Yes, sir.
10  Q.  I take it you disagree with his statement?
11  A.  Yes, sir.
12  Q.  While you and Chief Johnson were tussling,
13      were you walking backwards and walked
14      backwards into the drink room or snack room?
15  A.  Walking backwards?
16  Q.  Were you kind of tussling with him walking
17      backwards at the same time?
18  A.  No, sir.
19  Q.  The second time that you were arrested after
20      the ball game and dance, did Chief Johnson
21      have a police officer's uniform on?
22  A.  Yes, sir.
23  Q.  And you knew he was a police officer?

Page 94

1   A.  Yes, sir.
2   Q.  Did you scratch Chief Johnson in that tussle?
3   A.  No, sir.
4   Q.  The complaint says that Defendant Johnson,
5       Chief Johnson, entered the girls bathroom.
6       Isn't it true that you told me he just went to
7       the door; he didn't go all the way into the
8       bathroom?
9   A.  Uh-huh (positive response).
10  Q.  Is that correct?
11  A.  Yes, sir.
12  Q.  One of the claims in your lawsuit is a
13      violation of equal protection.  I'm not going
14      to ask you a big legal question, but how do
15      you think you were treated different and why
16      do you think you were treated different?
17  A.  Why?
18  Q.  First off, how were you treated different?
19      What are you claiming about that?
20          MR. WESTRY:  And that's if you can
21          explain or even know.
22  Q.  That's right.  I'm not asking you any legal
23      question.  You're sitting here today.  You

Page 95

1       filed a lawsuit.  You're mad, and I'm just
2       asking you, do you think you were treated
3       different than anybody else?
4   A.  Yes, sir.
5   Q.  How?
6   A.  Because he keep picking on me, coming around
7       messing with me all the time.
8   Q.  Anything else?
9   A.  No, sir.
10  Q.  When you say picking on you, what do you mean,
11      arresting you?
12  A.  Yes, sir.  And saying --
13  Q.  Saying what?
14  A.  I don't know.
15  Q.  I need you to answer that because this is my
16      only chance to get to ask you questions.
17          He comes around arresting you and saying
18      what?
19  A.  Saying all these things about me that ain't
20      true.
21  Q.  Like what?
22  A.  Like saying I jumped on him and all that.
23  Q.  Saying what?

Page 96

1   A.  That I scratched him and being disorderly and
2       all that.
3          (Brief off-the-record discussion.)
4   Q.  Do you think this case has got anything to do
5       with race?
6   A.  No, sir.
7   Q.  Do you think it's got anything to do with
8       religion?
9   A.  No, sir.
10  Q.  I want to show you what I have marked as
11      Number 16 in our initial disclosures.  It's
12      got your signature at the bottom, I think, and
13      I'm just going to ask you if that's your
14      signature and do you remember receiving that
15      document.  That is the alternative school
16      referral document.
17  A.  This for the lunchroom incident?
18  Q.  I think so, and I think your signature is at
19      the bottom of it.  And I was going to ask you
20      that same question.
21          Is that your signature at the bottom?
22  A.  Yes, sir.
23  Q.  This is dated November 29, 2004, and I don't

24 (Pages 93 to 96)

**Page 97**

1    know if this is about the lunchroom incident
2    or some other disobedience that happened on
3    that same day. Do you remember what this one
4    was for?
5    A.  It's ten days from the lunchroom incident.
6    Q.  You're sure it's with the lunchroom incident?
7    A.  Yes, sir.
8         MS. BOGAN: They had --
9         MR. WESTRY: Just let her answer,
10        please.
11   Q.  Do you know why it took the school twelve,
12        thirteen days to get around to doing this?
13   A.  I think they had to investigate.
14   Q.  They describe it as a major disorder. Did
15        they talk to you about that?
16   A.  No, sir. I didn't go in.
17   Q.  Did they ask you to sign it? How did you come
18        about signing it?
19   A.  At the end when they was through talking.
20   Q.  They just said, here, sign this, and you did?
21   A.  They told me I had to go to the alternative
22        school.
23   Q.  Did you ever talk to Mr. Davis about this

**Page 98**

1    incident?
2    A.  No, sir.
3    Q.  What classes does Mr. Davis teach?
4    A.  Remediation.
5    Q.  Mediation?
6    A.  Uh-huh (positive response).
7    Q.  What's that class about?
8    A.  It's like -- He teach math -- all different
9        types of math or something like that.
10   Q.  Did you ever talk to Ms. Booker about this
11        incident?
12   A.  No, sir.
13   Q.  Did you ever talk to Mr. Clay about this
14        incident?
15   A.  I think we talked about it, yes, sir.
16   Q.  I think you gave Mr. Clay a statement, didn't
17        you?
18   A.  Yes, sir.
19   Q.  And I think your statement is 20 and 21 on our
20        initial disclosures. Is that your handwriting
21        or Mr. Clay's writing?
22   A.  Mr. Clay's writing.
23   Q.  Tell me about that. He asked you to give a

**Page 99**

1    report?
2    A.  Yes, sir.
3    Q.  And he wrote it down as you spoke?
4    A.  Yes, sir.
5    Q.  Is that dated?
6    A.  11/29.
7    Q.  Do you know why he waited so long after it
8        happened to get a report from you?
9    A.  No, sir.
10   Q.  In your statement you admit to using curse
11        words, correct?
12   A.  Yes, sir.
13   Q.  Are these your words or Mr. Clay's words? I
14        mean ...
15        MR. WESTRY: Which words are you
16        talking about?
17        MR. HOWARD: On this statement here.
18   A.  I told him. He just told me to tell him what
19        happened, and he was writing it down.
20   Q.  Because it's in third person, and I just
21        wondered if you wrote that or how did it come
22        about like that.
23        He never uses the word "I" so he's writing

**Page 100**

1    it as if you were telling him.
2        Have you ever had any anger management
3        classes?
4    A.  No, sir.
5    Q.  Have you ever gone to any counseling?
6    A.  No, sir.
7    Q.  Have you ever talked to the counselor at
8        school?
9    A.  No, sir.
10   Q.  Do you even have a counselor at school?
11   A.  Yes, sir.
12   Q.  What's his or her name?
13   A.  Ms. Thigpen.
14   Q.  Who?
15   A.  Thigpen.
16   Q.  Did you ever talk to Brenda Wilson about this
17        incident?
18   A.  No, sir.
19   Q.  Is Ms. Stewart's first name Bonita?
20   A.  Yes, sir.
21   Q.  I think Chief Johnson told her that she needed
22        to control her class better. Do you remember
23        him telling her that?

25 (Pages 97 to 100)

Deposition of Jennifer Bogan                                    September 19, 2006

Page 101

1    A.  Something like that.
2    Q.  And she got mad about it?
3    A.  Yes, sir.
4    Q.  Do you know if Ms. Stewart was reprimanded for
5        anything that happened in this?
6    A.  No, sir.
7    Q.  Is she still there at the school?
8    A.  Yes, sir.
9    Q.  Was Ms. Stewart the one supervising you at
10       that lunch period?
11   A.  Yes, sir.
12   Q.  Was any other teacher supervising you?
13   A.  No, sir.
14   Q.  You were under the exclusive control of
15       Ms. Stewart, correct?
16   A.  Yes, sir.
17   Q.  Vivian Stoudemire, what does she do at the
18       school?
19   A.  In-school suspension lady.
20   Q.  She just suspends people?
21   A.  No.  It's like -- In-school suspension is like
22       alternative school, but it's at the school.
23   Q.  It's like detention at your school?

Page 102

1    A.  Yes, sir.
2    Q.  It's a step before alternative school?
3    A.  Yes, sir.
4    Q.  Who is Ty Underwood?
5    A.  Student.
6    Q.  Who is Mr. Zeigler?
7    A.  He work at the board of education.
8    Q.  Did you talk to Beverly Pickett about this,
9        the incident at the lunchroom?
10   A.  No, sir.  She was the one in the room with
11       Ms. Stewart in the office, Ms. Pickett.
12   Q.  Do you know if this happened on the 18th or
13       the 19th or what day it happened exactly?  The
14       police report says it happened on the 19th,
15       but this statement here by Ms. Pickett is
16       dated the 18th.  She couldn't have wrote the
17       statement the day before it happened.  Do you
18       know one way or the other, the 19th or 18th?
19   A.  I think it was the 19th.
20   Q.  She might have just got her date wrong.  I
21       think she got the day right but just the date
22       wrong.
23           Ms. Earle, Aleka Earle?

Page 103

1    A.  Akia Earle.
2    Q.  Did you talk to her about this after it
3        happened?
4    A.  No, sir.
5    Q.  Did you ask her to give a statement for you?
6    A.  Yes.  But her mama wouldn't let her.
7    Q.  Ma'am?
8    A.  Her mother wouldn't let her.
9    Q.  Her mother would not let her?
10   A.  (Witness nods head positively.)
11   Q.  Is that correct?
12   A.  Yes, sir.
13   Q.  Do you know why she wouldn't let her?
14   A.  No, sir.
15   Q.  Who all did you ask to give a statement?
16   A.  I didn't ask anybody to give a statement.
17   Q.  Except for Ms. Earle?
18   A.  I asked them to go to court.  I think Mr. Clay
19       asked all them to right them statements.
20   Q.  Barrin Owens came between you and Chief
21       Johnson at some point in the drink room,
22       correct?
23   A.  Yes, sir.

Page 104

1    Q.  Did you ask him to give a statement or did
2        Mr. Clay ask him to give a statement?
3    A.  I think Mr. Clay.
4    Q.  Have you ever read his statement?
5    A.  No, sir.
6    Q.  Have you ever talked to him about what he saw?
7    A.  Yes, sir.
8    Q.  When did you talk to him?
9    A.  After --
10   Q.  How long after?
11   A.  I don't know.
12   Q.  What did you and Barrin talk about?
13   A.  I can't remember.
14   Q.  Where was Barrin at when you were in the
15       restroom?
16   A.  Sitting on the table selling drinks.
17   Q.  Selling drinks?
18   A.  Yes, sir.
19   Q.  Did he follow you back into the lunchroom?
20   A.  I don't think so.  I have no idea.
21   Q.  Because, remember, you were in the drink room
22       and went back to the lunchroom and came back
23       into the drink room later, correct?

Deposition of Jennifer Bogan                                                    September 19, 2006

---

Page 105

1    A.   Yes, sir.
2    Q.   Did Barrin ever come into the lunchroom that
3         you know of?
4    A.   No, sir.
5    Q.   Because in this statement he talks about
6         things that happened in the lunchroom, and I
7         just wondered how did he know those if he
8         wasn't there.
9    A.   I don't know.
10   Q.   Did you tell him what happened in the
11        lunchroom?
12   A.   I don't think so.
13   Q.   Can you see in the hallway from the drink
14        room?
15   A.   Can I see in the hallway?
16   Q.   If you're standing in the drink room back
17        where they were selling drinks, can you see
18        out in the hallway?
19   A.   Yes, sir.
20   Q.   Can you see outside into the open
21        area between --
22   A.   Yes, sir.
23   Q.   Can you see over into the lunchroom?

---

Page 107

1    Q.   Are you working anywhere now?
2    A.   No, sir.
3    Q.   Have you tried to get a job or anything?
4    A.   Yes, sir.
5    Q.   Are you claiming anything in this lawsuit has
6         kept you from getting a job?
7    A.   No, sir.
8    Q.   Were you working at the time of this incident?
9    A.   Yes, sir.
10   Q.   Where were you working at?
11   A.   I think McDonald's.
12   Q.   Are you claiming any lost wages from this
13        incident?
14   A.   No, sir.
15   Q.   Why did you leave McDonald's?
16   A.   Because I wanted to get something better.
17   Q.   Did you have a better job when you left
18        McDonald's?
19   A.   No, sir.
20   Q.   Did you get in trouble while you were working
21        at McDonald's?
22   A.   No, sir.
23   Q.   Did somebody complain about your performance?

---

Page 106

1    A.   You can see outside the door. You can't see
2         inside the lunchroom.
3    Q.   Jessica Hill is your friend, right?
4    A.   Yes, sir.
5    Q.   She's not going to say anything to hurt you,
6         is she?
7    A.   No, sir.
8    Q.   Same thing with Mr. Owens?
9    A.   Yes, sir.
10   Q.   Do you know whether or not Chief Johnson went
11        to the hospital?
12   A.   No, sir.
13   Q.   Is this the first you're hearing of that or
14        have you heard it before?
15   A.   I heard it I think after we went to court.
16   Q.   Your mother said something about a test you
17        had failed, the Army test. What is that?
18   A.   ASVAB to get into the Army.
19              (Off-the-record discussion.)
20   Q.   How many times have you taken that?
21   A.   Only one.
22   Q.   You've got to have a minimum score of 21?
23   A.   To go to the Army you got to have a 31.

