# FREEDOM COURT REPORTING

Page 1

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5    JOHNNIE BOGAN, as next   )
6    friend on behalf of her  )
7    minor daughter JENNIFER  )
8    BOGAN,                   )
9        Plaintiff,           )
10   vs.              ) CASE NUMBER:
11   TOWN OF AUTAUGAVILLE,  ) 2:06-376-SRW
12   a Municipal Corporation )
13   organized under the laws )
14   of the State of Alabama; )
15   LE VAN JOHNSON,          )
16   Individually and in his  )
17   official capacity as     )
18   Police Chief of the Town )
19   of Autaugaville,         )
20       Defendants.          )
21
22   DEPOSITION OF JOSEPH LARRY BUTLER
23       In accordance with Rule 5(d) of
```

Page 2

```
1    The Alabama Rules of Civil Procedure, as
2    Amended, effective May 15, 1988, I, Cindy
3    Weldon, am hereby delivering to Jim
4    Debardelaben, the original transcript of the
5    oral testimony taken on the 20th day of
6    March, 2007, along with exhibits.
7        Please be advised that this is the
8    same and not retained by the Court Reporter,
9    nor filed with the Court.
```

Page 3

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5    JOHNNIE BOGAN, as next   )
6    friend on behalf of her  )
7    minor daughter JENNIFER  )
8    BOGAN,                   )
9        Plaintiff,           )
10   vs.              ) CASE NUMBER:
11                    ) 2:06-376-SRW
12   TOWN OF AUTAUGAVILLE, a )
13   Municipal Corporation   )
14   organized under the laws )
15   of the State of Alabama; )
16   LE VAN JOHNSON,          )
17   Individually and in his  )
18   official capacity as     )
19   Police Chief of the Town )
20   of Autaugaville,         )
21       Defendants.          )
22
23           S T I P U L A T I O N
```

Page 4

```
1        IT IS STIPULATED AND AGREED, by
2    and between the parties through their
3    respective counsel, that the deposition of
4    JOSEPH LARRY BUTLER, may be taken before
5    Cindy Weldon, Certified Shorthand Reporter,
6    Commissioner and Notary Public, at the
7    Autauga County Board of Education, 153 West
8    Fourth Street, Prattville, Alabama, on March
9    the 20th, 2007 at 9:00 a.m.
10       IT IS FURTHER STIPULATED AND
11   AGREED that the signature to and the reading
12   of the deposition by the witness is waived,
13   the deposition to have the same force and
14   effect as if full compliance had been had
15   with all laws and rules of Court relating to
16   the taking of depositions.
17       IT IS FURTHER STIPULATED AND
18   AGREED that it shall not be necessary for
19   any objections to be made by counsel to any
20   questions, except as to form or leading
21   questions, and that counsel for the parties
22   may make objections and assign grounds at
23   the time of trial, or at the time said
```

1 (Pages 1 to 4)



## 367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-3[...]



EXHIBIT 2

**FREEDOM COURT REPORTING**

Page 5

1  deposition is offered in evidence, or prior
2  thereto.
3       IT IS FURTHER STIPULATED AND
4  AGREED that notice of filing of the
5  deposition by the Commissioner is waived.

Page 6

1       APPEARANCES
2
3  FOR THE PLAINTIFF:
4       MR. JIM DEBARDELABEN
5       1505 MADISON AVENUE
6       MONTGOMERY, ALABAMA 36107
7
8  FOR THE DEFENDANT:
9       MS. APRIL M. MCKAY
10      CARMICHAEL CENTER
11      4001 CARMICHAEL ROAD, SUITE 300
12      MONTGOMERY, ALABAMA 36106
13
14      MR. J. ROBERT FAULK
15      145 WEST MAIN STREET
16      PRATTVILLE, ALABAMA 36067

Page 7

1            INDEX
2
3  EXAMINATION BY:              PAGE
4  MR. DEBARDELABEN              8, 31
5  MS. MCKAY                     25

Page 8

1       JOSEPH LARRY BUTLER,
2  after first being duly sworn, testified
3       as follows:
4  EXAMINATION BY MR. DEBARDELABEN:
5       THE COURT REPORTER: Usual
6  stipulations?
7       MS. MCKAY: That's fine.
8       MR. DEBARDELABEN: Yes, ma'am.
9  Q.  Superintendent Butler, my name is
10 Jim Debardelaben. I represent Johnnie Bogan
11 and her daughter Jennifer Bogan in an
12 incident that happened on November the 19th,
13 2004 at Autauga County High School involving
14 Le Van Johnson and Jennifer Bogan.
15      I'm going to ask you a few
16 questions. Basically I'm taking your
17 deposition because Le Van Johnson
18 represented -- he is what you call a
19 resource officer for Autauga County High
20 School.
21      If you don't understand my
22 questions, please let me know and I will
23 rephrase them. This is a Federal

2 (Pages 5 to 8)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

**FREEDOM COURT REPORTING**

Page 9

1  deposition. You have the right to read and
2  sign this deposition or you can waive that
3  right.
4       You might want to confer with Mr.
5  Faulk if you want to read and sign or waive
6  it. You can't change your answers unless
7  there was something taken down wrong by the
8  court reporter. But you can review to see
9  if it's correct.
10      MR. FAULK: Generally, Mr. Butler,
11 you don't do that. But you may prefer to do
12 that.
13   Q. In Federal depositions, we have to
14 give you those rights or we can't use the
15 deposition.
16   A. Okay.
17   Q. So do you want to read and sign or
18 waive the right to read and sign?
19   A. No.
20      MR. FAULK: No.
21   Q. You don't want to read and sign?
22   A. No.
23   Q. Would you state your name, please,

Page 10

1  sir.
2   A. Joseph Larry Butler.
3   Q. And how are you employed, Mr.
4  Butler?
5   A. I am employed through the Autauga
6  County Board of Education.
7   Q. And what's your position?
8   A. Superintendent of education.
9   Q. And how long have you held that
10 position?
11   A. This is the sixth year going on
12 the seventh year.
13   Q. And what is the responsibility of
14 the superintendent of education of Autauga
15 County?
16   A. To administer to the school
17 system.
18   Q. Okay. Is Autaugaville High School
19 located in Autaugaville part of the school
20 system?
21   A. Yes, it is.
22   Q. Do you know a man in Autaugaville
23 named Le Van Johnson?

