IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BOGAN, as next best friend on behalf of her minor daughter, J. B., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 2:06cv376-SRW |
| TOWN OF AUTAUGAVILLE, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

This action is presently before the court on the motion for summary judgment filed by defendants on May 24, 2007. The parties are DIRECTED to comply with the order of this court entered on June 7, 2006 (Doc. #10), which establishes the briefing schedule. Additionally, it is

ORDERED that the parties are DIRECTED to mail or deliver to the court, in chambers, on or before July 2, 2007, bound and tabbed courtesy copies of their summary judgment submissions.

Done, this 31st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE