IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNNIE BOGAN, as next best friend** ) <br> **on behalf of her minor daughter** ) <br> **JENNIFER BOGAN** ) <br> ) <br>       **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **TOWN OF AUTAUGAVILLE, A** ) <br> Municipal Corporation organized under ) <br> the laws of the State of Alabama; ) <br> **LE VAN JOHNSON**, Individually and in ) <br> his official capacity as Police Chief of the ) <br> Town of Autaugaville; ) <br> ) <br>       **Defendants.** | <br><br><br><br><br><br><br><br>**CASE NO: 2:06-376-SRW** |

**PARTIES REPORT OF SETTLEMENT MEETING**

Counsel for the parties in the above-styled case have complied with the Court s Order to schedule a conference wherein settlement discussion occurred. On or about June 14, 2007, the parties attempted to settle the case, however, where unable to agree to an amount in terms of settlement. Settlement discussions are ongoing, and in the event that the parties are able to settle this case, the Court will be promptly notified.

Respectfully submitted this the 14th day of June, 2007.

                                              /s/Jim L. DeBardlaben(DEB003)
                                              /s/ Milton J. Westry (WES019)
                                              Attorneys for Plaintiff

**OF COUNSEL:**
Jim L. DeBardelabe, Esq.
Milton J. Westry, Esq.
Attorneys At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 14th day of June, 2007.

Rick A. Howard, Esq.
Alex L. Holtsford, Jr., Esq.
April W. McKay
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

                                                    /s/ Jim L. DeBardelaben