IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNNIE BOGAN, as next best friend** ) <br> **on behalf of her minor daughter** ) <br> **JENNIFER BOGAN** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **TOWN OF AUTAUGAVILLE, A** ) <br> Municipal Corporation organized under ) <br> the laws of the State of Alabama; ) <br> LE VAN JOHNSON, Individually and in ) <br> his official capacity as Police Chief of the ) <br> Town of Autaugaville; ) <br> ) <br> **Defendants.** | **CASE NO: 2:06-376-SRW** |

**PLAINTIFFS REQUEST FOR EXTENSION OF TIME
IN WHICH TO FILE BRIEF IN RESPONSE TO
DEFENDANTS MOTION AND BRIEF FOR SUMMARY JUDGMENT**

Comes now the Plaintiffs, by and through their counsel, Jim L. DeBardelaben and Milton J. Westry, and request this Honorable Court to grant an extension of time in which to file their responsive brief to Defendants Motion and Brief in Support of Summary Judgement. As grounds therefore, the Plaintiffs show unto the Court as follows:

1. On or about May 24, 2007, the Defendant filed their Motion and Brief in Support of Summary Judgment.

2. Plaintiffs counsel inadvertently referred to the Uniform Scheduling Order (Document #9), when calculating the time period by which to file their response.

3. Counsel calculated that the responsive brief was due twenty one days from the date of the document filed on June 7, 2007 (Document #10), which indicates the response is due twenty

one days after the Defendants submission.

    4.  The Plaintiffs request an extension until June 25, 2007.

    5.  The Defendants would not be prejudice if the Court were to grant the Plaintiffs request for this extension.

    6.  Counsel for the Plaintiff has discussed the filing of this Motion For Extension with Defendants counsel and there are no objections to this filing.

    WHEREFORE, the foregoing considered, Plaintiffs request this Court extend the time in which to respond to the Defendants dispositive motion and brief until June 25, 2007.

    Respectfully submitted this the 21st day of June , 2007.

/s/Jim L. DeBardelaben(DEB003)
/s/ Milton J. Westry (WES019)
Attorneys for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelabe, Esq.
Milton J. Westry, Esq.
Attorneys At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 21st day of June, 2007.

Rick A. Howard, Esq.
Alex L. Holtsford, Jr., Esq.
April W. McKay
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128

                                                    /s/ Jim L. DeBardelaben