---

Page 108

1    A.   No, sir.
2    Q.   Maybe a B. Rodgers? Do you know a Mr. Rodgers
3         that worked at McDonald's?
4    A.   The head man. He owns the store.
5    Q.   Did he get on to you about your performance?
6    A.   No, sir. I don't think so.
7    Q.   Why did you leave Krystal's?
8    A.   Because it too hard and too much to do.
9    Q.   Just walked off the job?
10   A.   I hadn't even started yet. I had just got
11        there.
12   Q.   Have you ever been fired from a job?
13   A.   No, sir.
14   Q.   Was anything going on in your life from
15        September 2004 to December 2004 that upset
16        you?
17   A.   No, sir.
18   Q.   A lot of these incidents happened during that
19        time period. Do you know what caused all
20        these to happen at one time?
21   A.   No, sir.
22   Q.   Have you ever lived outside of Autauga County?
23   A.   No, sir.

---

Deposition of Jennifer Bogan                                    September 19, 2006

Page 109

1   Q.  Mr. Owens, how do you spell his first name?
2       Is it Barron or Batron?
3   A.  B-A-R-R-I-N.
4   Q.  Do you know what he's doing today?  Did he
5       graduate with you?
6   A.  No.  He graduated the year before I did.
7   Q.  Do you know if he's still working or if he
8       still lives around here?
9   A.  I think he got his own business.
10  Q.  What kind of business does he have?
11  A.  Car mechanic.
12  Q.  How many times did you take the graduation
13      exam?
14  A.  A lot of times.
15  Q.  Pardon?
16  A.  A lot of times.
17          MR. WESTRY:  When you say the
18          graduation exam, you do mean the
19          exit exam?
20  Q.  It just says high school graduation exam.  Is
21      that the one that you -- your exit exam?
22  A.  Uh-huh (positive response).
23  Q.  Is that a yes?

Page 110

1   A.  Yes, sir.
2   Q.  It looks like you finally got that done,
3       though, right?
4   A.  Yes, sir.
5   Q.  You got out on time?
6   A.  Yes, sir.
7   Q.  When you go to the alternative school, do you
8       know if you get an unexcused absence or do
9       they count you as being there, just a
10      different school?
11  A.  I think they have to see if you're there, and
12      they send it back to the regular school.
13  Q.  If you show up at the alternative school,
14      you're not counted absent back at Autaugaville
15      High, are you?
16  A.  No, sir.
17  Q.  Do you know whether or not you had a lot of
18      unexcused tardies?
19  A.  In school?
20  Q.  Yes, ma'am.
21  A.  Yes.
22  Q.  There was a period from January 24, 2006, this
23      year, until April 25, 2006 where it looks like

Page 111

1       you had maybe 15 or 16 excused absences.  Do
2       you know why you were absent?
3   A.  I had excused absence or unexcused?
4   Q.  Excused.  And then you had a lot of unexcused
5       absences.  I just got these the other day.  It
6       looks like there's excused absences for a long
7       time.  I was wondering what was going on that
8       you would miss --
9   A.  Them like tardies, like when you go to
10      class -- your class.  If you get so many, they
11      just count it as, like, absent.
12  Q.  Well, I thought that, too.  But on the other
13      side, it looks like tardies and absences are
14      different.  It says you had an excused absence
15      so they knew where you were, and they excused
16      you for it.  I was just wondering, were you
17      sick or working or what happened that you got
18      all these excused absences?
19  A.  Sick.
20  Q.  You were sick for three months?
21  A.  I don't know.  They had got these mixed up
22      because we had to keep sending in --
23          MS. BOGAN:  Yeah, she didn't --

Page 112

1   A.  We had to keep sending in papers signed by my
2       mama for that.
3   Q.  So these are wrong?
4   A.  Yes, sir.
5   Q.  It looks like you had about ten unexcused
6       absences in one month, and that's not right?
7   A.  No, sir.
8   Q.  It says you have 39 absences.  Is that just
9       wrong?
10  A.  Yes, sir.
11          MR. HOWARD:  If you will, let's take
12          about a five-minute break and let
13          me look over my notes because I
14          think we're through.
15      (Brief recess.)
16          EXAMINATION
17  BY MR. WESTRY:
18  Q.  Jennifer, when Chief Johnson first made
19      contact with you in the breezeway, did he ever
20      indicate to you that you were committing any
21      sort of crime?
22  A.  No, sir.
23  Q.  Did he ever indicate to you that you were

28 (Pages 109 to 112)

Deposition of Jennifer Bogan                                    September 19, 2006

Page 113

1    being disorderly?
2    A. No, sir.
3    Q. Once you had walked from the breezeway to go
4       to the bathroom to get some tissue to blow
5       your nose, did he ever indicate that you were
6       under arrest?
7    A. No, sir.
8    Q. Did he ever tell you that you had violated
9       some law or committed any type of criminal
10      act?
11   A. No, sir.
12   Q. What about when you went into the cafeteria
13      where your teacher, Ms. Stewart, was?  Did he
14      ever indicate that you were under arrest?
15   A. No, sir.
16   Q. Did he to your knowledge ever tell your
17      teacher that you had committed some crime?
18   A. No, sir.
19   Q. Did he ever tell your teacher that you were
20      being disorderly?
21   A. No, sir.
22   Q. Once you had left the cafeteria and was
23      walking back to your class, did Chief Johnson

Page 114

1       ever tell you that you were under arrest?
2    A. No, sir.
3    Q. Did he ever tell you that you had committed
4       some crime?
5    A. No, sir.
6    Q. Did he give you any type of warning prior to
7       grabbing you?
8    A. No, sir.
9    Q. Did you know that he was behind you?
10   A. No, sir.
11   Q. What about after the altercation that you had
12      with him?  Did he ever tell you that you were
13      under arrest?
14   A. No, sir.
15   Q. Did he ever tell you that you had committed
16      some crime prior to initiating physical
17      contact with you?
18   A. No, sir.
19   Q. What about in the office?
20   A. No, sir.
21   Q. Now, Attorney Howard had asked you about the
22      handcuffs and who placed them on you.  Do you
23      recall that question?

Page 115

1    A. Yes, sir.
2    Q. Who placed the handcuffs on you?
3    A. I think myself or Ms. Hickman.
4    Q. Did Chief Johnson attempt to place the
5       handcuffs on you prior to your placing them on
6       yourself or the principal placing them on you?
7    A. No, sir.
8    Q. Was there a discussion about handcuffing you?
9    A. Yes, sir.
10   Q. And who said what about handcuffing you?  Did
11      Ms. Hickman make a comment about cuffing you?
12   A. I think she did, but I don't remember.
13   Q. Did Chief Johnson attempt to place handcuffs
14      on you prior to your placing them on yourself?
15   A. No, sir.
16   Q. Where did the handcuffs come from?
17   A. Off his --
18   Q. So they were Chief Johnson's handcuffs?
19   A. Yes, sir.
20   Q. But you placed them on yourself?
21   A. Either me or Ms. Hickman.
22   Q. Did you place the handcuffs on your wrists
23      just because you wanted to?  What was the

Page 116

1       reason that you were handcuffed?  That's a
2       better question.
3    A. Chief Johnson wanted -- he wanted to put the
4       handcuffs on me.
5    Q. And you refused to allow him to place the
6       handcuffs on you?
7    A. Yes, sir.
8    Q. Did he tell you that you were under arrest and
9       that was the reason why he was placing the
10      handcuffs on you?
11   A. No, sir.
12   Q. Did that discussion ever come about?
13   A. No, sir.
14   Q. Did Chief Johnson read you your juvenile
15      Miranda rights prior to telling you that he
16      wanted those handcuffs -- he was going to
17      place handcuffs on you?
18   A. No, sir.
19   Q. Do you recall at any time during the
20      process -- at school or at the headquarters --
21      Chief Johnson reading you your juvenile
22      Miranda rights?
23   A. No, sir.

Deposition of Jennifer Bogan                                    September 19, 2006

Page 117

1    Q.  And when I say juvenile Miranda rights, did he
2        ever instruct you that you were entitled to
3        have either your attorney or parents there
4        before saying anything to him?
5    A.  No, sir.
6    Q.  Do you know whether there was ever a
7        discussion between him and the deputy sheriff?
8    A.  I'm not sure.
9    Q.  Did he tell you at headquarters that you were
10       under arrest?
11   A.  No, sir.
12   Q.  Do you know if that was ever the subject of a
13       discussion between him and the deputy sheriff?
14   A.  I think so.
15   Q.  You were how old at the time that this
16       incident occurred?
17   A.  Seventeen.
18   Q.  Were you ever taken to a juvenile division of
19       the Autaugaville police headquarters?
20   A.  No, sir.
21   Q.  Did you ever speak with one of the juvenile
22       officers?
23   A.  No, sir.

Page 118

1    Q.  Are you familiar with the process of filing a
2        petition for a juvenile offense?
3    A.  No, sir.
4    Q.  Were you ever aware that someone was filing a
5        juvenile petition for alleged criminal acts
6        that you had committed on Chief Johnson?
7    A.  I don't remember.
8    Q.  When did you first become aware that a
9        petition charging you with a criminal act had
10       been filed with the juvenile court?
11   A.  I think my mom talked to a lawyer.
12   Q.  And when was that in relation to the November
13       19, 2004 incident?
14   A.  I have no idea.
15   Q.  Attorney Howard had asked you about the arrest
16       after the football game -- homecoming football
17       game.  Do you recall him asking you a series
18       of questions --
19   A.  Yes.
20   Q.  -- about that?
21       Prior to the date of that football game,
22       had you already been to court regarding the
23       charges that had arisen out of the November

Page 119

1        19, 2004 incident?
2    A.  I think so.
3    Q.  Was that before you had found out that the
4        judge had thrown out all charges that Chief
5        Johnson had leveled against you or was it
6        afterwards?
7    A.  I'm not sure.
8    Q.  And of the three contacts that you've had with
9        Chief Johnson, did all of them go to trial?
10   A.  Yes, sir.
11   Q.  Did the judges acquit you in all three
12       incidents where you had some form of contact
13       with Chief Johnson?
14   A.  Yes, sir.
15   Q.  Meaning were the cases thrown out or
16       dismissed?
17   A.  Yes, sir.
18   Q.  You were asked about an incident that you were
19       alleged to have threatened to stab or shoot
20       someone.  Do you own a gun?
21   A.  No, sir.
22   Q.  Who were you joking with at that time?
23   A.  My cousin Jamiah Sullen.

Page 120

1    Q.  Was that the person that you were telling,
2        well, you'll shoot them or --
3    A.  Yes, sir.
4    Q.  It's your first cousin, second cousin or third
5        cousin?
6    A.  I'm not sure.
7    Q.  But that is your relative?
8    A.  Yes, sir.
9    Q.  Prior to the date that you are alleged to have
10       made a threat towards Jamiah, had you-all had
11       any types of fights or altercations?
12   A.  No, sir.  I don't think so.
13   Q.  The young lady, Jennifer -- your best
14       friend -- I'm trying to remember.  What is her
15       name?
16   A.  Jessica.
17   Q.  What happened with her about that incident?
18       Was she ever taken to the office?
19   A.  I think so.
20   Q.  Do you know whether or not there was an
21       incident report written up on her for making a
22       threatening statement?
23   A.  I have no idea.

Deposition of Jennifer Bogan

Page 121

1   Q.  Did you-all have any discussion as to whether
2      she was punished for making a statement?
3   A.  No, sir.
4   Q.  And the last thing that wasn't clear to me,
5      there was an incident where you are alleged to
6      have incited other individuals or other
7      students.  Do you recall that?  Attorney
8      Howard had asked you about being written up
9      for inciting other students.  Do you even
10     remember that?
11  A.  No, sir.
12        MR. WESTRY:  That's all I have.
13        EXAMINATION
14 BY MR. HOWARD:
15  Q.  I've got a few questions about the arrest.  Do
16     you think you were arrested when he was trying
17     to get you to go see Ms. Hickman?
18  A.  Do I think I was arrested for that?
19  Q.  No, ma'am.  At first -- The first statement
20     Chief Johnson made to you was something along
21     the lines, where are you supposed to be, do
22     you think you were under arrest at that point?
23  A.  No, sir.

Page 122

1   Q.  The second time he made the same statement,
2      and you said ain't got nowhere to be.  Do you
3      think you were under arrest at that point?
4   A.  No, sir.
5   Q.  He told you that -- The next statement was he
6      was going to, I think, grab your arm and
7      embarrass you in front of other people and you
8      were going to spend a few days at alternative
9      school.  Do you think he was arresting you at
10     that point?
11  A.  No, sir.
12  Q.  Do you think you were being arrested when he
13     put his hand on your shoulder or his hands on
14     your shoulder?
15  A.  No, sir.
16  Q.  Do you think you were being arrested after you
17     bit him?
18  A.  Yes, sir.
19  Q.  And when he put those handcuffs on you, you
20     knew what it was for, didn't you?
21  A.  No, sir.
22  Q.  You think it's okay to bite a police officer?
23  A.  I don't know.