Page 11

1   A. Yes, I do.
2   Q. How do you know Mr. Johnson?
3   A. I know him as the chief of
4  police. Also for couple of years, he was a
5  resource officer for Autaugaville school.
6   Q. What is a resource officer?
7   A. A resource officer is a person
8  that can be utilized to come in and do
9  presentations on safety, security, that sort
10 of thing or to come in and help the
11 principal in some way, make sure that the
12 school is safe and secure.
13   Q. Okay. How is Mr. Johnson -- how
14 was he paid?
15   A. There was -- Now, currently he is
16 not under this -- Now, it's my understanding
17 that currently he is not under this Federal
18 grant. There was only a couple of years
19 there where he was under that Federal
20 grant.
21      At one time, he was paid I think
22 about sixty or seventy percent out of the
23 Federal grant and the rest of it -- I do not

Page 12

1  know where the rest of it came from. Okay.
2  I would think it came from the City of
3  Autaugaville.
4   Q. Now, when you say sixty or seventy
5  percent out of Federal grant, is that sixty
6  percent of his total salary or sixty percent
7  of his salary from being a resource officer?
8   A. I don't know.
9   Q. Do you have access to the Federal
10 grant?
11   A. You know, I'm not sure where
12 that's at.
13   Q. Could you provide -- get that --
14 It would come through this office, wouldn't
15 it? When I say this office, the
16 superintendent's --
17   A. Well, I have to sign off on it.
18 But that -- Now, that is two years ago. The
19 last couple of years, we have not -- I have
20 not signed that grant.
21   Q. Yes, sir. But the one you signed
22 to get the money to pay for the resource
23 officer, does it come through -- it comes

FREEDOM COURT REPORTING

Page 13

1  through this office?
2      A.  I have to sign the grant, yes,
3  sir.
4      Q.  Yes, sir. And you're audited ever
5  so often?
6      A.  But the monies I think comes
7  through the City. I'm not sure.
8      Q.  Okay. Now, who would be the most
9  knowledgeable of the Federal grant in your
10 office?
11     A.  Well, it would have been our chief
12 financial officer. But right now, we're --
13 we have a brand new chief financial officer.
14     Q.  Who was your old chief financial
15 officer?
16     A.  Ken Roberts.
17     Q.  Kim?
18     A.  Ken.
19     Q.  Ken Roberts?
20     A.  Right.
21     Q.  Did he retire?
22     A.  No. He went to work with the
23 State.

Page 14

1      Q.  Does he live in Autauga County?
2      A.  Yes, he does.
3      Q.  What's his address?
4      A.  I'm not sure.
5      Q.  Where did he go to work with the
6  State?
7      A.  Over in the finance department,
8  the education finance department. It was my
9  understanding -- and this is -- that this
10 grant was awarded to the City of
11 Autaugaville.
12         But I had to sign it in order for
13 them to get this money to work with the
14 school. And to be certain on that, I'm not
15 sure.
16     Q.  So it's your understanding that
17 the City of Autaugaville should have a copy
18 of this grant?
19     A.  They should have a copy of it,
20 yes.
21     Q.  Are there any other resource
22 officers working with any schools in the
23 City -- excuse me -- in the Autauga Board of

Page 15

1  Education?
2      A.  Yes.
3      Q.  And which schools are they?
4      A.  Prattville High School. I think
5  Billingsley has one that's listed that way.
6  I'm not sure of all of them. But mainly
7  Prattville High School.
8      Q.  Does the Board of Education set
9  any standards for these officers?
10     A.  Well, they go through a background
11 check and, you know, finger printed and that
12 sort of thing. And they also have to have
13 graduated from high school, GED.
14         And then, of course, the principal
15 brings them in and tells them what's
16 expected of them, that sort of thing.
17     Q.  So would it be fair to say that
18 the authority of each officer in that school
19 depends on the authority that the principal
20 in that school gives them?
21     A.  Now, their training should come
22 from their principal of the school. But,
23 you know, individuals may go out and do

Page 16

1  something differently than what their
2  training represents.
3      Q.  Yes, sir. What I'm getting at
4  with that question -- and, Mr. Butler, it's
5  probably a very poor questions -- is that is
6  there a standard established by the Autauga
7  County Board of Education or the
8  administration of the Autauga County Board
9  of Education that sets up the procedures by
10 which a resource officer goes by in schools?
11     A.  The exact things that are said to
12 them and all, I would have to check with my
13 personnel director to see if there is a set
14 down guideline for each and every one of
15 them that is written out. I do not know of
16 one of those. We may have one.
17     Q.  If we have that -- If you have
18 that guideline, over the next couple or
19 three days, can you give it to your attorney
20 so he can send it to me?
21     A.  Sure.
22     Q.  Does the principal of the school
23 have any guidance on what a resource officer