Page 123

1   Q.  You said he didn't tell you that you were
2      under arrest.  Do you know whether that
3      matters or not?  I know it's on TV, but do you
4      know of any law that says he does?
5        MR. WESTRY:  Object to the form.
6        She's not a lawyer.
7        MR. HOWARD:  I know.
8   Q.  I'm asking you not as a lawyer.  Do you know
9     or have you heard?
10  A.  No, sir.
11  Q.  So you felt like -- Up to what point did you
12     believe you were being arrested, when he
13     brought the handcuffs out?
14  A.  No, sir -- Yes, sir.  I don't know.
15  Q.  When he brought the handcuffs out was the
16     first time that you thought you were going to
17     be arrested?
18  A.  Yes, sir.
19  Q.  And that was after you cussed him, correct?
20  A.  Yes, sir.
21  Q.  And after you bit him?
22  A.  Yes, sir.
23  Q.  So when he was trying to get you to go see

Page 124

1      Ms. Hickman, you didn't think you were being
2      arrested at that point, did you?
3  A.  No, sir.
4  Q.  He was going to take you to the office, right?
5  A.  I guess so.
6        MR. HOWARD:  That's all I've got.
7        MR. WESTRY:  That's all.
8      (Deposition concluded at
9      approximately 1:20 p.m.)
10
       * * * * * * * * * * * *
11
    FURTHER DEPONENT SAITH NOT
12
       * * * * * * * * * * * *
13
14      REPORTER'S CERTIFICATE
15 STATE OF ALABAMA:
16 MONTGOMERY COUNTY:
17    I, Pamela A. Wilbanks, Registered
18 Professional Reporter and Commissioner for the State
19 of Alabama at Large, do hereby certify that I
20 reported the deposition of:
21      JENNIFER BOGAN
22 who was first duly sworn by me to speak the truth,
23 the whole truth and nothing but the truth, in the

Deposition of Jennifer Bogan                                      September 19, 2006

Page 125

1   matter of:
2            JOHNNIE BOGAN, as next
3            best friend on behalf of her
4            minor daughter, J.B.,
5            Plaintiff,
6            Vs.
7            TOWN OF AUTAUGAVLLE, et al.,
8            Defendants.
9            In The U.S. District Court
10           For the Middle District of Alabama
11           Northern Division
12           2:06-376-SRW
13  on Tuesday, September 19, 2006.
14           The foregoing 124 computer printed pages
15  contain a true and correct transcript of the
16  examination of said witness by counsel for the
17  parties set out herein.  The reading and signing of
18  same is hereby waived.
19           I further certify that I am neither of kin
20  nor of counsel to the parties to said cause nor in
21  any manner interested in the results thereof.
22           This 27th day of September, 2006.
23

Page 126

1
2
3
4
5
6
7
         _____
         Pamela A. Wilbanks, Registered
8        Professional Reporter and
         Commissioner for the State
9        of Alabama at Large.
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Deposition of Jennifer Bogan

## A

**about** 4:19 6:22 7:2,7,9
9:13,17,21 10:13
12:3 14:4 15:9 16:1,8
16:13,19 18:6,15
19:18 20:6,17 23:23
24:1 25:21 26:9,11
26:23 27:17 29:6
31:7 35:13 40:14
46:8 47:14 51:18
53:14 54:11,12,14,21
55:11 57:3,8,15
59:15,16,19 63:16,17
67:19 68:23 69:5,22
71:10,14 72:23 73:1
73:3,5,7,9,12,16
74:20 75:11,13 76:20
77:3,7,8 78:5,11
84:13,23 86:17 87:1
88:13 89:8 90:2
91:15 92:22 93:6
94:19 95:19 97:1,15
97:18,23 98:7,10,13
98:15,23 99:16,22
100:16 101:2 102:8
103:2 104:6,12 105:5
106:16 107:23 108:5
112:5,12 113:12
114:11,19,21 115:8
115:10,11 116:12
118:15,20 119:18
120:17 121:8,15
**absence** 10:8 111:3,14
**absences** 111:1,5,6,13
111:18 112:6,8
**absent** 110:14 111:2,11
**acquit** 119:11
**acquitted** 90:9
**act** 113:10 118:9
**ACTION** 1:8
**acts** 118:5
**Actually** 92:8
**administrator** 15:13,19
16:4
**admit** 65:9,11 68:1
99:10
**affect** 13:14,19
**after** 4:6 6:3 7:5 8:5,7
11:9 15:17 16:18
18:2,3,6,8,20 22:1,5
29:2 31:8 33:14,15
34:18 37:20 38:6,14
39:20 40:6 42:3 45:3
45:7 46:16 51:11
52:17 56:12 58:8
60:10 61:2,5 62:21
70:13 73:9 75:13
77:7 78:11,12,23
80:6 82:23 84:13
88:10 91:1 93:19

99:7 103:2 104:9,10
106:15 114:11
118:16 122:16
123:19,21
**afternoon** 58:12
**afterwards** 119:6
**after-the-dance** 7:8
**again** 27:2 34:10 44:8
**against** 6:7 31:2 43:22
44:4 49:11 119:5
**agreed** 3:2,15,22
**agreement** 1:15
**ahead** 44:10
**ain't** 25:1,11 27:22
28:22 31:20 34:6
37:12 39:14 46:14
83:22 95:19 122:2
**air** 52:1
**Akia** 21:9,11,12 22:10
36:21 50:19,23 103:1
**al** 1:9 125:7
**Alabama** 1:2,17,20 2:7
2:11 3:8 5:21 124:15
124:19 125:10 126:9
**Aleka** 102:23
**alleged** 118:5 119:19
120:9 121:5
**allow** 116:5
**allowed** 61:23 62:3
76:9
**alone** 86:1
**along** 121:20
**already** 79:11 85:13
118:22
**altercation** 114:11
**altercations** 120:11
**alternative** 16:17,22
17:1,6,9,10 18:17,23
19:2,5 20:2,5,7,9,11
22:7 30:23 32:15
66:15,22 71:14,17,23
72:20 96:15 97:21
101:22 102:2 110:7
110:13 122:8
**Amanda** 36:22 37:2
**Anderson** 42:2 53:6
**anger** 100:2
**another** 9:6 11:15 13:8
18:3 40:19 83:12
**answer** 60:2 95:15 97:9
**answering** 61:13
**anybody** 6:7 19:12
23:13 35:9 59:1,5
63:15,23 64:2 67:2
69:19 75:3 76:20,23
77:1 83:6 95:3
103:16
**anything** 13:4 19:21
28:21 33:17 38:16,17
39:9 40:5 43:16

44:16 52:3 59:12,19
65:6 67:9 68:12
70:16,23 71:7,19
72:12,18,20 73:14
78:9 82:9 84:21
86:10 95:8 96:4,7
101:5 106:5 107:3,5
108:14 117:4
**anytime** 15:2 55:7
**anywhere** 107:1
**APPEARANCES** 2:2
**approximately** 1:21
124:9
**April** 110:23
**area** 27:4 39:20,22
41:13 42:9 79:21
105:21
**arisen** 118:23
**arm** 11:3,5,6,9,13
35:21 37:9 40:15
41:1 122:6
**Army** 106:17,18,23
**around** 24:3 25:17 32:6
32:9 46:19 70:6
78:13,14 95:6,17
97:12 109:8
**arrest** 73:22 76:5,7,13
76:19 85:2 86:3,8,9
87:12 88:10 113:6,14
114:1,13 116:8
117:10 118:15
121:15,22 122:3
123:2
**arrested** 5:23 22:1 82:7
82:10,12,17 83:6
84:11,13,16 85:10,11
93:19 121:16,18
122:12,16 123:12,17
124:2
**arresting** 85:15 95:11
95:17 122:9
**arrests** 87:13
**arrived** 61:1
**asked** 16:7 24:17,19
25:7,14 38:19 39:1,2
48:23 53:14 54:1
57:2 60:6 63:23
71:13 78:15 79:1
80:8,10 98:23 103:18
103:19 114:21
118:15 119:18 121:8
**asking** 53:13 94:22
95:2 118:17 123:8
**assault** 73:21
**assembly** 8:5,7
**ASVAB** 106:18
**attempt** 115:4,13
**attorney** 2:6 114:21
117:3 118:15 121:7
**Attorneys** 2:10

**August** 5:14
**Autauga** 20:14 91:23
108:22
**Autaugaville** 1:9 14:10
14:14 88:23 90:11
91:10 92:14 110:14
117:19 125:7
**authority** 15:23 16:12
93:2
**Avenue** 2:6
**aware** 118:4,8
**away** 36:8,14 38:8,9,10
38:11 85:5
**a.m** 1:21

## B

**B** 108:2
**back** 7:16 10:13,16
18:20 28:19 30:3,21
32:12,16,20 33:17
35:6 38:7,12 41:14
41:18,20,22 42:3
44:7,8 49:3 51:19,22
54:14 56:7,14 57:21
58:11 65:21 66:19
67:1 68:16,17 71:5
73:13,13 75:2 80:18
80:21 81:2 83:13,23
85:5 86:18,22 87:21
104:19,22,22 105:16
110:12,14 113:23
**backwards** 93:13,14,15
93:17
**bad** 35:4
**ball** 93:20
**barely** 58:7
**Barrin** 52:21,23 103:20
104:12,14 105:2
**Barron** 109:2
**Barry** 52:22
**based** 90:19
**basketball** 18:8
**bath** 79:15
**bathroom** 30:5 31:1,3
31:12,16,19,22 33:2
33:5 61:23 62:4 94:5
94:8 113:4
**Batron** 109:2
**beat** 90:11
**become** 118:8
**before** 1:15 3:6 6:10,12
7:21 8:9 12:6,15,19
13:2 26:6 28:22
40:10,12,17 42:10
51:3,15 55:2,8 58:16
58:17,18 60:17,19
62:23 63:22 76:3
102:2,17 106:14
109:6 117:4 119:3
**behalf** 1:5 125:3

**behind** 19:3,4 49:18
50:2,3 51:1 63:5
114:9
**being** 7:13 84:15 89:11
96:1 110:9 113:1,20
121:8 122:12,16
123:12 124:1
**believe** 49:10 87:16
123:12
**bell** 15:15
**beside** 69:10,14
**best** 1:5 21:18 120:13
125:3
**better** 8:9 52:9 78:23
100:22 107:16,17
116:2
**between** 3:16,23
22:12,17 23:18 24:1
50:11 52:21 53:1
68:10 103:20 105:21
117:7,13
**Beverly** 102:8
**big** 29:10,13,18 61:18
87:3 94:14
**birth** 5:13
**bit** 5:4 45:6 46:13 65:9
65:19 75:6 83:4
122:17 123:21
**bite** 122:22
**blow** 30:19 32:5 113:4
102:7
**board** 53:17 55:20
102:7
**body** 74:8
**Bogan** 1:5,14 2:13 3:4
4:5,13 91:22 97:8
111:23 124:21 125:2
**Bonita** 100:19
**Booker** 37:22 38:1,3,4
38:6,8,15,21 39:21
40:6,13 41:9,14
48:14 98:10
**both** 7:10 43:1 54:2
83:20
**bothered** 88:2
**bothering** 87:23
**bottom** 96:12,19,21
**bought** 28:16,16 29:23
**box** 43:23
**boyfriend** 78:16
**boys** 52:20
**break** 5:1,6 56:22
112:12
**breezeway** 7:14 22:12
23:20,21 24:5 38:20
39:2,4,7 112:19
113:3
**Brenda** 100:16
**Brief** 57:1 86:14 96:3
112:15
**bring** 67:15

Deposition of Jennifer Bogan

September 19, 2006

Page 2

broke 92:3
brother 14:16,18
brought 123:13,15
bruises 43:10,14
buddy 21:17
building 22:14,17
  23:11,14,18,19 24:9
  24:12,13,14,15,19
  25:14 26:7,12,15
  27:8,13 28:4,5,6 42:6
  44:15 51:3 80:13
bunch 47:22 48:1
  50:10,14 60:2
business 109:9,10
buy 26:5
B-A-R-R-I-N 109:3