FREEDOM COURT REPORTING

Page 17

1  is to do?
2       A.  Resource officers were established
3  before I came into office.  And mainly
4  whenever we hire one, they go -- the
5  principal has interviewed them, talked with
6  them and feels that this is an individual
7  that will work well within the school and
8  that they are -- The principals are told,
9  you know, that these individuals should be
10 able to work with students.  And, you know,
11 that's about all I can say on that area.  Am
12 I covering your question?
13      Q.  Yes, sir.
14      A.  I'm not sure.
15      Q.  Is all the action taken by a
16 resource officer -- and in particular, I'm
17 talking about Le Van Johnson -- under the
18 auspices and authority of the principal in
19 the school?
20      A.  It's supposed -- I cannot say all
21 actions taken by an individual that is a
22 resource person necessarily comes from what
23 the principal has said.  Okay.  The

Page 18

1  principal would sit down with that
2  individual and tell them what they expect of
3  that individual and that individual should
4  follow that.
5          But if he doesn't, you know, the
6  principal should make sure that he
7  understands what's expected.
8       Q.  Let me ask it this way.  When
9  students come to school, especially at
10 Autauga County High School, who is in charge
11 of them?  Who has the ultimate
12 responsibility of that student?
13      A.  The principal administers to the
14 school.
15      Q.  Okay.  Does the principal have
16 total authority over the children when they
17 are on school property?
18      A.  The principal is the person that
19 administers and is in charge of the school
20 grounds.
21      Q.  So anyone else who does anything
22 on that campus is supposed to go through the
23 principal's office?

Page 19

1       A.  If they come into that school --
2  There's signs printed on the door that says
3  that you must check in with the front
4  office.
5       Q.  Okay.  Is that anybody?
6       A.  That's anybody.
7       Q.  Now, with the resource officer,
8  Mr. Le Van Johnson, was he there eight hours
9  a day or seven hours a day?
10      A.  No.
11      Q.  Was he supposed to be there --
12      A.  No.
13      Q.  -- at a certain period of time?
14      A.  As I said, I can't remember what
15 the percentage of the Pavis (spelled
16 phonetically) grant gave to be a resource
17 officer.  It was either -- I'm not sure of
18 the exact percentage.
19      Q.  Okay.  When he came and went on
20 campus, was he supposed to sign in?
21      A.  When he came in -- When he comes
22 in to the school?
23      Q.  Yes, sir.

Page 20

1       A.  He should go through the
2  principal's office.
3       Q.  Just like if I go to the school, I
4  have to sign in?
5       A.  Yes.
6       Q.  If you go, I assume, or somebody
7  from what I would call the superintendent's
8  office, they have to make themselves known?
9       A.  If I go to the school -- Unless I
10 just walk in going to the lunch room to eat,
11 sit down and eat or something of that sort,
12 the -- I do not know of a time whenever I
13 was going to walk about in that school that
14 I haven't walked in and asked for the
15 principal to make sure that the principal or
16 the assistant principal knew I was there on
17 the ground.
18      Q.  Are you familiar with the incident
19 that happened on I believe November the
20 19th, 2004 in Autaugaville at Autauga County
21 High School between Jennifer Bogan and Le
22 Van Johnson?
23      A.  I am aware of the situation.

FREEDOM COURT REPORTING

Page 21

1  Q. Did you conduct or cause to be
2  conducted any sort of an investigation?
3  A. I do remember I sent -- I think I
4  sent Mr. Ziegler down to check on that
5  situation.
6  Q. Did you get any type of a report
7  back?
8  A. I did get some materials back from
9  that, yes.
10  Q. And what kind of report did you
11  get back?
12  A. I think I got a report back from
13  what the kids saw and basically what the
14  principal stated in it. You've got to
15  understand this thing is, what, a year or so
16  old. I'm trying to remember all of these
17  facts.
18  Q. Two years.
19  A. Okay.
20  Q. Do you have that report in your
21  office here?
22  A. I am not sure. It may be in the
23  personnel area. I'm sure that Autauga High

Page 22

1  School certainly has a copy of the report if
2  we do not have one.
3  Q. Can you provide a copy to Mr.
4  Faulk so he can provide it to me?
5  A. I can certainly check and see.
6  Q. Okay. Was there any action taken
7  as a result of the situation that happened
8  between Jennifer Bogan and Le Van Johnson to
9  your knowledge?
10  A. I do not know a -- I do not
11  remember exactly what took place with the
12  young lady. I do remember that Mr. Clay and
13  Mr. Johnson sat down and had a talk to make
14  sure that he understood that he should be
15  going through the school administration.
16  Q. When Johnson took the action he
17  took against Jennifer Bogan, did he go
18  through the school administration or was
19  that an action of his own?
20  MS. MCKAY: Objection to form.
21  A. Let's see. He did not go through
22  -- Now, my rememberance of it, he did not
23  go through the administration.

Page 23

1  Q. And should he have gone through
2  the administration?
3  A. It is my opinion that he should
4  have went through the administration.
5  Q. And if the -- Excuse me. If the
6  principal wasn't there, he should go to the
7  assistant principal?
8  A. Yes.
9  Q. And I think Autaugaville High
10  School have security officers, don't they?
11  A. Yes.
12  Q. Now --
13  A. Well, like a resource officer. A
14  security officer.
15  Q. But full-time that stays at the
16  school?
17  A. Yes.
18  Q. I forget the lady's name. Is she
19  -- Is that the person the one that's in
20  charge of security at the school?
21  A. The principal administers to the
22  security of the school.
23  Q. Right. But if there's some kind

Page 24

1  of problem, she does -- is the security
2  officer the one to be called?
3  A. Well, the security officer would
4  possibly look into the situation if she was
5  around. But the security officer would
6  bring it to the principal's attention or
7  assistant principal's attention.
8  Q. So even a security officer
9  shouldn't be taking action without the
10  principal or assistant principal being
11  notified?
12  A. Well, they will ask -- possibly
13  ask the kid come on with me to the office or
14  whatever. But if a kid doesn't come or
15  anything, they are going to report it to the
16  administration.
17  Q. But prior to taking the kid to the
18  office, the kid don't want to come, jerks
19  away, then it should be reported to the
20  administration and then the administration
21  makes the determination of what action to
22  take?
23  A. Well, yes.