**C**

cafeteria 113:12,22
Calhoun 92:11,15
call 17:8,9,10,20 52:8
  53:17 55:19 64:13
  67:1,4,6 69:19,22,23
  70:2 76:23
called 64:1,10,14 71:9
  79:7 81:13
calling 70:5
calm 44:5 52:5,13
came 7:14 24:17,19
  28:18 31:10 32:12
  34:2 35:18 38:7,12
  42:7 44:7 49:18 50:2
  56:7,14 60:3,8 64:16
  66:8,10,12 81:4
  83:15 86:20 103:20
  104:22
car 60:15,17,19,21 63:8
  78:14 80:12,14,15,17
  80:18 81:23 83:10,12
  85:13 109:11
care 13:18
cared 13:19
Carmichael 1:19 2:11
case 3:16,18 6:15 43:17
  96:4
cases 119:15
caught 74:18 75:6
  88:21,23
cause 125:20
caused 108:19
cell 62:7
CERTIFICATE
  124:14
certify 124:19 125:19
chains 62:7
chair 61:21
chance 95:16
charge 61:5
charged 73:19 84:21
charges 118:23 119:4

charging 65:5 118:9
checking 75:3
Chief 2:14 7:3,21 11:12
  11:18,22 20:18 24:7
  27:17 28:14,21 29:7
  31:11,15 35:23 37:8
  38:21 39:20 41:13
  44:15 45:1,17 47:16
  47:19 48:12,20 49:2
  49:5,16 51:3 52:15
  53:21 54:18 55:1,7
  55:13,17 56:11,16
  58:23 60:11 61:6,7
  62:17 63:11 64:15,18
  65:9,19 67:8,13,14
  70:9 73:7 74:1 82:18
  85:2 90:14,15,20
  91:6 93:8,12,20 94:2
  94:5 100:21 103:20
  106:10 112:18
  113:23 115:4,13,18
  116:3,14,21 118:6
  119:4,9,13 121:20
choke 44:2 45:5 47:11
  47:12 51:22
church 71:3
City 63:16
Civil 1:8 3:5
claim 84:12 87:11,12
claiming 94:19 107:5
  107:12
claims 94:12
class 10:18 11:8 26:2,3
  35:13 37:6 41:17,20
  41:22 42:1,1 48:17
  49:17 98:7 100:22
  111:10,10 113:23
classes 19:6 48:7 98:3
  100:3
classroom 41:18,23
  42:4 49:22
Clay 9:21 12:3 15:19
  16:3 57:7 71:9 72:7
  98:13,16 103:18
  104:2,3
Clay's 56:6 98:21,22
  99:13
clear 121:4
close 27:13 57:6 64:23
  65:2 85:9,14
closet 29:11,12
code 15:5
cold 19:19
come 30:21 32:13
  35:20 40:1 41:17
  48:15,16 55:6 86:19
  97:17 99:21 105:2
  115:16 116:12
comes 27:18 31:11
  42:12 95:17

coming 5:3 91:12 95:6
commencing 1:21
comment 115:11
commission 3:9
Commissioner 1:17 3:7
  124:18 126:8
committed 113:9,17
  114:3,15 118:6
committing 112:20
complain 107:23
complaint 94:4
computer 125:14
concluded 124:8
conditioner 52:2
conduct 73:21
confine 62:6
connected 30:2,4 87:13
  87:15
contact 112:19 114:17
  119:12
contacts 119:8
contain 125:15
Continuing 57:2
control 77:10 79:1,4,5
  79:6 100:22 101:14
conversation 64:21
  68:9 75:10 80:4
Corolla 80:16
correct 10:19,22 12:20
  17:15 27:5 32:21
  34:1,4,7,8,10,16
  36:16 41:9,18 42:10
  43:2 45:17 49:10
  56:19 57:21 58:10
  59:17 63:3 73:17
  94:10 99:11 101:15
  103:11,22 104:23
  123:19 125:15
counsel 3:3,16 92:18,19
  93:1,3 125:16,20
counseling 100:5
counselor 100:7,10
count 110:9 111:11
counted 110:14
County 20:15 60:21
  91:23 108:22 124:16
couple 30:22 32:14
  51:13 76:17
court 1:1 4:18 6:12
  67:21 75:20 76:6
  89:15,20 103:18
  106:15 118:10,22
  125:9
courtroom 76:9
cousin 8:6,7 21:1 81:4
  81:14 119:23 120:4,4
  120:5
cousins 81:4
crime 112:21 113:17
  114:4,16

criminal 113:9 118:5,9
crowd 47:22 48:1,3,4,5
Crowder 48:2
cruel 19:18
cruelty 19:15
cubical 19:8,10
cuffing 115:11
curious 76:15
curse 99:10
cursing 52:7,11 93:7
cuss 64:2
cussed 65:11 70:9
  123:19
cussing 82:13,15

**D**

dance 6:3 17:23 18:4
  22:2 76:4,5,7 77:7
  78:5,6,7,8,9,11,12
  79:21,23 80:3 87:6
  88:11 93:20
dark 58:16
date 5:13 76:18 87:6
  102:20,21 118:21
  120:9
dated 96:23 99:5
  102:16
dates 76:14
daughter 1:6 125:4
Davis 97:23 98:3
day 4:18 15:17 19:11
  23:23 34:22 35:3
  50:15 55:2 58:10
  66:16 69:20,21,21,22
  71:18,22 97:3 102:13
  102:17,21 111:5
  125:22
daylight 58:14
days 16:13 30:22 32:15
  57:13 97:5,12 122:8
dealings 8:4
December 108:15
Defendant 94:4
defendants 1:10 2:8
  4:17 125:8
defiance 15:23 16:11
  93:2
department 57:10,11
  58:21,22 59:6,9,12
  59:20 61:11,15 73:13
  83:13 84:3,6,8,14,19
  92:2
DEPONENT 124:11
deposition 1:14 3:4,6
  3:12,17 4:1 6:10
  124:8,20
deputy 60:7,10,19,23
  61:5,6,8,9 67:8 117:7
  117:13
describe 97:14

detention 101:23
different 76:5 94:15,16
  94:18 95:3 98:8
  110:10 111:14
disagree 93:10
disclosures 16:21 96:11
  98:20
discussion 75:5 96:3
  106:19 115:8 116:12
  117:7,13 121:11
dismissed 119:16
disobedience 15:8,14
  92:18 97:2
disorder 97:14
disorderly 73:21 96:1
  113:1,20
District 1:1,2 125:9,10
disturbance 15:18
disturbing 57:3
division 1:3 117:18
  125:11
document 17:2 96:15
  96:16
doing 25:20 48:23
  51:19 54:11 70:5,23
  97:12 109:4
done 68:4 72:12,15
  110:2
door 27:13,15 31:14,18
  32:2,20 33:3 48:18
  51:5,8 52:1 94:7
  106:1
doorway 31:22
down 5:8 32:8 34:21
  35:7,15 38:18 44:6
  45:15 48:10,11,13
  52:6,13 60:4,8 64:16
  67:14 81:9 83:4,15
  99:3,19
drag 35:21
dress 15:5
drink 26:10 27:8,12
  28:8,9,23 29:3,5,7,10
  29:15,20 30:2 32:16
  42:9 44:9 52:17,18
  93:14 103:21 104:21
  104:23 105:13,16
drinks 26:5 28:7
  104:16,17 105:17
driver's 5:17,19 64:7,8
drop 65:22
drove 63:10 80:6
duly 4:6 124:22
during 44:18 52:3
  66:21 108:18 116:19

**E**

E 15:19 16:3 57:7
Earle 21:7,9,12 22:10
  50:19,23 102:23,23

103:1,17
earlier 57:2 63:16,17
  87:12
education 53:17 55:20
  102:7
either 3:14,19 36:18
  115:21 117:3
embarrass 35:22 37:9
  40:22 41:2 122:7
end 35:19 36:4,6,23
  44:9 57:6 97:19
ended 44:8 52:17
enough 64:23 65:2
  79:10
enter 42:5
entered 44:14 94:5
entitled 117:2
equal 94:13
et 1:9 125:7
even 46:3 51:15 69:12
  81:23 94:21 100:10
  108:10 121:9
event 13:14
ever 6:7,10,12,22 7:2
  7:17,20 11:14,17
  12:7 17:2 20:8 22:7
  54:21 55:1 60:17,19
  62:23 75:10 76:2,2,6
  92:18 93:8 97:23
  98:10,13 100:2,5,7
  100:16 104:4,6 105:2
  108:12,22 112:19,23
  113:5,8,14,16,19
  114:1,3,12,15 116:12
  117:2,6,12,18,21
  118:4 120:18
every 34:22
everybody 8:6 24:20
  24:22 25:9 34:3
  39:23 41:2,19 50:8
  73:3 78:12,20 80:11
everyday 23:16
everything 53:9 72:23
  73:5,7,9
evidence 3:13
exact 76:18
exactly 36:3,20 37:14
  102:13
exam 109:13,18,19,20
  109:21
examination 2:16 4:9
  112:16 121:13
  125:16
Except 55:6 103:17
exclusive 101:14
excuse 82:11
excused 111:1,3,4,6,14
  111:15,18
exit 109:19,21
explain 94:21

extended 20:8
eyes 47:15

**F**

face 45:4 46:1,17
facing 19:11 49:16,20
  49:21,22
facts 4:19
failed 106:17
fair 15:11 79:10
familiar 118:1
families 83:20
family 83:22
far 26:18 33:12,23
  34:23 36:8,11 38:8
  51:2 54:13
fast 89:7
February 15:22 16:12
federal 3:5 4:18
feet 26:20,20 36:14
  51:6 85:19
fell 52:19
felt 44:21 123:11
few 13:22 14:2 15:22
  57:15 76:17 121:15
  122:8
fifteen 51:14,17,18
fifth 22:13,17 23:19
  24:9 26:5,11 27:7,12
  27:14 28:6 42:5
  44:14 51:2
fight 17:22,23 18:2,3,6
  18:15,17 22:4 54:16
  77:7 78:1,3 81:1,15
  81:18,20 87:6 91:1
fighting 12:17,22 13:1
  81:12 83:8
fights 120:11
filed 6:7 87:18 95:1
  118:10
filing 3:17,21 118:1,4
fill 60:1
filled 59:22 92:9
finally 53:16 110:2
find 9:13 15:11 66:14
  71:16,22 74:21,23
  78:19 90:6
fine 5:3 27:2
fired 108:12
first 4:6 7:12 21:2 25:3
  25:5,9 34:2 39:12
  45:1 48:19 55:4 59:8
  72:8 83:12 84:16
  88:8 89:3 94:18
  100:19 106:13 109:1
  112:18 118:8 120:4
  121:19,19 123:16
  124:22
five 13:23 26:9 27:17
  53:14 86:17

five-minute 112:12
folks 92:8
follow 104:19
following 66:18 84:15
follows 4:8
football 118:16,16,21
foregoing 125:14
form 3:10 119:12 123:5
formality 3:8
fought 49:3 90:17
foul 72:17
found 49:2,5 66:21
  75:20 119:3
four 17:7,11 25:18
freezing 19:20
Friday 70:18
friend 1:5 21:18 78:18
  106:3 120:14 125:3
friends 6:22
from 13:5 24:8 26:19
  36:8,14 38:8 40:9
  44:13 46:5 51:7,8
  54:11 59:5 66:12
  76:13,19,23 89:11
  91:10 97:5 99:8
  105:13 107:6,12
  108:12,14 110:22
  113:3 115:16
front 19:11 33:2 35:22
  37:9 41:2 63:5,6
  80:13 89:11 122:7
fucker 37:12,16,20
  41:5 52:8
full 4:11
further 3:15,22 7:16
  124:11 125:19
fussing 80:7

**G**

game 17:22 18:2,6,8
  22:5 70:17,20,21,22
  78:8 79:16 93:20
  118:16,17,21
games 55:6,9
gave 6:13 20:23 17:3
  37:15 75:16 98:16
generally 20:4
gets 69:16
getting 15:4,7 32:12
  42:6 44:10 58:11
  107:6
Gilliland 1:18 2:10
girl 8:18 18:16 77:8,17
  81:1,13 84:23
girls 23:17 25:18,20
  27:17 28:3,4,5,12
  30:5,9 33:9 83:8 94:5
girl's 81:14
give 6:17 19:19 98:23
  103:5,15,16 104:1,2

114:6
given 6:10 11:17,21
giving 4:19
go 5:5 8:9 10:13,16
  11:4,9 14:10 16:23
  18:17 19:5,8 26:1,2
  27:8,14,15 29:2
  30:21 31:12,15,22
  32:12,14,23 33:13,20
  34:9,18 40:1 41:17
  41:20 43:13 48:17
  53:8,15,16 57:10
  59:5 60:14 66:9,14
  66:19,22 70:2,15
  71:3,5,16,23 72:2,11
  80:11 82:8 83:21
  86:18 94:7 97:16,21
  103:18 106:23 110:7
  111:9 113:3 119:9
  121:17 123:23
Goddamn 52:9
going 5:11 7:7,16,18
  10:18 15:11 16:17
  17:20 19:3 23:4 26:4
  30:18 32:20 35:20
  37:8,12 40:7,14,22
  41:1,6 44:11,11 45:4
  46:1,6,11,17,23
  47:10,14 49:1,22
  53:18 62:7 70:20
  71:23 73:12,13 78:15
  78:20 79:14 80:8
  82:6 83:22 84:1 89:7
  90:5 94:13 96:13,19
  106:5 108:14 111:7
  116:16 122:6,8
  123:16 124:4
Golson 77:19
gone 100:5
good 56:22
gotten 33:12
grab 35:20 37:8 40:14
  46:19 47:7 74:5,12
  122:6
grabbed 11:5,6,9,14
  40:23 44:7 46:15
grabbing 11:13 114:7
grade 10:1 22:13,17
  23:19 24:9 26:5,12
  27:8,12 28:6 42:5
  44:15 51:3
grades 10:9
graduate 109:5
graduated 109:6
graduation 109:12,18
  109:20
grass 85:18
ground 85:16
grounds 79:23
group 50:1,4

guard 7:23
guess 9:11 18:10 27:2
  27:20 38:11 54:13
  59:22 61:13 66:3
  86:7 124:5
guilty 75:20 89:13
gun 119:20
guy 8:20
gym 79:22