FREEDOM COURT REPORTING

Page 25

1  Q. And that would not matter if it's
2  the full-time security officer or if it's
3  Resource Officer Johnson, does it?
4  A. Well, Resource Officer Johnson
5  works in a -- I know when he was in the
6  school, he was a resource officer. But he's
7  also the chief of police down there.
8      And when he had a problem with a
9  student and the student would not listen to
10 what he had to say, he should have taken it
11 up with the administration.
12 Q. Rather than on his own?
13 A. He should have taken it up with
14 the administration.
15     MR. DEBARDELABEN: Thank you,
16 sir. I have no more questions.
17 EXAMINATION BY MS. MCKAY:
18 Q. Mr. Butler, my name is April
19 McKay. I introduced myself to you earlier
20 this morning. I'm one of the attorneys
21 representing the Town of Autaugaville in
22 this lawsuit that's been filed on behalf of
23 Jennifer Bogan. I just have a couple of

Page 26

1  follow-up questions for you.
2  A. Okay.
3  Q. Now, just to clarify something for
4  me, it's my understanding that the school
5  resource officer is not -- they're are not
6  required to be actual police officers; is
7  that correct?
8  A. No. And Mr. Johnson was a
9  resource officer that came under a Federal
10 grant. Okay. Other resource officers in
11 the school are as Mr. Debardelaben
12 mentioned, a security officer, also security
13 resource. They are utilized in both frame
14 of mind.
15 Q. Okay. And those other resource
16 officers, security officers would be paid
17 exclusively by the Autauga County Board of
18 Education?
19 A. Yes.
20 Q. And the resource officers that you
21 mentioned at Prattville High School and
22 perhaps Billingsley High School, would those
23 be police officers as well or are they just

Page 27

1  --
2  A. No, they are not police officers.
3  Q. And you said that you were unsure
4  if there are written guidelines for all of
5  the resources officers; is that correct?
6  A. You know, I would have to check on
7  that.
8  Q. Do you recall ever seeing any?
9  A. I do not know of any right now.
10 There may be. Okay. But I'm not sure.
11 Q. You said typically the principal
12 of a particular school where the resource
13 officer is placed will have a discussion or
14 will kind of set out guidelines, maybe not
15 written, but kind of just sit down with that
16 school resource officer and just tell he or
17 she what he expects; is that correct?
18 A. Right.
19 Q. Okay. And do you have any idea
20 what the principal of Autaugaville High
21 School had discussed with Chief Johnson?
22 A. I cannot say exactly what he said.
23 Q. Okay. How did you become aware

Page 28

1  that an incident had occurred between Chief
2  Johnson and Jennifer Bogan on November 19th,
3  2004?
4  A. I believe Ms. Higman or Mr. Clay
5  called Mr. Ziegler, our senior director, and
6  he made me aware of it.
7  Q. That would be the principal and
8  assistant principal of Autaugaville?
9  A. Yes.
10 Q. Was this the same day of that
11 incident?
12 A. I'm not sure.
13 Q. Does Mr. Ziegler report directly
14 to you?
15 A. Yes. He is like the assistant
16 superintendent.
17 Q. Okay. Do you recall what he told
18 you that had happened?
19 A. Just that there had been a
20 situation out at Autaugaville and that the
21 police chief and a student out there got in
22 a -- I forget how he worded it. But there
23 was a problem out there between the student

Page 29

1  and the resource officer.
2     Q.  Okay.
3     A.  And the police chief.
4     Q.  Is that unusual, for you to be
5  notified of a problem between a resource
6  officer and a student?
7     A.  In this situation, I think not.
8  And most of the time, yes. Most of the
9  time, it would be very unusual. But I think
10 the latitude of what took place with this
11 one was what got me involved.
12    Q.  Can you recall any other instance
13 where you've been made aware of between a
14 student and the school resource officer or
15 you've somehow become involved in one of
16 those instances?
17    A.  Nothing more than if a security
18 officer catches a kid with something illegal
19 or something like that, that comes through
20 expulsion or something like that.
21    Q.  So any time there were weapons
22 involved, found in a school or on a
23 student's person, would you be made --

Page 30

1  notified of that?
2     A.  Yes.
3     Q.  Okay. Has that happened in
4  Autaugaville High School that you can
5  recall?
6     A.  Weapons?
7     Q.  Any weapons found that you were
8  made aware of?
9     A.  Yes.
10    Q.  Have you ever been made aware of
11 any instance involving Jennifer Bogan or any
12 of her sisters other than this particular
13 incident?
14    A.  You know, I am not completely
15 sure. I think there was reference to maybe
16 her background or something of that sort.
17 I'm not sure.
18    Q.  Okay. And you mentioned that Mr.
19 Clay and Chief Johnson sat down and
20 discussed the incident. You're aware of
21 that?
22    A.  Yes, sir.
23    Q.  You weren't present for that