**H**

half 28:3,5
hall 26:5 30:3 44:3,9
  69:8 74:16
hallway 32:18 44:1
  49:14,15 59:17
  105:13,15,18
hand 42:19,21 49:9
  69:8 74:12 122:13
handbook 23:5
handcuffed 116:1
handcuffing 115:8,10
handcuffs 62:10,14,17
  62:23 63:2 82:19,21
  82:23 114:22 115:2,5
  115:13,16,18,22
  116:4,6,10,16,17
  122:19 123:13,15
hands 42:18,19 43:1,19
  45:11,13 46:19 47:7
  49:9,19 52:9 63:5
  122:13
handwriting 98:20
handwritten 6:17
  75:15
happen 14:8 18:7
  59:12 71:19 72:21
  78:9 81:20 87:6
  108:20
happened 7:5 10:1 11:7
  13:12 15:21 16:10,12
  16:15 18:15 23:21
  24:6,16 28:15 30:14
  32:11 33:15 35:17
  38:19,20 39:1,2,3,6
  42:4 45:20 51:12
  53:5,23 54:2,3 55:18
  56:14 59:8,17,19
  60:10 62:22 63:22
  64:12 65:4,15,18
  68:18 69:17 70:14
  71:7,13 73:9 75:8
  78:5 80:6 82:23
  83:14 84:2 91:3 97:2
  99:8,19 101:5 102:12
  102:13,14,17 103:3
  105:6,10 108:18
  111:17 120:17
happens 28:2 29:22
  31:9 34:19 43:20

Deposition of Jennifer Bogan

September 19, 2006

Page 4

81:3
hard 5:9 108:8
Hardee's 19:3,4
having 4:6 71:16
head 5:10 18:14 19:22
  21:5 27:9 29:19 30:6
  38:13 43:23 47:4
  49:12 51:11 66:2
  67:10 75:1 84:18
  103:10 108:4
headquarters 116:20
  117:9,19
hear 58:7 64:21,23
  65:1,2,3 69:19 76:10
heard 9:14 26:10 54:21
  106:14,15 123:9
hearing 106:13
help 13:4
helped 63:2
her 1:5 16:7 20:23 21:2
  21:19 38:20 39:6,9
  39:11,14,17 40:18
  52:6 53:16 54:2,6
  56:5 66:5 69:2,16
  78:1,3,22 79:1 80:7
  80:10 81:4,4,7,8,11
  83:15,16,17,22,23
  84:1 97:9 100:12,21
  100:22,23 102:20
  103:2,5,6,6,8,8,9,9
  103:13 120:14,17,21
  125:3
hereto 3:19,23
herself 14:7
Hickman 7:2 15:13
  30:22 32:14 33:1,13
  33:20 34:10,18 40:4
  53:7,15,22 54:1,4,10
  54:15 55:16 56:3,14
  62:16 72:7 80:7,20
  81:2 115:3,11,21
  121:17 124:1
Hicks 66:6
Higgins 1:19 2:10
high 10:7,9 92:14
  109:20 110:15
Hill 8:5,19 9:1 21:9,14
  21:16 22:11 36:22
  106:3
him 10:22 24:23 25:3,6
  25:9 33:4,8,10,12,17
  33:19 34:1,3,10
  37:15 39:11,14,17
  40:7,8 41:6,7 42:17
  45:6,9 49:7,21,23
  50:16 51:15,20 52:8
  52:8 53:7,13,14,16
  53:16,21 54:3,5,7,8
  54:14,16 55:4 56:12
  56:12 62:21 64:12,13

64:14 65:4,11,17,19
67:16 68:13 74:3,5,8
74:10 78:15,22,22
79:6 88:16 89:11
93:16 95:22 96:1
99:18,18 100:1,23
104:1,2,6,8 105:10
114:12 116:5 117:4,7
117:13 118:17
122:17 123:19,21
hit 43:22 49:12,20
  51:11 74:1 84:18
Hitson 1:18 2:10
hold 44:2 45:5 47:11,12
  51:23
Holtsford 1:18 2:10
home 57:21 58:11
  65:13,21 66:8,10,12
  68:16,17 69:16,23
  73:13 79:15 84:4
  86:18,22
homecoming 118:16
hospital 43:13 106:11
hour 89:8
hours 57:13,15 58:16
house 13:12,21 14:6,11
  14:15,23 23:9 65:23
  66:1,9 67:1 68:17
  70:6 91:12
Howard 2:9,17,18 4:10
  4:16 16:3,9 56:21
  57:2 99:17 112:11
  114:21 118:15 121:8
  121:14 123:7 124:6
huge 29:13
Huh-uh 57:14,18
hurt 43:8 59:13 106:5
hurting 49:8

I
idea 8:17 9:4 12:11,23
  13:3 14:9 26:21
  42:23 46:4,21,22
  47:2 52:14 57:12
  58:2 70:4 71:4 87:10
  92:12,23 104:20
  118:14 120:23
ignored 25:9 33:19
  34:1,3,10 39:11,17
incident 7:3,8,8 9:22
  10:14 12:4,7,16,20
  13:2 15:17 16:6,7,10
  16:18,19 17:14 18:3
  20:17 55:8 57:4
  59:16 66:18 71:10,20
  72:21 73:1,10,20
  75:11,23 76:4,11,21
  86:16 88:7,9 92:9,22
  93:6 96:17 97:1,5,6
  98:1,11,14 100:17

102:9 107:8,13
117:16 118:13 119:1
119:18 120:17,21
121:5
incidents 88:6,8 90:15
  108:18 119:12
incited 121:6
inciting 15:18 16:6,9
  57:3 121:9
INDEX 2:16
indicate 112:20,23
  113:5,14
indicated 57:4
individuals 121:6
information 60:12
infraction 15:14
initial 16:21 96:11
  98:20
initiating 114:16
inside 22:20 24:15
  26:11 28:10 106:2
instruct 117:2
interacted 90:16,20
interaction 7:20 91:6,9
interested 125:21
interfering 86:3
interruption 86:14
introduced 3:18
investigate 97:13
involved 21:21 82:3,5
involving 7:3 8:18
In-school 101:19,21
issue 23:4

J
J 2:5,5
jackets 19:20
jail 61:18 82:6
Jamiah 8:20,22 9:10
  119:23 120:10
janitor 29:12
January 18:12,13,19
  18:19 57:5,6 110:22
Jennifer 1:14 3:4 4:5
  4:13 58:4 80:9
  112:18 120:13
  124:21
Jessica 8:5,18 9:1 21:9
  21:14,16 22:11 36:22
  106:3 120:16
job 107:3,6,17 108:9,12
John 15:19 16:3 57:7
Johnnie 1:5 2:13 125:2
Johnson 2:14 7:3,21
  11:12,18,23 20:18
  24:7 27:18 28:14,21
  29:7 31:11,15 35:23
  37:8 39:20 41:13
  44:15 45:2,17 47:16
  48:12,20 49:2,5,16

51:3 52:15 53:21
54:18 55:1,7,13,17
56:11,16 58:23 60:11
61:6,7 62:17 63:11
64:15,19 65:9,19
67:9,13,14 70:9 73:7
74:1 82:18 85:2
90:14,16,20 91:7
93:12,20 94:2,4,5
100:21 103:21
106:10 112:18
113:23 115:4,13
116:3,14,21 118:6
119:5,9,13 121:20
Johnson's 47:19 93:8
  115:18
joking 9:5 119:22
judge 119:4
judges 119:11
juice 28:17
juices 30:1
jumped 42:8 47:21
  95:22
jumps 42:12
just 5:1 8:15 15:12
  16:22 17:3,9,10
  18:16 23:14,15,16
  24:21 25:9,23 26:6
  27:3 29:11 30:15
  31:5,12,14 33:10,19
  35:13 36:16 39:6
  47:3 50:16 51:13
  52:19 53:10,12 54:17
  61:16,21 65:22 67:21
  69:12,14 71:13 76:14
  76:17 78:18 83:4
  86:11,13 87:22 88:15
  94:6 95:1 96:13 97:9
  97:20 99:18,20
  101:20 102:20,21
  105:7 108:9,10
  109:20 110:9 111:5
  111:11,16 112:8
  115:23

K
keep 13:5 34:19 49:8
  95:6 111:22 112:1
kept 10:18 53:13 87:22
  107:6
key 66:8,10
keys 48:2
KeyShay 20:19,22
  22:10 28:11 30:11
kids 47:22 48:1,3,4,5,6
  50:1,4

kill 14:7
kin 37:2 125:19
kind 21:16 49:12 80:15
  93:16 109:10
knew 63:15 93:23
  111:15 122:20
know 4:21 5:2,3,11
  6:20 7:9,22 10:2 11:8
  12:13 14:4,20 15:9
  15:10,21 17:1 20:13
  20:14 23:2 24:2 27:3
  28:14 36:3,11,20
  39:3 41:19 42:20
  43:15 44:22 45:16,22
  46:3 47:3,16 49:23
  50:5,21 51:1,6,10
  52:14,21 54:18 55:13
  55:23 56:13 57:23
  58:3 59:3 60:7 62:20
  69:22 70:19 72:23
  73:19 74:18 76:15,16
  77:5,6 79:14 80:9
  81:8 83:21 86:17
  87:22 90:2 91:18
  92:13 94:21 95:14
  97:1,11 99:7 101:4
  102:12,18 103:13
  104:11 105:3,7,9
  106:10 108:2,19
  109:4,7 110:8,17
  111:2,21 114:9 117:6
  117:12 120:20
  122:23 123:2,3,4,7,8
  123:14
knowledge 13:20 46:4
  90:19 113:16
Krystal's 108:7

L
lady 101:19 120:13
land 42:15
language 72:17
Large 1:17 3:8 124:19
  126:9
Lashondra 20:19,22
  21:3,4 22:10 28:11
  30:11
last 14:17 51:14 121:4
later 15:22 16:14 61:9
  104:23
Latisha 77:19 82:4
Latoya 36:22 69:4,7
  86:21
law 1:18 2:5,6,10 113:9
  123:4
lawsuit 4:17,20 6:7,8
  87:18,20 91:16,16
  94:12 95:1 107:5
lawyer 5:2 76:21
  118:11 123:6,8

Deposition of Jennifer Bogan

leading 16:23
learn 45:1
leave 31:8 40:3 61:8,9
  80:11 85:23 107:15
  108:7
leaves 41:13
led 91:16
left 33:9 39:20,21
  41:21 43:4,5 44:13
  48:8,10 56:9 61:10
  63:22 84:2 107:17
  113:22
leg 13:8 14:5
legal 94:14,22
Leon 93:1
let 4:21 5:1,3 19:19
  53:7,14,16 78:22
  82:8 86:18 97:9
  103:6,8,9,13 112:12
let's 32:23 33:13,20
  34:9,18 40:1 41:17
  48:17 112:11
leveled 119:5
license 5:17,19 64:7,8
life 108:14
like 5:10 8:8,10 10:5
  14:9 15:9 17:7 21:16
  26:19 29:11,11,13
  31:20 36:15 38:5
  40:11 51:14 70:15
  77:1,11,20 78:23
  79:7 80:9 85:16 88:1
  95:21,22 98:8,9
  99:22 101:1,21,21,23
  110:2,23 111:6,9,9
  111:11,13 112:5
  123:11
limit 89:9
lines 121:21
list 92:8
listen 10:21 64:22
little 5:4 19:8,10 29:11
  44:10 46:12 58:5
  62:6 75:6 81:7 83:4
lived 108:22
lives 109:8
located 19:2
locker 44:4
long 26:8,22 29:5 30:12
  31:6 38:4 46:5,8
  57:10,17 60:23 76:13
  83:2 86:15 99:7
  104:10 111:6
look 76:14,18 112:13
looks 110:2,23 111:6
  111:13 112:5
Lorine 66:6
lost 107:12
lot 20:6 21:19 55:12
  80:2,3,4 88:23

108:18 109:14,16
  110:17 111:4
lunch 5:4,5 26:1,3
  101:10
lunches 19:19
lunchroom 7:4,7 17:14
  20:17 22:13,15,19,23
  23:18 26:4,14,15
  29:13 32:13,21 33:10
  33:16 34:20 40:3
  44:13 48:8,10 51:7
  59:15 71:20 73:1
  75:12,23 76:11 90:22
  96:17 97:1,5,6 102:9
  104:19,22 105:2,6,11
  105:23 106:2
lunchtime 24:3 58:8
Luther 92:11