Page 31

1  discussion?
2     A.  Oh, no.
3       MS. MCKAY: I believe that's all I
4  have. Thank you, sir.
5  EXAMINATION BY MR. DEBARDELABEN:
6     Q.  What do you define as weapons?
7     A.  Oh, Lord.
8     Q.  I mean, I know when I was in high
9  school -- and this is going back quite a
10 ways -- we all had pocket knives, which was
11 perfectly legitimate.
12    A.  That's defined as a weapon now.
13    Q.  Okay.
14    A.  But it's laid out in our code of
15 conduct. It would be knives, guns, anything
16 that could be demonstrated basically that
17 could harm an individual, you know, when
18 used in a certain manner. We've even had
19 some people try to say that pens were
20 weapons, you know.
21    Q.  When you say you had weapons
22 confiscated or had weapons at Autauga High
23 School, are you talking about rifles,

Page 32

1  assault rifles, something like pocket
2  knives?
3     A.  Well, I think -- I remember one
4  gun.
5     Q.  Was that inside the school or in
6  somebody's car?
7     A.  It was confiscated before the kid
8  got into the school. But he was on school
9  grounds.
10    Q.  Was it in his car or on his
11 person?
12    A.  I'm not sure. I think it was --
13 I'm not -- I don't remember.
14    Q.  And when you say gun, are we
15 talking about a pistol or are we talking
16 about a shotgun?
17    A.  Pistol.
18    Q.  Pistol?
19    A.  Yes.
20    Q.  Because I know a lot of kids in
21 Autaugaville hunt. They forget and leave
22 their guns in the car. And I understand
23 under state law it's a crime to have your

**FREEDOM COURT REPORTING**

Page 33

1  shotgun in the car on school property.
2      A.  Uh-huh.
3      Q.  And that being in a rural area, I
4  imagine that could easily happen?
5      A.  That hasn't happened that I know
6  of.
7      Q.  Because I've heard about three
8  cases where that has happened in rural
9  areas.
10         MR. DEBARDELABEN: I have no
11 further questions.
12         MS. MCKAY: I have no other
13 questions.

Page 34

1           C E R T I F I C A T E
2
3  STATE OF ALABAMA )
4  MONTGOMERY COUNTY)
5
6          I hereby certify that the above
7  and foregoing deposition was taken down by
8  me in stenotype, and the questions and
9  answers thereto were transcribed by means of
10 computer-aided transcription, and that the
11 foregoing represents a true and correct
12 transcript of the testimony given by said
13 witness upon said hearing.
14         I further certify that I am
15 neither of counsel, nor of kin to the
16 parties to the action, nor am I in any wise
17 interested in the result of said cause.
18
19
20         -----------------
21         CINDY WELDON
22
23

FREEDOM COURT REPORTING

Page 35

**A**
able 17:10
access 12:9
action 17:15
  22:6,16,19
  24:9,21 34:16
actions 17:21
actual 26:6
address 14:3
administer
  10:16
administers
  18:13,19 23:21
administration
  16:8 22:15,18
  22:23 23:2,4
  24:16,20,20
  25:11,14
advised 2:7
ago 12:18
AGREED 4:1
  4:11,18 5:4
Alabama 1:2,14
  2:1 3:2,15 4:8
  6:6,12,16 34:3
Amended 2:2
answers 9:6
  34:9
anybody 19:5,6
April 6:9 25:18
area 17:11 21:23
  33:3
areas 33:9
asked 20:14
assault 32:1
assign 4:22
assistant 20:16
  23:7 24:7,10
  28:8,15
assume 20:6
attention 24:6,7
attorney 16:19
attorneys 25:20
audited 13:4

auspices 17:18
Autauga 4:7
  8:13,19 10:5
  10:14 14:1,23
  16:6,8 18:10
  20:20 21:23
  26:17 31:22
Autaugaville
  1:11,19 3:12
  3:20 10:18,19
  10:22 11:5
  12:3 14:11,17
  20:20 23:9
  25:21 27:20
  28:8,20 30:4
  32:21
authority 15:18
  15:19 17:18
  18:16
AVENUE 6:5
awarded 14:10
aware 20:23
  27:23 28:6
  29:13 30:8,10
  30:20
a.m 4:9

**B**
back 21:7,8,11
  21:12 31:9
background
  15:10 30:16
basically 8:16
  21:13 31:16
behalf 1:6 3:6
  25:22
believe 20:19
  28:4 31:3
Billingsley 15:5
  26:22
Board 4:7 10:6
  14:23 15:8
  16:7,8 26:17
Bogan 1:5,8 3:5

  3:8 8:10,11,14
  20:21 22:8,17
  25:23 28:2
  30:11
brand 13:13
bring 24:6
brings 15:15
Butler 1:22 4:4
  8:1,9 9:10 10:2
  10:4 16:4
  25:18

**C**
C 6:1 34:1,1
call 8:18 20:7
called 24:2 28:5
campus 18:22
  19:20
capacity 1:17
  3:18
car 32:6,10,22
  33:1
CARMICHA...
  6:10,11
CASE 1:10 3:10
cases 33:8
catches 29:18
cause 21:1 34:17
CENTER 6:10
certain 14:14
  19:13 31:18
certainly 22:1,5
Certified 4:5
certify 34:6,14
change 9:6
charge 18:10,19
  23:20
check 15:11
  16:12 19:3
  21:4 22:5 27:6
chief 1:18 3:19
  11:3 13:11,13
  13:14 25:7
  27:21 28:1,21