**M**
Mace 45:4 46:2,3,7,11
  46:18 47:10,15
mad 77:22 95:1 101:2
made 3:11 9:6,8 33:23
  36:8 40:17 50:17
  112:18 120:10
  121:20 122:1
Madison 2:6
major 97:14
make 35:14 40:12 70:2
  77:22 115:11
makes 19:16
making 84:12 120:21
  121:2
mama 17:20 37:11,13
  72:3 83:15 103:6
  112:2
man 108:4
management 100:2
manner 3:19 125:21
many 5:23 12:10 13:20
  17:5 20:2,3,4 35:11
  38:9 51:6,9 88:2
  106:20 109:12
  111:10
Marcel 77:16 78:13,16
  79:5
marked 16:20 96:10
math 98:8,9
matter 75:18 125:1
matters 123:3
Matthews 36:22 37:2,2
  77:3
Maurice 64:11 91:15
may 3:6,11,12,18 93:1
  93:1
maybe 57:15 108:2
  111:1
ma'am 25:22 33:21
  45:14 48:22 54:9

85:12 86:6 88:5
  103:7 110:20 121:19
McCollum 91:18
McDonald's 107:11,15
  107:18,21 108:3
McLemore 64:11
  91:15
McNatt 7:22 8:2,4 9:15
  9:17 10:12 11:12,18
  11:22 55:11,14
mean 95:10 99:14
  109:18
Meaning 119:15
means 41:20
mechanic 109:11
Mediation 98:5
meeting 72:2,4,6,8,10
  75:2
memory 13:5
mess 37:12
messed 88:2
messing 87:22,23 95:7
Michael 91:18
middle 1:2 4:14 125:10
might 70:21,22 102:20
Mike 37:2
miles 89:8,9
Milton 2:5,5
mind 58:5
minimum 106:22
minor 1:6 125:4
minute 29:6 38:5
minutes 26:9 27:17
  29:6,21 30:13 31:7
  51:14,15,17,18 57:15
  61:2 86:17
Miranda 116:15,22
  117:1
misbehaved 20:8 68:14
misbehaving 68:2
miss 111:8
missed 73:14
mistaken 62:15
mistaking 34:15
mixed 111:21
mom 65:23 67:4,6
  69:16,19 87:1 118:11
mom's 66:1
Monday 66:18 71:5,8
  71:19
Montgomery 1:20 2:7
  2:11 124:16
month 57:7,13 90:4
  112:6
months 15:22 76:17,17
  111:20
more 12:12 13:23 14:2
  29:15 36:23 56:16
  58:5 61:13 88:6 92:6
morning 72:8

mother 37:12,16,20
  41:5 52:8 63:17 77:5
  103:8,9 106:16
mother's 4:22
Motley 77:16
mouth 83:16,17
move 62:8 67:22
much 71:12 108:8
myself 48:23 62:15
  115:3

**N**
name 4:11,14,16 7:22
  17:8 20:13 21:2
  59:10,11,22 60:6,12
  64:10 66:5 69:2 81:8
  81:13,17 92:8 100:12
  100:19 109:1 120:15
named 8:18
names 20:20 50:13
need 3:10 5:1 34:3
  95:15
needed 62:1 100:21
negative 57:14,18
negatively 19:22 29:19
  47:4
neighborhood 19:4
neither 125:19
never 99:23
newspaper 76:23
next 1:5 28:15 34:19
  36:16 45:19 66:16,16
  66:18 69:20,21,22
  71:18,22 122:5 125:2
niece 37:5,6
night 57:21 70:18
  78:20 83:6
ninth 10:3,9
Nix 1:18 2:10
nobody 58:23 63:21
  84:18 88:1
nods 18:14 19:22 21:5
  27:9 29:19 30:6
  38:13 47:4 66:2
  67:10 75:1 103:10
None 25:4
North 88:22
Northern 1:3 125:11
nose 30:19 32:6 113:5
notes 58:6 112:13
nothing 4:7 25:4 43:13
  63:23 84:1 124:23
November 15:8 16:10
  16:18 90:21,21 96:23
  118:12,23
nowhere 25:1,11 27:23
  28:22 34:6 39:15
  122:2
number 5:15 16:21
  64:8 96:11

**O**
obey 11:19
Object 123:5
objections 3:9,10
occurred 117:16
October 15:5 87:7 91:1
off 11:1 49:7 51:20
  52:9 65:22 79:12
  80:6 88:16,17 94:18
  108:9 115:17
offense 118:2
offered 3:13
office 2:5 10:13,17 11:4
  11:10 53:11,17,19,20
  53:23 54:1,4,5 55:16
  56:5,6 61:16,21
  102:11 114:19
  120:18 124:4
officer 7:12,16,21,23
  8:1 9:15,17 10:12
  11:12,15,17,18,21,22
  34:12,16 47:19 54:19
  54:22 55:11,14 56:1
  91:10,20 93:23
  122:22
officers 63:12,19 85:23
  117:22
officer's 93:21
Offices 1:18
off-the-record 75:5
  96:3 106:19
often 37:18
Oh 7:19
okay 21:6,8 23:11
  32:10 122:22
old 117:15
older 69:1
Once 113:3,22
one 4:20 8:10 9:1,2,3
  13:7,18 14:4 16:2
  17:14 19:10 20:5
  21:21 29:20 42:19,21
  42:21 43:1,4,4,5,19
  46:23 57:4 83:21
  88:6,11,12,13 89:9
  94:12 97:3 101:9
  102:10,18 106:21
  108:20 109:21 112:6
  117:21
ones 28:10 50:16 88:11
one-something 58:2
only 90:19 95:16
  106:21
onto 51:23 93:4
open 105:20
order 11:17,19,22
  67:19,21
ordered 10:16
ordering 10:12
other 3:9,13,19 6:4,8

Deposition of Jennifer Bogan                                      September 19, 2006

Page 6

9:2 11:12,18,21,22
12:14 13:18 14:5,5
14:14,22 17:17,21
18:22 25:17,18 28:4
28:12,21 33:9 36:6
44:3,8 48:14 50:19
55:8 63:12,19 68:19
74:7 76:6,21 81:22
84:15,23 88:11,13
90:15 91:6,9,12,12
97:2 101:12 102:18
111:5,12 121:6,6,9
122:7
**others** 15:18 57:3
**out** 7:14 9:13 15:11
24:9,17 26:14 29:22
30:3,21 32:12,20
33:4,14 34:2 35:21
36:11 38:20 40:2
48:8,18 49:2,5 50:11
56:12 58:17,18,19
59:22 60:1 66:14,22
71:16,23 78:15,19,20
78:23 80:2,3,4 81:10
89:17,19 92:9 105:18
110:5 118:23 119:3,4
119:15 123:13,15
125:17
**outside** 8:7 22:12,15,20
22:21,22 23:11,13,17
23:18,22 24:5,12,13
24:14,19 25:14,21
26:4,15 27:5,16 28:4
28:13 44:14 70:7
78:12 79:20,22
105:20 106:1 108:22
**over** 30:20 37:22,23
38:7,22 40:13,17
41:9,11 48:9 65:23
66:7 67:15 78:14
85:16 89:9 105:23
112:13
**Owens** 52:21,22,23
103:20 106:8 109:11
**own** 66:9 109:9 119:20
**owns** 108:4
**o'clock** 24:2

**P**

**pages** 125:14
**Pam** 5:11
**Pamela** 1:15 3:6
124:17 126:7
**papers** 112:1
**paperwork** 59:23 60:1
**Pardon** 109:15
**parents** 117:3
**parked** 80:14,17 82:1
**parking** 80:2,3,4
**part** 20:14 42:17 74:7

75:7
**parties** 3:3,16,23
125:17,20
**party** 3:14,19
**pass** 22:22
**past** 31:22 32:19 33:12
42:6 51:5 55:7
**people** 6:15 20:2,3,4,6
26:10 29:15 35:22
37:10 59:2,3 75:16
76:10 88:23 101:20
122:7
**per** 89:8
**performance** 107:23
108:5
**period** 20:7 44:19
101:10 108:19
110:22
**person** 36:10 99:20
120:1
**petition** 118:2,5,9
**phone** 55:19 56:4,5,6
**phonetic** 21:7
**physical** 114:16
**pick** 64:16 87:16,17,20
**Pickett** 53:22 56:10,16
88:22 102:8,11,15
**picking** 77:8,18 95:6,10
**picture** 64:5
**pictures** 43:10,16
**place** 29:13 49:14
56:23 75:13 79:20
84:16 90:2 115:4,13
115:22 116:5,17
**placed** 114:22 115:2,20
**placement** 16:18,22
**placing** 115:5,6,14
116:9
**Plaintiff** 1:7 2:4 125:5
**played** 79:16
**playing** 8:15
**plead** 89:13
**please** 4:11 97:10
**point** 40:8 41:23 44:18
45:16 47:7,17 49:9
52:15 53:1 56:18
62:10 68:13 73:16
79:11 87:17 103:21
121:22 122:3,10
123:11 124:2
**police** 6:5 7:12,16,21
7:23 8:1 9:13 11:15
11:17,21 13:21 14:6
14:10,15,22 34:12,15
39:5 47:19 56:18
57:10,11,23 58:21,22
59:5,9,12,20 60:8,14
60:14,17 61:11,15
63:7,8,12,13,19,20
64:3 68:1,6,11 70:10

73:12 83:1,13 84:2,5
84:7,14,19 85:23
86:15 91:10,19,20
92:1 93:21,23 102:14
117:19 122:22
**positive** 22:18 24:11
32:17 53:2 79:17
94:9 98:6 109:22
**positively** 18:14 21:5
27:9 30:6 38:13 66:2
67:10 75:1 103:10
**possible** 4:22
**Prattville** 19:3 92:4
**PRESENT** 2:12
**pretty** 56:22 61:3
**principal** 9:21 12:2
20:11 115:6
**printed** 125:14
**prior** 12:6 114:6,16
115:5,14 116:15
118:21 120:9
**probably** 14:16 15:9
17:4 36:14 39:13
46:20,23 52:6 69:13
70:6 71:18 79:16
82:14 83:2 85:20,22
92:21
**problems** 6:4 82:21
84:6,10,15
**Procedure** 3:5
**process** 116:20 118:1
**profanity** 44:18
**Professional** 1:16 3:7
124:18 126:8
**protection** 94:13
**provided** 3:14,20
**pull** 40:10 41:1
**pulled** 78:13,23 79:11
**punished** 121:2
**punishment** 19:14
**purpose** 3:13
**pursuant** 1:14 3:4
**push** 74:10
**pushed** 49:11
**pushing** 50:11
**put** 47:11 56:12 61:18
62:7,14,17 63:2
82:19 116:3 122:13
122:19
**p.m** 124:9

**Q**

**question** 3:10 35:4
94:14,23 96:20
114:23 116:2
**questions** 3:9 4:19,21
60:2,3 61:13 63:20
95:16 118:18 121:15
**quick** 61:3

**R**

**race** 96:5
**radar** 89:10
**ran** 47:22 48:1 50:1,4
50:10
**reach** 36:11 55:21
**read** 6:14 75:15 93:8
104:4 116:14
**reading** 116:21 125:17
**ready** 32:12 42:6
**real** 75:6 81:8
**really** 7:5 59:16 66:17
71:12
**reason** 47:21 84:11
116:1,9
**recall** 114:23 116:19
118:17 121:7
**receiving** 96:14
**recess** 57:1 112:15
**recorders** 68:6
**records** 13:5
**referral** 96:10
**refused** 10:19 11:19
116:5
**regarding** 71:19 72:21
73:1 75:22 118:22
**regardless** 3:20
**Registered** 1:16 3:7
124:17 126:7
**regular** 66:19 110:12
**relation** 90:5 118:12
**relative** 120:7
**released** 64:1
**religion** 96:8
**Remediation** 98:4
**remember** 5:9 7:12
8:11 9:20 10:12 12:2
15:2,3,4,7,20,21 16:1
16:15,17 17:4 19:1
28:20 30:17 32:3
37:13 39:13,16 42:20
50:17,19 52:7 58:11
65:20 67:8 68:5,9
70:16,20,23 71:7
72:22 74:13 82:16
85:8 90:4 96:14 97:3
100:22 104:13,21
115:12 118:7 120:14
121:10
**Rena** 4:13
**rephrase** 4:21
**replaced** 55:13
**report** 92:10 99:1,8
102:14 120:21
**reported** 15:12 57:7
124:20
**Reporter** 1:16 3:7
124:18 126:8
**REPORTER'S** 124:14
**represent** 4:16

**representing** 3:3,16
**reprimanded** 101:4
**reserved** 3:11
**Resisting** 73:22
**resource** 54:19,22
55:23
**response** 22:18 24:11
32:17 53:2 57:14,18
79:17 94:9 98:6
109:22
**responses** 5:8
**restroom** 28:17 30:1,2
30:9,12,20 42:7,9
51:5 104:15
**results** 125:21
**retaliation** 87:11
**retired** 20:13
**returned** 38:14
**Rick** 2:9 4:16
**ride** 63:7 83:2,10
**right** 18:8,20 26:6
27:15 31:11,12,14,20
33:6,11,14 36:10,15
38:22 43:4 58:18
69:9,14 75:18 76:5
79:12 81:15 85:17
94:22 102:21 103:19
106:3 110:3 112:6
124:4
**rights** 116:15,22 117:1
**ring** 15:14
**rise** 4:19
**road** 1:19 2:11 81:11
81:21,22 83:4 85:17
85:18 88:16,17
**Rodgers** 108:2,2
**room** 26:10 27:8,12
28:8,9,23 29:3,5,7,10
29:16,20 30:2 32:16
44:9 52:17,18 56:9
93:14,14 102:10
103:21 104:21,23
105:14,16
**row** 69:12
**rule** 23:2
**Rules** 3:5
**ruling** 3:12
**run** 88:16,17
**running** 21:16 83:15
83:17
**R-E-N-A** 4:15