  29:3 30:19
children 18:16
Cindy 2:2 4:5
  34:21
City 12:2 13:7
  14:10,17,23
Civil 2:1
clarify 26:3
Clay 22:12 28:4
  30:19
code 31:14
come 11:8,10
  12:14,23 15:21
  18:9 19:1
  24:13,14,18
comes 12:23
  13:6 17:22
  19:21 29:19
Commissioner
  4:6 5:5
completely
  30:14
compliance 4:14
computer-aided
  34:10
conduct 21:1
  31:15
conducted 21:2
confer 9:4
confiscated
  31:22 32:7
copy 14:17,19
  22:1,3
Corporation
  1:12 3:13
correct 9:9 26:7
  27:5,17 34:11
counsel 4:3,19
  4:21 34:15
County 4:7 8:13
  8:19 10:6,15
  14:1 16:7,8
  18:10 20:20
  26:17 34:4

couple 11:4,18
  12:19 16:18
  25:23
course 15:14
court 1:1 2:8,9
  3:1 4:15 8:5
  9:8
covering 17:12
crime 32:23
currently 11:15
  11:17

**D**
D 7:1
daughter 1:7 3:7
  8:11
day 2:5 19:9,9
  28:10
days 16:19
Debardelaben
  2:4 6:4 7:4 8:4
  8:8,10 25:15
  26:11 31:5
  33:10
DEFENDANT
  6:8
Defendants 1:20
  3:21
define 31:6
defined 31:12
delivering 2:3
demonstrated
  31:16
department
  14:7,8
depends 15:19
deposition 1:22
  4:3,12,13 5:1,5
  8:17 9:1,2,15
  34:7
depositions 4:16
  9:13
determination
  24:21

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

FREEDOM COURT REPORTING

differently 16:1
directly 28:13
director 16:13
  28:5
discussed 27:21
  30:20
discussion 27:13
  31:1
DISTRICT 1:1
  1:2 3:1,2
DIVISION 1:3
  3:3
door 19:2
duly 8:2

**E**
E 6:1,1 7:1 34:1
  34:1
earlier 25:19
easily 33:4
eat 20:10,11
education 4:7
  10:6,8,14 14:8
  15:1,8 16:7,9
  26:18
effect 4:14
effective 2:2
eight 19:8
either 19:17
employed 10:3,5
especially 18:9
established 16:6
  17:2
evidence 5:1
exact 16:11
  19:18
exactly 22:11
  27:22
EXAMINATI...
  7:3 8:4 25:17
  31:5
exclusively
  26:17
excuse 14:23

23:5
exhibits 2:6
expect 18:2
expected 15:16
  18:7
expects 27:17
expulsion 29:20

**F**
F 34:1
facts 21:17
fair 15:17
familiar 20:18
Faulk 6:14 9:5
  9:10,20 22:4
Federal 8:23
  9:13 11:17,19
  11:23 12:5,9
  13:9 26:9
feels 17:6
filed 2:9 25:22
filing 5:4
finance 14:7,8
financial 13:12
  13:13,14
fine 8:7
finger 15:11
first 8:2
follow 18:4
follows 8:3
follow-up 26:1
force 4:13
foregoing 34:7
  34:11
forget 23:18
  28:22 32:21
form 4:20 22:20
found 29:22
  30:7
Fourth 4:8
frame 26:13
friend 1:6 3:6
front 19:3
full 4:14

full-time 23:15
  25:2
further 4:10,17
  5:3 33:11
  34:14

**G**
GED 15:13
Generally 9:10
getting 16:3
give 9:14 16:19
given 34:12
gives 15:20
go 14:5 15:10,23
  17:4 18:22
  20:1,3,6,9
  22:17,21,23
  23:6
goes 16:10
going 8:15 10:11
  20:10,13 22:15
  24:15 31:9
graduated 15:13
grant 11:18,20
  11:23 12:5,10
  12:20 13:2,9
  14:10,18 19:16
  26:10
ground 20:17
grounds 4:22
  18:20 32:9
guidance 16:23
guideline 16:14
  16:18
guidelines 27:4
  27:14
gun 32:4,14
guns 31:15
  32:22

**H**
happen 33:4
happened 8:12
  20:19 22:7
  28:18 30:3

33:5,8
harm 31:17
heard 33:7
hearing 34:13
held 10:9
help 11:10
high 8:13,19
  10:18 15:4,7
  15:13 18:10
  20:21 21:23
  23:9 26:21,22
  27:20 30:4
  31:8,22
Higman 28:4
hire 17:4
hours 19:8,9
hunt 32:21

**I**
idea 27:19
illegal 29:18
imagine 33:4
incident 8:12
  20:18 28:1,11
  30:13,20
individual 17:6
  17:21 18:2,3,3
  31:17
Individually
  1:16 3:17
individuals
  15:23 17:9
inside 32:5
instance 29:12
  30:11
instances 29:16
interested 34:17
interviewed
  17:5
introduced
  25:19
investigation
  21:2
involved 29:11

29:15,22
involving 8:13
  30:11

**J**
J 6:14
Jennifer 1:7 3:7
  8:11,14 20:21
  22:8,17 25:23
  28:2 30:11
jerks 24:18
Jim 2:3 6:4 8:10
Johnnie 1:5 3:5
  8:10
Johnson 1:15
  3:16 8:14,17
  10:23 11:2,13
  17:17 19:8
  20:22 22:8,13
  22:16 25:3,4
  26:8 27:21
  28:2 30:19
Joseph 1:22 4:4
  8:1 10:2

**K**
Ken 13:16,18,19
kid 24:13,14,17
  24:18 29:18
  32:7
kids 21:13 32:20
Kim 13:17
kin 34:15
kind 21:10
  23:23 27:14,15
knew 20:16
knives 31:10,15
  32:2
know 8:22 10:22
  11:2,3 12:1,8
  12:11 15:11,23
  16:15 17:9,10
  18:5 20:12
  22:10 25:5
  27:6,9 30:14