**S**

**SAITH** 124:11
**same** 3:21 26:23 33:2
40:19,21,23 42:9
69:21 83:10 93:17
96:20 97:3 106:8
122:1 125:18
**Santeria** 81:5,7,11 83:7

83:12
**sat** 34:21 35:2
**saw** 4:22 48:19 68:21
    68:23 69:5 104:6
**saying** 17:20 35:2
    42:12 52:3 86:12,13
    95:12,13,17,19,22,23
    117:4
**says** 15:12 16:22 27:18
    34:18 41:17 47:9
    92:9 94:4 102:14
    109:20 111:14 112:8
    123:4
**Scared** 48:23
**school** 6:3,21 7:3,13,17
    10:7,9 12:8,15,17
    13:5 15:4,7 17:1,3,6
    17:9,10 18:18,20,23
    19:2,5 20:2,5,7,9,12
    20:15 22:7 23:2,11
    23:14,18 30:23 32:15
    54:19,21,22 55:1,5,8
    55:12,14,23,23 58:17
    58:18,19 59:5 62:13
    66:12,15,19,22 70:1
    71:5,8,14,17 72:1,2
    72:20 73:14 74:14
    79:23 80:13,21 81:21
    88:9 90:21 91:1
    92:14 96:15 97:11,22
    100:8,10 101:7,18,22
    101:22,23 102:2
    109:20 110:7,10,12
    110:13,19 116:20
    122:9
**score** 106:22
**scratch** 94:2
**scratched** 96:1
**screaming** 82:13,14
    85:21
**seat** 35:14 61:16
**seats** 38:9
**second** 25:1,5,6,11,15
    34:6 36:10 93:19
    120:4 122:1
**security** 5:15 7:23
**see** 30:22 33:1,13,20
    34:9,18 49:23 53:17
    63:12,15 68:6 75:2
    105:13,15,17,20,23
    106:1,1 110:11
    121:17 123:23
**seen** 17:2 39:5 55:1,4,7
**selling** 28:7 104:16,17
    105:17
**send** 19:9 110:12
**sending** 111:22 112:1
**senior** 18:10
**separate** 52:16 54:4
**separated** 54:15 55:17

**September** 1:20 8:16
    13:7 108:15 125:13
    125:22
**series** 118:17
**set** 125:17
**Seventeen** 117:17
**Seventh** 10:11
**shake** 5:10
**Sharon** 15:13
**sheriff** 14:12,13,15
    60:3,7 63:21 91:23
    92:4,6 117:7,13
**shoot** 8:9,23 9:4 119:19
    120:2
**shooting** 8:12 12:3,6,15
    12:19 13:2 21:21
**shoulder** 11:13 42:16
    42:17 43:2,4,6,20
    44:21 45:7,8,12 46:6
    46:10,12,14,15 49:10
    49:19 69:8 122:13,14
**shoulders** 42:22
**show** 16:20 96:10
    110:13
**sick** 111:17,19,20
**side** 36:18,21 44:3,8
    45:15 48:14 69:13
    80:12 81:21,22,23
    111:13
**sign** 97:17,20
**signature** 4:1 96:12,14
    96:18,21
**signed** 112:1
**signing** 97:18 125:17
**since** 7:17 88:4
**sir** 5:18,22 6:6,9,11,13
    6:16 7:1,11,19 8:20
    9:7 10:6,8,15,20,23
    11:2,16,20 12:1,5,9
    13:6,9,11,13,17,19
    14:1,3,21 15:6,16
    16:16 17:13 18:1,5
    18:12 19:13 20:1,10
    20:16 21:13,15,20,23
    22:3,6,9,16 23:1,3,6
    23:8,10,12 24:4 25:8
    25:10,13,16,19 26:13
    26:17 27:6,11 28:1
    29:1,4,14,17 30:8
    31:4,17 32:1,22 33:6
    33:18,22 34:11,14,17
    35:10,16 36:13 37:3
    37:7,17,19 38:23
    39:8,10,19 40:5 41:4
    41:8,10,12 42:1,11
    42:14 43:3,7,9,11,15
    43:18 44:17,20,23
    45:18,23 47:8,18
    49:4,13,17 52:10
    53:4 54:20,23 55:3,6

55:10,15 56:2,8,20
    57:14,22 58:9,13,15
    59:4,7,14,18,21 60:9
    60:16,18,20,22 61:4
    61:12,14,17,20,22
    62:2,5,9,11,19 63:1,4
    63:9,14,18,21 64:4,6
    64:9,17,20,22 65:8
    65:10,12 66:4,13,20
    66:23 67:3,5,12 68:3
    68:8,15,22 69:11,15
    69:18 70:12 71:2,21
    72:14,19 73:2,4,6,8
    73:11,15,18,23 74:2
    74:4,6,9,11,13,15,17
    75:4,9,14,17,19,21
    76:1,8,12,22 77:2,14
    77:21,23 78:2,4,10
    78:17,19 79:13,19
    80:1,5,19 81:16 82:2
    82:12,20,22 83:3,5,9
    83:11 84:9,17,20,22
    85:1,4,6 86:2,23 87:2
    87:5,14,19 88:18,20
    89:2,4,6,14,16,18,22
    90:1,12,18,23 91:2,8
    91:11,14,17 93:3,5,9
    93:11,18,22 94:1,3
    94:11 95:4,9,12 96:6
    96:9,22 97:7,16 98:2
    98:12,15,18 99:2,4,9
    99:12 100:4,6,9,11
    100:18,20 101:3,6,8
    101:11,13,16 102:1,3
    102:10 103:4,12,14
    103:23 104:5,7,18
    105:1,4,19,22 106:4
    106:7,9,12 107:2,4,7
    107:9,14,19,22 108:1
    108:6,13,17,21,23
    110:1,4,6,16 112:4,7
    112:10,22 113:2,7,11
    113:15,18,21 114:2,5
    114:8,10,14,18,20
    115:1,7,9,15,19
    116:7,11,13,18,23
    117:5,11,20,23 118:3
    119:10,14,17,21
    120:3,8,12 121:3,11
    121:23 122:4,11,15
    122:18,21 123:10,14
    123:14,18,20,22
    124:3
**sister** 13:7,8 14:4,5,7
    20:23 44:4,6 52:5,13
    68:19,19 69:1,2 80:8
    80:22 81:7,10,14
    82:8,12 83:7,18 84:1
    84:21 85:2,9,14,15
    85:16 86:1,4,8,9,19

86:20 87:3
**sisters** 66:11 67:6
    68:16,18
**sister's** 81:17
**sit** 19:8,10 34:21 35:6
    35:15 48:10,11,13
**sitting** 35:5,11,18 36:1
    36:4,10,18,21,23
    39:21 48:8 52:20
    94:23 104:16
**sixth** 22:13,17 23:19
    24:9 26:5,11 27:7,12
    28:6 42:5 44:14 51:3
**slow** 20:20
**small** 83:21
**snack** 93:14
**social** 5:15
**sodas** 28:16
**some** 12:14 19:9 27:4
    30:18 32:5,7,10
    36:23 40:8 47:7
    49:12 52:15 53:1
    56:16,18 59:23 61:2
    61:13,18 62:6,10
    73:16 79:11 97:2
    103:21 113:4,9,17
    114:4,16 119:12
**somebody** 63:2 66:8
    77:10 107:23
**somebody's** 61:16
**someone** 118:4 119:20
**something** 5:10 8:8,9
    10:5 11:14 17:3
    23:14 28:19 30:17
    37:13 39:3,12 40:11
    44:6,21 47:14 54:10
    54:12,14 67:19,20,21
    67:23 70:15 71:18
    74:20,22 77:11 90:5
    98:9 101:1 106:16
    107:16 121:20
**sometime** 24:3 58:8
    66:21 91:4
**sometimes** 20:20
**somewhere** 69:13 70:7
    87:9 90:10
**sorry** 48:5
**sort** 112:21
**speak** 4:7 38:4 117:21
    124:22
**speaking** 58:5
**speed** 89:9
**speeding** 88:15,21 89:1
    89:3,5,13 90:6,10
    91:3
**spell** 4:14 109:1
**spend** 122:8
**spoke** 14:17 38:6 39:18
    40:6,13 99:3
**spot** 33:2 36:16

**spray** 45:4 46:1,7,11,17
    47:10,15
**spring** 18:10
**squeeze** 43:6
**stab** 8:10,23 13:8
    119:19
**stabbing** 8:12 12:4,7,16
    12:19 13:2 14:4
    21:22
**stall** 32:6,9,10
**stand** 26:6 31:12,14
**standing** 8:6 22:12
    23:17,22 24:5 25:17
    25:23 26:8 27:16
    30:15 31:2,5,9 32:23
    33:10 36:2,3 50:21
    78:12,13 105:16
**start** 42:3 43:21
**started** 18:20 23:4
    28:18 45:8,10,23
    81:12 85:3 108:10
**state** 1:17 3:8 4:11
    124:15,18 126:8
**statement** 6:17,18 9:6,9
    21:22 34:9 36:2,9
    37:15 40:12,17,19,20
    40:21,23 50:18 93:8
    93:10 98:16,19 99:10
    99:17 102:15,17
    103:5,15,16 104:1,2
    104:4 105:5 120:22
    121:2,19 122:1,5
**statements** 6:14,23
    33:23 75:16 103:19
**STATES** 1:1
**station** 56:18 58:1 60:8
    60:14 63:7,13,20
    64:3 68:2,7,11 70:10
    83:1 86:15
**Statute** 3:14,20
**stay** 5:4,5 61:16 65:21
    76:9 83:20 86:15
**stayed** 28:4 61:11
**step** 102:2
**stepdad** 64:1 65:6,13
    65:21 68:10
**stepdaddy** 64:10
**stepdad's** 66:1
**stepfather** 68:1 70:8
**steps** 51:9
**step-grandmother** 66:3
**Stewart** 35:1,8 36:1
    38:18,19,22 39:22
    41:11,15,16,17 42:1
    48:16 50:14 53:6,21
    54:3,5,8 55:7 56:10
    56:12,15 75:11 101:4
    101:9,15 102:11
    113:13
**Stewart's** 35:13 100:19

Deposition of Jennifer Bogan

Page 8

still 28:13 39:22 45:3
46:1,2 47:13,14,20
47:20 53:8 58:14
80:21 89:15 101:7
109:7,8
stipulated 3:2,15,22
stipulation 1:15 3:1
stop 10:21 51:16
stopped 11:3
stopping 56:23
store 108:4
Stoudemire 101:17
straight 29:2
Street 88:22
struggle 46:12
student 9:6,8 23:5 36:5
36:7 102:5
students 20:6 25:17
35:11 36:23 50:10,14
50:20 54:12 121:7,9
stuff 60:6 83:16 91:13
subject 117:12
subjects 19:6
sue 40:7 41:7
sued 4:17
Suite 1:19 2:11
Sullen 8:20,22 9:10
20:19,19,22,22
119:23
Sunday 71:3
supervising 101:9,12
supposed 24:18,20
27:20 121:21
sure 11:11 27:1 66:17
67:7 70:19 82:18
92:10 97:6 117:8
119:7 120:6
suspends 101:20
suspension 101:19,21
swing 74:3
sworn 4:7 124:22
System 20:15

**T**

table 26:22 34:21,23
35:2,6,12,18,23 36:4
37:1 38:18 40:9
52:20 104:16
tables 38:10,11 48:15
take 5:1,5 43:10,16
49:14 53:11 56:21
64:5 67:14 77:20
79:15,20 93:10
109:12 112:11 124:4
taken 1:14 3:4,6 84:14
106:20 117:18
120:18
taking 58:6
talk 5:2 6:22 7:2,6,7
9:17,21 10:13 19:12