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

**FREEDOM COURT REPORTING**

Page 37

31:8,17,20 32:20 33:5
knowledge 22:9
knowledgeable 13:9
known 20:8

**L**

L 3:23
lady 22:12
lady's 23:18
laid 31:14
Larry 1:22 4:4 8:1 10:2
latitude 29:10
law 32:23
laws 1:13 3:14 4:15
lawsuit 25:22
Le 1:15 3:16 8:14,17 10:23 17:17 19:8 20:21 22:8
leading 4:20
leave 32:21
legitimate 31:11
Let's 22:21
listed 15:5
listen 25:9
live 14:1
located 10:19
long 10:9
look 24:4
Lord 31:7
lot 32:20
lunch 20:10

**M**

M 6:9
MADISON 6:5
MAIN 6:15
man 10:22
manner 31:18
March 2:6 4:8
materials 21:8
matter 25:1
ma'am 8:8
McKay 6:9 7:5 8:7 22:20 25:17,19 31:3 33:12
mean 31:8
means 34:9
mentioned 26:12,21 30:18
MIDDLE 1:2 3:2
mind 26:14
minor 1:7 3:7
money 12:22 14:13
monies 13:6
MONTGOM... 6:6,12 34:4
morning 25:20
Municipal 1:12 3:13

**N**

N 3:23 6:1 7:1
name 8:9 9:23 23:18 25:18
named 10:23
necessarily 17:22
necessary 4:18
neither 34:15
new 13:13
NORTHERN 1:3 3:3
Notary 4:6
notice 5:4
notified 24:11 29:5 30:1
November 8:12 20:19 28:2
NUMBER 1:10 3:10

**O**

O 3:23
Objection 22:20
objections 4:19 4:22
occurred 28:1
offered 5:1
office 12:14,15 13:1,10 17:3 18:23 19:4 20:2,8 21:21 24:13,18
officer 8:19 11:5 11:6,7 12:7,23 13:12,13,15 15:18 16:10,23 17:16 19:7,17 23:13,14 24:2 24:3,5,8 25:2,3 25:4,6 26:5,9 26:12 27:13,16 29:1,6,14,18
officers 14:22 15:9 17:2 23:10 26:6,10 26:16,16,20,23 27:2,5
official 1:17 3:18
Oh 31:2,7
Okay 9:16 10:18 11:13 12:1 13:8 17:23 18:15 19:5,19 21:19 22:6 26:2,10,15 27:10,19,23 28:17 29:2 30:3,18 31:13
old 13:14 21:16
opinion 23:3
oral 2:5
order 14:12
organized 1:13 3:14

original 2:4

**P**

P 3:23 6:1,1
PAGE 7:3
paid 11:14,21 26:16
part 10:19
particular 17:16 27:12 30:12
parties 4:2,21 34:16
Pavis 19:15
pay 12:22
pens 31:19
people 31:19
percent 11:22 12:5,6,6
percentage 19:15,18
perfectly 31:11
period 19:13
person 11:7 17:22 18:18 23:19 29:23 32:11
personnel 16:13 21:23
phonetically 19:16
pistol 32:15,17 32:18
place 22:11 29:10
placed 27:13
Plaintiff 1:9 3:9 6:3
please 2:7 8:22 9:23
pocket 31:10 32:1
police 1:18 3:19 11:4 25:7 26:6 26:23 27:2

28:21 29:3
poor 16:5
position 10:7,10
possibly 24:4,12
Prattville 4:8 6:16 15:4,7 26:21
prefer 9:11
present 30:23
presentations 11:9
principal 11:11 15:14,19,22 16:22 17:5,18 17:23 18:1,6 18:13,15,18 20:15,15,16 21:14 23:6,7 23:21 24:10,10 27:11,20 28:7 28:8
principals 17:8
principal's 18:23 20:2 24:6,7
printed 15:11 19:2
prior 5:1 24:17
probably 16:5
problem 24:1 25:8 28:23 29:5
Procedure 2:1
procedures 16:9
property 18:17 33:1
provide 12:13 22:3,4
Public 4:6

**Q**

question 16:4 17:12
questions 4:20

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

4:21 8:16,22
16:5 25:16
26:1 33:11,13
34:8
quite 31:9

**R**
R 6:1 34:1
read 9:1,5,17,18
  9:21
reading 4:11
recall 27:8 28:17
  29:12 30:5
reference 30:15
relating 4:15
remember 19:14
  21:3,16 22:11
  22:12 32:3,13
rememberance
  22:22
rephrase 8:23
report 21:6,10
  21:12,20 22:1
  24:15 28:13
reported 24:19
reporter 2:8 4:5
  8:5 9:8
represent 8:10
represented
  8:18
representing
  25:21
represents 16:2
  34:11
required 26:6
resource 8:19
  11:5,6,7 12:7
  12:22 14:21
  16:10,23 17:2
  17:16,22 19:7
  19:16 23:13
  25:3,4,6 26:5,9
  26:10,13,15,20
  27:12,16 29:1

29:5,14
resources 27:5
respective 4:3
responsibility
  10:13 18:12
rest 11:23 12:1
result 22:7
  34:17
retained 2:8
retire 13:21
review 9:8
rifles 31:23 32:1
right 9:1,3,18
  13:12,20 23:23
  27:9,18
rights 9:14
ROAD 6:11
ROBERT 6:14
Roberts 13:16
  13:19
room 20:10
Rule 1:23
rules 2:1 4:15
rural 33:3,8

**S**
S 3:23 6:1
safe 11:12
safety 11:9
salary 12:6,7
sat 22:13 30:19
saw 21:13
says 19:2
school 8:13,20
  10:16,18,19
  11:5,12 14:14
  15:4,7,13,18
  15:20,22 16:22
  17:7,19 18:9
  18:10,14,17,19
  19:1,22 20:3,9
  20:13,21 22:1
  22:15,18 23:10
  23:16,20,22