26:6,10 54:21 64:18
65:13 68:23 69:5
70:3 71:14 76:20
77:3 78:21,22 97:15
97:23 98:10,13
100:16 102:8 103:2
104:8,12
talked 12:3 38:3 40:18
56:15 63:16,17 71:10
72:23 73:3,5,7,9,12
90:16 91:15 98:15
100:7 104:6 118:11
talking 7:9 16:19 23:22
24:6 25:21,23 27:16
28:14,18 30:16 31:2
31:5 38:15,21 39:5
39:22 40:14 41:15
46:8 52:6 56:3 57:8
59:15 77:8 78:13
79:2,3 81:10 82:10
83:16 84:13 85:3
86:5 97:19 99:16
talks 105:5
Tameka 69:3
tap 46:10,12
tape 68:6 74:21
tapped 46:14
tardies 110:18 111:9
111:13
teach 98:3,8
teacher 15:12 17:19,19
19:9 34:23 36:5,6
92:13 101:12 113:13
113:17,19
teachers 35:5 48:7 50:7
50:10 54:11
teeth 74:7
tell 18:6,15 20:17 24:23
25:3 27:3 39:6,11,14
39:17 40:3,7 50:16
64:12 65:17,19 67:13
68:13 69:16 72:12,15
77:7,10 78:5,11,21
81:3 82:11 85:5,7
86:8,11 87:1,3 98:23
99:18 105:10 113:8
113:16,19 114:1,3,12
114:15 116:8 117:9
123:1
telling 11:3 17:18 44:5
44:6 45:3,23 47:13
47:19 52:5 60:11
65:4 67:8,16 79:4,5,6
82:8 85:23 100:1,23
116:15 120:1
temperature 43:23
ten 12:12 26:20 51:14
51:17,18 53:14 86:17
97:5 112:5
tenth 10:3

Tequita 81:19
terms 7:10
test 106:16,17
testified 4:8 6:12 76:2,3
76:6
testify 75:22
their 20:20 29:23 50:13
64:21
thereof 125:21
thermometer 52:1
thermostat 49:12 51:11
51:23
Thigpen 100:13,15
thing 23:16 45:19 52:1
52:1,2 59:8 72:8
106:8 121:4
things 95:19 105:6
think 6:19 8:3 9:4,16
9:18,23 10:4 11:8
12:18,21 14:1 17:11
18:21,23 19:1 23:3,3
26:23 28:13 29:21
35:11 36:20 38:10
39:19 43:1 46:20
48:19,21 53:10 55:22
56:15,17 57:9,16
58:17 59:11,11 61:7
62:15 63:6 64:15
65:14,16 66:16 67:7
69:6,18 70:17,19,20
70:22 71:6,9,15,21
72:5,9,11 73:15
82:18 83:11 87:8,10
87:19 89:8 90:7
91:22,23 92:5,6,17
93:7 94:15,16 95:2
96:4,7,12,18,18
97:13 98:15,16,19
100:21 102:19,21
103:18 104:3,20
105:12 106:15
107:11 108:6 109:9
110:11 112:14 115:3
115:12 117:14
118:11 119:2 120:12
120:19 121:16,18,22
122:3,6,9,12,16,22
124:1
thinking 57:20
third 34:9 39:18 99:20
120:4
thirteen 97:12
though 14:2 110:3
thought 111:12 123:16
threat 8:12,14,14
120:10
threatened 17:19
119:19
threatening 120:22
three 17:7,11,17 29:6

29:20 30:13 31:7
33:23 36:14 57:13
58:16 85:19 88:6
111:20 119:8,11
threw 44:3 51:23
through 10:10,11
47:22 48:1 50:1,4,5
50:11 70:2 97:19
112:14
throwing 43:22
thrown 119:4,15
ticket 88:14,15 89:3,13
90:6,10,13 91:3
till 19:9 86:19
time 3:11,12 10:7 12:22
14:11,17 16:15 17:1
20:3,5,7 23:23 25:1,3
25:5,6,6,9,11,15 29:8
34:2,6,13 39:12,18
41:3,20 44:13,19,23
46:5 47:12 55:4
57:23 58:19 68:20
70:11 76:19,19 80:20
84:5,8 90:19 93:17
93:19 95:7 107:8
108:19,20 110:5
111:7 116:19 117:15
119:22 122:1 123:16
times 5:23 6:2 12:10,14
13:1,20,22 14:6,14
14:22 17:5,12,14,17
17:21 18:22 53:14
88:2,6 106:20 109:12
109:14,16
tissue 30:19 32:5,7,10
113:4
today 4:18 7:7 23:7
94:23 109:4
together 90:16
told 9:11 10:19 25:6
38:19 39:14,23 41:6
52:8,13 53:15,16
54:2,10 77:12,15
80:10,10,11 94:6
97:21 99:18,18
100:21 122:5
Toneka 21:7 28:11
30:11
tonight 78:15
touch 36:12 41:3 62:21
74:8
touched 43:1 45:11
46:5 51:4,8
touches 45:7,7
touching 42:17
toward 41:14 49:22
towards 24:10 42:3
49:17 120:10
town 1:9 14:10 83:21
91:10 125:7

Toyota 80:16
transcript 125:15
treated 84:7 94:15,16
94:18 95:2
trial 3:18 73:16 75:18
75:22 76:3,11,14,20
119:9
tried 10:21 14:7 59:10
69:21,23 88:16,17
89:21 107:3
trouble 12:8,15,16 13:1
14:19 15:4,7,23
17:18 21:19 107:20
true 94:6 95:20 125:15
truth 4:7,7,8 124:22,23
124:23
try 15:11 54:16 69:19
90:6
trying 49:7 51:20 53:7
55:19 64:22 67:14
78:19,21 85:2 87:16
120:14 121:16
Tuesday 1:20 71:22
72:8 125:13
turn 46:19
tussle 94:2
tussled 46:15
tussling 47:9 52:4
93:12,16
TV 66:8 123:3
twelfth 10:10,11
twelve 24:1 58:2 97:11
twice 34:1
two 6:1 13:1 17:17 29:6
29:20 30:13 31:7
36:14 38:5,10,11
42:19 43:19 48:7,15
57:13 58:16 66:16
81:4 83:8 85:19
87:12 88:6,8,11
Ty 102:4
type 23:5 113:9 114:6
types 98:9 120:11

**U**

Uh-huh 22:18 24:11
32:17 53:2 79:17
94:9 98:6 109:22
under 101:14 113:6,14
114:1,13 116:8
117:10 121:22 122:3
123:2
understand 4:20 84:12
understood 75:7
Underwood 102:4
unexcused 110:8,18
111:3,4 112:5
uniform 34:12 93:21
UNITED 1:1

Deposition of Jennifer Bogan

**until** 45:23 46:6 60:23
  66:8 76:13,19 110:23
**upset** 54:13 59:16,19
  108:15
**use** 7:9 8:23 9:3 56:5,6
  61:23 62:3 89:10,11
**used** 3:13,19 9:1,1
  29:11 37:18 41:5
  44:18 55:12 92:1
**uses** 99:23
**using** 72:17 99:10
**U.S** 125:9

**V**

**verbalize** 5:7
**very** 83:2
**videotape** 74:19 75:3
**videotapes** 74:14
**violated** 113:8
**violation** 15:5 94:13
**Vivian** 101:17
**Vs** 1:8 125:6

**W**

**wages** 107:12
**wait** 19:9 40:4 86:19
**waited** 99:7
**waiting** 26:1,1
**waived** 3:17 4:2 125:18
**waiving** 3:20
**walk** 26:14 27:4,7 28:5
  29:21 30:3,5 32:16
  32:19 33:4 38:22
  41:11 42:6 50:5
  53:20
**walked** 11:1 24:7 28:3
  28:10,17,23 30:1,9
  30:16,20,20 31:1
  33:6,7,14,16 34:20
  35:6,23 37:22,23
  38:11,17 40:2,12,17
  51:2 53:19 80:12
  81:9 93:13 108:9
  113:3
**walking** 24:8,10 33:7
  34:19 41:22 42:2,3
  44:16 48:9,15 49:17
  69:7,12 70:6 80:18
  80:23 93:13,15,16
  113:23
**walks** 41:9,14
**wall** 30:15 31:2,3,8,9
  43:22 49:11,20,20
**want** 5:2,4,5 27:2,3
  56:21 62:21 78:1
  96:10
**wanted** 53:10,12 78:21
  107:16 115:23 116:3
  116:3,16
**wanting** 53:8

**warning** 114:6
**wasn't** 8:14 54:11
  57:17 64:22 71:12
  74:21 83:2 87:23
  92:10 105:8 121:4
**Watched** 66:8
**way** 4:22 5:1 13:18
  31:15 35:14 50:12
  65:13 84:7 94:7
  102:18
**wear** 19:20
**week** 66:16,21 72:21
  77:9
**weekend** 70:13,16,17
  71:1
**well** 48:9 111:12 120:2
**Wells** 81:5,7 83:7,12
**went** 11:8 26:7 28:16
  29:23 31:18 32:2,6,8
  32:10 33:9 34:21
  44:1,2,14 48:18
  54:13 56:6,18 58:21
  65:23 72:20 75:2,18
  76:13 78:14 81:10
  83:1 84:4 89:20 92:2
  92:3 94:6 104:22
  106:10,15 113:12
**were** 6:2 10:1,7 12:14
  12:22 13:12 20:20
  22:1,11 24:5,12,17
  24:20 25:17,20 26:1
  28:7,13 29:5,20
  30:12 31:2,5 32:20
  35:5,11 38:8 39:22
  40:7 41:6,22 44:16
  45:11,13 48:6 49:16
  49:20 51:19 52:3
  57:8,11 60:23 61:15
  61:21,23 62:3 63:5
  64:2,23 68:2 69:7
  70:5 71:16,23 73:19
  76:9 78:15 80:17
  82:12 84:5,7,13,18
  85:9,14,15,21,23
  86:3,11 89:5,7 90:9
  93:12,13,16,19 94:15
  94:16,18 95:2 100:1
  101:14 104:14,21
  105:17 107:8,10,20
  111:2,15,16,20
  112:20,23 113:5,14
  113:19 114:1,12
  115:18 116:1,8 117:2
  117:9,15,18 118:4
  119:15,18,18,22
  120:1 121:16,22
  122:3,8,12,16 123:1
  123:12,16 124:1
**Westry** 2:5,5,18 16:2,5
  48:4 50:16 58:4 90:3

90:8 94:20 97:9
  99:15 109:17 112:17
  121:12 123:5 124:7
**we'll** 5:5,6
**we're** 5:3 44:10 59:15
  62:7 112:14
**we've** 73:14
**whatsoever** 6:5
**while** 31:9 44:16 46:16
  56:3 61:15 64:2
  84:18 93:12 107:20
**whole** 4:7 47:22 48:1
  68:20 77:9 91:16
  124:23
**whore** 77:11 79:1,4,7
**width** 26:23
**Wilbanks** 1:16 3:6
  124:17 126:7
**Wilson** 35:1,8 42:1
  100:16
**winter** 18:9
**witness** 3:23 4:1,6
  13:10 18:14 19:22
  21:5 27:9 29:19 30:6
  38:13 47:4 66:2
  67:10 75:1 103:10
  125:16
**witnessed** 13:7
**Womack** 80:23
**won** 89:23
**wondered** 99:21 105:7
**wondering** 111:7,16
**word** 37:15,18,20 41:5
  99:23
**words** 8:23 54:17 99:11
  99:13,13,15
**work** 19:9 92:1 102:7
**worked** 59:2,3 63:15
  108:3
**working** 92:5 107:1,8
  107:10,20 109:7
  111:17
**wouldn't** 49:8 53:8,15
  54:12 103:6,8,13
**wrestle** 53:9,10,12
**wrestled** 51:17 52:19
**wrestling** 43:21 45:8
  45:10,21,22 51:13,19
**wrists** 115:22
**writing** 98:21,22 99:19
  99:23
**written** 120:21 121:8
**wrong** 72:13,16 102:20
  102:22 112:3,9
**wrote** 90:13 92:20 99:3
  99:21 102:16

**Y**

**Yeah** 111:23
**year** 14:19 15:1 18:8

18:11 57:5,6 90:3,8
  109:6 110:23
**yell** 31:20
**yelled** 31:18
**young** 120:13
**younger** 68:19
**you-all** 120:10 121:1
**y'all** 27:20

**Z**

**Zeigler** 102:6

**1**

**1:20** 124:9
**10:50** 1:21
**11/29** 99:6
**11:25** 24:1
**112** 2:18
**121** 2:18
**124** 125:14
**13** 5:14
**15** 111:1
**1505** 2:6
**16** 96:11 111:1
**17** 87:7
**18th** 102:12,16,18
**19** 1:20 118:13 119:1
  125:13
**19th** 102:13,14,18,19
**1987** 5:14

**2**

**2:06-376-SRW** 1:8
  125:12
**20** 26:20 29:15 98:19
**20-something** 35:13
**2002** 8:13,16
**2004** 13:7 14:9 15:5,8
  16:11 90:21 96:23
  108:15;15 118:13
  119:1
**2005** 15:22 16:13 18:9
  87:7 90:7 91:1
**2006** 1:20 18:10,13,19
  87:20 90:10 91:4
  110:22,23 125:13,22
**21** 98:19 106:22
**24** 110:22
**25** 20:6 110:23
**27** 8:16
**27th** 125:22
**29** 16:10,18 96:23

**3**

**3:15** 58:20
**30** 20:6
**300** 1:19 2:11
**31** 106:23
**31st** 57:6
**36106** 2:11

**39** 16:21 112:8

**4**

**4** 2:17 16:12
**4001** 1:19 2:11
**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** 5:16

**5**

**5** 14:9
**50** 89:8,8

**6**

**6** 18:19
**60-something** 16:13

**7**

**7** 15:22
**756680** 5:20