25:6 26:4,11
  26:21,22 27:12
  27:16,21 29:14
  29:22 30:4
  31:9,23 32:5,8
  32:8 33:1
schools 14:22
  15:3 16:10
secure 11:12
security 11:9
  23:10,14,20,22
  24:1,3,5,8 25:2
  26:12,12,16
  29:17
see 9:8 16:13
  22:5,21
seeing 27:8
send 16:20
senior 28:5
sent 21:3,4
set 15:8 16:13
  27:14
sets 16:9
seven 19:9
seventh 10:12
seventy 11:22
  12:4
Shorthand 4:5
shotgun 32:16
  33:1
sign 9:2,5,17,18
  9:21 12:17
  13:2 14:12
  19:20 20:4
signature 4:11
signed 12:20,21
signs 19:2
sir 10:1 12:21
  13:3,4 16:3
  17:13 19:23
  25:16 30:22
  31:4
sisters 30:12
sit 18:1 20:11

27:15
situation 20:23
  21:5 22:7 24:4
  28:20 29:7
sixth 10:11
sixty 11:22 12:4
  12:5,6
somebody 20:6
somebody's 32:6
sort 11:9 15:12
  15:16 20:11
  21:2 30:16
spelled 19:15
standard 16:6
standards 15:9
state 1:14 3:15
  9:23 13:23
  14:6 32:23
  34:3
stated 21:14
STATES 1:1 3:1
stays 23:15
stenotype 34:8
STIPULATED
  4:1,10,17 5:3
stipulations 8:6
Street 4:8 6:15
student 18:12
  25:9,9 28:21
  28:23 29:6,14
students 17:10
  18:9
student's 29:23
SUITE 6:11
superintendent
  8:9 10:8,14
  28:16
superinten...
  12:16 20:7
supposed 17:20
  18:22 19:11,20
sure 11:11 12:11
  13:7 14:4,15
  15:6 16:21

17:14 18:6
19:17 20:15
21:22,23 22:14
27:10 28:12
30:15,17 32:12
sworn 8:2
system 10:17,20

**T**
T 3:23,23 34:1,1
take 24:22
taken 2:5 4:4 9:7
  17:15,21 22:6
  25:10,13 34:7
talk 22:13
talked 17:5
talking 17:17
  31:23 32:15,15
tell 18:2 27:16
tells 15:15
testified 8:2
testimony 2:5
  34:12
Thank 25:15
  31:4
thereto 5:2 34:9
thing 11:10
  15:12,16 21:15
things 16:11
think 11:21 12:2
  13:6 15:4 21:3
  21:12 23:9
  29:7,9 30:15
  32:3,12
three 16:19 33:7
time 4:23,23
  11:21 19:13
  20:12 29:8,9
  29:21
told 17:8 28:17
total 12:6 18:16
Town 1:11,18
  3:12,19 25:21
training 15:21

## FREEDOM COURT REPORTING

Page 39

| | | |
|---|---|---|
| 16:2<br>transcribed 34:9<br>transcript 2:4<br>  34:12<br>transcription<br>  34:10<br>trial 4:23<br>true 34:11<br>try 31:19<br>trying 21:16<br>two 12:18 21:18<br>type 21:6<br>typically 27:11<br><br>**U**<br>U 3:23<br>Uh-huh 33:2<br>ultimate 18:11<br>understand 8:21<br>  21:15 32:22<br>understanding<br>  11:16 14:9,16<br>  26:4<br>understands<br>  18:7<br>understood<br>  22:14<br>UNITED 1:1 3:1<br>unsure 27:3<br>unusual 29:4,9<br>use 9:14<br>Usual 8:5<br>utilized 11:8<br>  26:13<br><br>**V**<br>Van 1:15 3:16<br>  8:14,17 10:23<br>  17:17 19:8<br>  20:22 22:8<br>vs 1:10 3:10<br><br>**W**<br>waive 9:2,5,18<br>waived 4:12 5:5 | walk 20:10,13<br>walked 20:14<br>want 9:4,5,17,21<br>  24:18<br>wasn't 23:6<br>way 11:11 15:5<br>  18:8<br>ways 31:10<br>weapon 31:12<br>weapons 29:21<br>  30:6,7 31:6,20<br>  31:21,22<br>Weldon 2:3 4:5<br>  34:21<br>went 13:22<br>  19:19 23:4<br>weren't 30:23<br>West 4:7 6:15<br>we're 13:12<br>We've 31:18<br>wise 34:16<br>witness 4:12<br>  34:13<br>worded 28:22<br>work 13:22 14:5<br>  14:13 17:7,10<br>working 14:22<br>works 25:5<br>wouldn't 12:14<br>written 16:15<br>  27:4,15<br>wrong 9:7<br><br>**X**<br>X 7:1<br><br>**Y**<br>year 10:11,12<br>  21:15<br>years 11:4,18<br>  12:18,19 21:18<br>young 22:12<br><br>**Z**<br>Ziegler 21:4 | 28:5,13<br><br>**1**<br>145 6:15<br>15 2:2<br>1505 6:5<br>153 4:7<br>19th 8:12 20:20<br>  28:2<br>1988 2:2<br><br>**2**<br>2:06-376-SRW<br>  1:11 3:11<br>20th 2:5 4:9<br>2004 8:13 20:20<br>  28:3<br>2007 2:6 4:9<br>25 7:5<br><br>**3**<br>300 6:11<br>31 7:4<br>36067 6:16<br>36106 6:12<br>36107 6:6<br><br>**4**<br>4001 6:11<br><br>**5**<br>5(d) 1:23<br><br>**8**<br>8 7:4<br><br>**9**<br>9:00 4:9 | |