COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JOHNNIE BOGAN, as next
best friend on behalf of her
minor daughter, J.B.,

     Plaintiff,

Vs.                                        CIVIL ACTION NO.
                                            2:06-376-SRW
TOWN OF AUTAUGAVILLE, et al.,

     Defendants.


* * * * * * * * * * *


**DEPOSITION OF JENNIFER BOGAN**, taken pursuant

to stipulation and agreement before Pamela A.

Wilbanks, Registered Professional Reporter and

Commissioner for the State of Alabama at Large, in

the Law Offices of Nix, Holtsford, Gilliland, Hitson

& Higgins, 4001 Carmichael Road, Suite 300,

Montgomery, Alabama, on Tuesday, September 19, 2006,

commencing at approximately 10:50 a.m.


* * * * * * * * * * * *

HAISLIP, RAGAN, GREEN, STARKIE & WATSON,
(334) 263-4455

EXHIBIT
1

24

1    A.    I'd say between 11:25 and about twelve

2          o'clock.  I don't know.

3    Q.    Sometime around lunchtime?

4    A.    Yes, sir.

5    Q.    You were standing outside in the breezeway

6          talking.  What happened?

7    A.    Chief Johnson walked up.

8    Q.    Where was he walking from?

9    A.    Out of the fifth and sixth grade building.

10   Q.    Walking towards you?

11   A.    Uh-huh (positive response).

12   Q.    Were you outside the building?

13   A.    Outside the building.

14   Q.    Was he outside the building?

15   A.    He was inside the building.

16   Q.    Then what happened?

17   A.    He came out and he asked us where we were

18         supposed to be.

19   Q.    He came outside the building and then asked

20         everybody where you were supposed to be or

21         just you?

22   A.    Everybody.

23   Q.    What did you tell him?

25

1   A.   The second time I said, I ain't got nowhere to

2        be.

3   Q.   What did you tell him the first time?

4   A.   None of us say nothing.

5   Q.   So the first time -- When you said the second

6        time you told him, is that the second time

7        that he asked you?

8   A.   Yes, sir.

9   Q.   So the first time everybody just ignored him?

10  A.   Yes, sir.

11  Q.   The second time you said, ain't got nowhere to

12       be?

13  A.   Yes, sir.

14  Q.   Was he outside the building when he asked you

15       the second time?

16  A.   Yes, sir.

17  Q.   Were there any other students standing around

18       you and the four other girls?

19  A.   No, sir.

20  Q.   What were all of you girls doing?

21  A.   Talking about why we was outside?

22  Q.   Yes, ma'am.

23  A.   Just standing up talking.

28

1    A.    Yes, sir.

2    Q.    Then what happens?

3    A.    Then we -- half of the girls walked in the

4          building, and the other girls stayed outside.

5    Q.    What building did half the girls walk into?

6    A.    The fifth and sixth grade building where they

7          were selling drinks at.

8    Q.    The drink room?

9    A.    The drink room.

10   Q.    Which ones walked inside?

11   A.    Me, KeyShay, Lashondra and Toneka.

12   Q.    What did the other girls do?

13   A.    They were still outside.  I think they was

14         talking to Chief Johnson.  I don't know.

15   Q.    What happened next?

16   A.    We went in and they bought sodas -- bought a

17         juice, and we walked into the restroom and

18         started talking.  Then that's when he came

19         back up, and he said something.  I don't

20         remember.

21   Q.    Did you say anything to Chief Johnson other

22         than, ain't got nowhere to be, before you

23         walked into the drink room?

1   A.   No, sir.

2   Q.   After you said that, did you go straight into

3        the drink room?

4   A.   Yes, sir.

5   Q.   How long were you in the drink room?

6   A.   About a minute.  Two, three minutes.

7   Q.   Was Chief Johnson in the drink room with you

8        at that time?

9   A.   No.

10  Q.   How big is the drink room?

11  A.   It's just like a little closet like.  Used to

12       be a janitor closet.

13  Q.   It's not a huge, big place like the lunchroom?

14  A.   No, sir.

15  Q.   You can't get more than 20 people in the drink

16       room, can you?

17  A.   No, sir.

18  Q.   It's not that big?

19  A.   (Witness nods head negatively.)

20  Q.   You were in the drink room one, two, three

21       minutes, I think you said, and then you walk

22       out.  What happens?

23  A.   No.  They went in and they bought their

1    juices, and then we walked to the restroom.

2    Q.    Is the restroom connected to the drink room or

3          do you have to walk back out in the hall?

4    A.    No.  It's connected to it.

5    Q.    You walk into the girls bathroom?

6    A.    (Witness nods head positively.)

7    Q.    Is that a yes?

8    A.    Yes, sir.

9    Q.    Who all walked into the girls restroom with

10         you?

11   A.    Me, KeyShay, Lashondra and Toneka.

12   Q.    How long were you in the restroom?

13   A.    Two, three minutes.

14   Q.    Then what happened?

15   A.    We was just standing up there on the wall

16         talking, and that's when he walked up and he

17         said something.  I don't remember what he

18         said.  And I said, I'm going to get some

19         tissue to blow my nose, and that's when I

20         walked over to the restroom.  And I walked

21         back out and he said, you can come go with me

22         and see Ms. Hickman and get a couple of days

23         at the alternative school.

34

```
 1          you've ignored him twice; is that correct?
 2          The first time he came out and said where do
 3          you need to be, and everybody ignored him; is
 4          that correct?
 5     A.   Yes.
 6     Q.   The second time you said ain't got nowhere to
 7          be; is that correct?
 8     A.   Correct.
 9     Q.   And then the third statement, let's go see
10          Ms. Hickman, you ignored him again, correct?
11     A.   Yes, sir.
12     Q.   Did he have his police officer uniform on at
13          that time?
14     A.   Yes, sir.
15     Q.   There was no mistaking he was a police
16          officer, correct?
17     A.   No, sir.
18     Q.   After he says let's go see Ms. Hickman, you
19          keep on walking.  What happens next?
20     A.   I walked to the lunchroom and I got in, and I
21          went and sat down at the table where we sit
22          every day.
23     Q.   Who is at that table as far as a teacher?
```

35

1   A.   Ms. Stewart and Ms. Wilson.

2        Are you saying who sat at the table that

3        day?

4   Q.   That was a bad question.

5        Who were the teachers sitting at that

6        table when you walked back in there to sit

7        down?

8   A.   Ms. Stewart and Ms. Wilson.

9   Q.   Anybody else?

10  A.   No, sir.

11  Q.   How many students do you think were sitting at

12       that table?

13  A.   Just Ms. Stewart's class.  About 20-something.

14  Q.   Did you make it all the way to your seat to

15       sit down?

16  A.   Yes, sir.

17  Q.   Then what happened?

18  A.   He came to the table where we was sitting at

19       at the end, and he said, if you don't get up

20       and come with me, I'm going to grab you by

21       your arm and drag you out of here and

22       embarrass you in front of all these people.

23  Q.   When Chief Johnson walked up to the table

37

```
 1             table.
 2     Q.    Is Amanda Matthews kin to Mike Matthews?
 3     A.    Yes, sir.
 4     Q.    How so?
 5     A.    That's his niece.
 6     Q.    And his niece was in your class?
 7     A.    Yes, sir.
 8     Q.    When Chief Johnson said, I'm going to grab
 9           your arm and embarrass you in front of these
10           people, what did you do?
11     A.    That's when I said, my mama said -- I said,
12           ain't no mother fucker going to mess with me.
13           My mama said something.  I can't remember
14           exactly how I said it.
15     Q.    But the statement you gave to him had the word
16           "mother fucker" in it?
17     A.    Yes, sir.
18     Q.    Is that a word you used often?
19     A.    No, sir.
20     Q.    After you said the word with mother fucker in
21           it, what did he do?
22     A.    That's when he walked over to Ms. Booker.
23     Q.    Walked over to who?
```

38

```
1    A.    Ms. Booker.

2    Q.    What did he do or --

3    A.    He talked to Ms. Booker.

4    Q.    How long did he speak to Ms. Booker?

5    A.    For like a minute or two.

6    Q.    After he spoke to Ms. Booker, what did he do?

7    A.    Came back over to where I was.

8    Q.    How far away were you from Ms. Booker?  How

9          many seats away?

10   A.    I think two tables away.

11   Q.    So he walked, I guess, two tables away and

12         came back?

13   A.    (Witness nods head positively.)

14   Q.    What did he do when he returned to you after

15         talking with Ms. Booker?

16   A.    He didn't do anything.  He didn't do

17         anything.  That's when I had got up and walked

18         down to the table where Ms. Stewart was.  And

19         Ms. Stewart asked me what happened, and I told

20         her what happened out in the breezeway.

21   Q.    So as Chief is talking to Ms. Booker, you get

22         up and walk over to Ms. Stewart, right?

23   A.    Yes, sir.
```

39

1    Q.    And she asked you what happened?

2    A.    She asked me what happened in the breezeway.

3    Q.    And how did she know something happened in the

4          breezeway?

5    A.    Because she seen us talking to the police.

6    Q.    What did you tell her, just what happened in

7          the breezeway?

8    A.    Yes, sir.

9    Q.    Did you say anything else to her?

10   A.    No, sir.

11   Q.    Did you tell her that you ignored him the

12         first time he said something to you?

13   A.    I probably did.  I can't remember.

14   Q.    Did you tell her that you told him you ain't

15         got nowhere to be?

16   A.    If I did, I can't remember.

17   Q.    Did you tell her that you ignored him the

18         third time he spoke to you?

19   A.    No, sir, I don't think so.

20   Q.    After Chief Johnson left the area where

21         Ms. Booker was sitting, when he left that

22         area, were you still talking to Ms. Stewart?

23   A.    Yes.  That's when she told everybody to get

41

1    arm and said he was going to pull me up in

2    front of everybody and embarrass me.

3  Q.  Did he touch you at that time?

4  A.  No, sir.

5  Q.  When you used the word "mother fucker," is

6    that when you told him that you were going to

7    sue him?

8  A.  Yes, sir.

9  Q.  And then he walks over to Ms. Booker, correct?

10  A.  Yes, sir.

11  Q.  And you walk over to Ms. Stewart?

12  A.  Yes, sir.

13  Q.  Then Chief Johnson leaves the area where

14    Ms. Booker is at and walks back toward you.

15    You are now talking to Ms. Stewart?

16  A.  Ms. Stewart.

17  Q.  Ms. Stewart says, come on, class; let's go

18    back to the classroom; is that correct?

19  A.  She said get up, and everybody know what "get

20    up" means.  It's time to go back to class, so

21    we left.

22  Q.  Were you walking with your class back to the

23    classroom at this point?

42

1    A.    Yes, sir.  Ms. Stewart class, Ms. Wilson class

2          and Ms. Anderson was walking with us.

3    Q.    After you start walking back towards your

4          classroom, what happened?

5    A.    We enter into the fifth and sixth grade

6          building.  We was getting ready to walk past

7          the restroom, and that's when he came up and

8          he jumped on me.

9    Q.    And this is the same restroom, drink area that

10         you had been before, correct?

11   A.    Yes, sir.

12   Q.    And you're saying that he comes up and jumps

13         on you?

14   A.    Yes, sir.

15   Q.    Where does he land?

16   A.    On my shoulder.

17   Q.    What part of him was touching your shoulder?

18   A.    His hands.

19   Q.    One hand or two hands?

20   A.    I don't know.  I don't remember.

21   Q.    Could it have been that he had one hand on one

22         of your shoulders?

23   A.    I have no idea.

43

1   Q.   But you think one or both of his hands touched

2        your shoulder, correct?

3   A.   Yes, sir.

4   Q.   Which shoulder?  The right one or left one?

5   A.   The left one.

6   Q.   Did he squeeze your shoulder?

7   A.   Yes, sir.

8   Q.   Did it hurt?

9   A.   Yes, sir.

10  Q.   Did you take pictures of any bruises?

11  A.   No, sir.

12  Q.   Why not?

13  A.   I didn't go to the hospital or nothing.

14  Q.   Did you have any bruises?

15  A.   No, sir, not that -- I don't know.  No.

16  Q.   Did you take pictures of anything that's got

17       to do with this case?

18  A.   No, sir.

19  Q.   So he's got one or two hands on your

20       shoulder.  Then what happens?

21  A.   That's when he start wrestling with me,

22       throwing me against the wall.  And then I hit

23       my head on the temperature box in the

44

```
 1          hallway.  That's when we went -- He had me in

 2          a choke hold.  That's when we went on the

 3          other side of the hall.  He threw me up

 4          against the locker, and that's when my sister

 5          and them had me and was telling me to calm

 6          down.  And I was telling my sister something.

 7          That's when he came back, and he grabbed me

 8          again and we ended back up on the other side

 9          of the hall and end up in the drink room.

10     Q.   You're getting a little ahead of me.  We're

11          going to get to all that.  You're going to get

12          to say it.

13               From the time you left the lunchroom and

14          went outside and entered the fifth and sixth

15          grade building, had Chief Johnson said

16          anything to you while you were walking?

17     A.   No, sir.

18     Q.   At any point had you used profanity during

19          that time period?

20     A.   No, sir.

21     Q.   When you felt something on your shoulder, did

22          you know who it was?

23     A.   No, sir.  Not at that time.
```

45

1    Q.    When did you first learn that it was Chief

2           Johnson?

3    A.    After he was telling me to be still; he was

4           going to spray me in the face with Mace.  And

5           that's when he had me in a choke hold, and

6           that's when I bit him.

7    Q.    He touches your shoulder.  After he touches

8           your shoulder, you said you started wrestling

9           with him?

10    A.    He started wrestling with me.

11    Q.    Where were your hands when he touched your

12           shoulder?

13    A.    Where were my hands?

14    Q.    Yes, ma'am.

15    A.    Down at my side.

16    Q.    And at that point you did not know it was

17           Chief Johnson, correct?

18    A.    No, sir.

19    Q.    What's the next thing you did or that

20           happened?

21    A.    That's when he was wrestling with me.

22    Q.    Did you know who was wrestling with you?

23    A.    No, sir.  Not until he started telling me to

46

```
 1        be still and he going to spray me in the face

 2        with Mace if I don't be still.

 3   Q.   Do you know if he even had any Mace?

 4   A.   Not to my knowledge.  I have no idea.

 5   Q.   How long from the time that he touched you on

 6        the shoulder until he said he was going to

 7        spray you with Mace?

 8   A.   It was -- Talking about how long did he say

 9        that?

10   Q.   Yes.  Did he tap you on the shoulder and say,

11        I'm going to spray you with Mace, or did he

12        tap you on the shoulder and struggle a little

13        bit and then say that?

14   A.   He ain't tapped me on the shoulder.  He

15        grabbed me on the shoulder and tussled with

16        me.  And then after a while, that's when he

17        said he going to spray me in the face with

18        Mace.

19   Q.   Did you turn around and grab his hands?

20   A.   No, I don't think so.  Probably did.  I have

21        no idea.

22   Q.   You said you have no idea, and then you said

23        you probably did.  Which one are we going
```

51

1   A.   All I know, she was behind me.

2   Q.   How far had you walked into the fifth and

3        sixth grade building before Chief Johnson

4        touched you?

5   A.   We got past the restroom door.

6   Q.   Do you know how many feet that would be?

7   A.   From the lunchroom?

8   Q.   From the door to where he touched you, how

9        many steps would it be?

10  A.   I don't know.

11  Q.   After your head hit the thermostat, what

12       happened?

13  A.   We was just wrestling for a couple of

14       minutes.  It last for like ten, fifteen

15       minutes before he -- they even got him to

16       stop.

17  Q.   He wrestled you for ten to fifteen minutes?

18  A.   About ten or fifteen minutes.

19  Q.   What were you doing, wrestling back?

20  A.   No.  Trying to get him off of me.

21  Q.   How was he on you?

22  A.   He was on my back.  He had me in a choke

23       hold.  He threw me onto the thermostat -- the

52

1       door thing on the thermometer thing -- the air

2       conditioner thing.

3  Q.   Were you saying anything during all this

4       tussling?

5  A.   My sister had me.  She was telling me to calm

6       down, and I was talking to her.  Probably was

7       cursing, but I can't remember what I said.

8  Q.   Did you call him a mother fucker and told him

9       he better get his Goddamn hands off you?

10  A.   No, sir.

11  Q.   You said you could be cursing.  What could you

12       have said?

13  A.   My sister had told me to calm down, and -- I

14       don't know.  I have no idea.

15  Q.   At some point did you and Chief Johnson

16       separate?

17  A.   After we ended up in the drink room.

18  Q.   How did you get to the drink room?

19  A.   Just how he wrestled me in there.  We fell on

20       the table where the boys was sitting at.  I

21       don't know how Barrin Owens got between us.

22  Q.   Barry Owens?

23  A.   Barrin Owens.

53

1   Q.   He got between you at some point?

2   A.   Uh-huh (positive response).

3   Q.   Is that a yes?

4   A.   Yes, sir.

5   Q.   Then what happened?

6   A.   That's when Ms. Stewart and Ms. Anderson and

7       Ms. Hickman was trying to get him to let me

8       go, and he wouldn't.  He still wanting to

9       wrestle and everything.

10   Q.   Do you think he just wanted to wrestle with

11       you or take you to the office?

12   A.   He just wanted to wrestle because if he

13       didn't, when they kept asking him -- They

14       asked him about five or ten times to let me

15       go, and he wouldn't.  So Ms. Hickman told

16       him -- finally told him to let her go to the

17       office and call the board of education and see

18       what they going to say.  And that's when we

19       walked to the office.

20   Q.   Who did you walk to the office with?

21   A.   With Ms. Stewart, him, Chief Johnson,

22       Ms. Pickett and Ms. Hickman.

23   Q.   What happened when you got to the office?

55

1  Q.  Had you ever seen Chief Johnson at the school

2      before this day?

3  A.  No, sir.

4  Q.  That was the first time you've seen him at the

5      school?

6  A.  Yes, sir.  Except when he come to the games.

7  Q.  Haven't seen Chief Johnson anytime in the past

8      or before this incident at the school other

9      than the games?

10 A.  No, sir.

11 Q.  How about Officer McNatt?

12 A.  He used to be at the school a lot.

13 Q.  Do you know whether Chief Johnson replaced

14     Officer McNatt at the school?

15 A.  No, sir.

16 Q.  You got to the office and Ms. Hickman

17     separated Chief Johnson and Ms. Stewart.  Then

18     what happened?

19 A.  She was on the phone trying to call to the

20     board of education.

21 Q.  Did she reach them?

22 A.  I think so.

23 Q.  Did you know your school had a school resource

62

1        needed to?

2    A.   No, sir.

3    Q.   Were you allowed -- Did you ask to use the

4        bathroom?

5    A.   No, sir.

6    Q.   But they didn't confine you to some little

7        cell and say, we're going to put chains on you

8        if you move, did they?

9    A.   No, sir.

10   Q.   Did you have handcuffs on you at some point?

11   A.   Yes, sir.

12   Q.   When was that?

13   A.   At the school.

14   Q.   Who put handcuffs on you?

15   A.   I think, if I'm not mistaken, myself or

16       Ms. Hickman.

17   Q.   Chief Johnson didn't put handcuffs on you, did

18       he?

19   A.   No, sir.

20   Q.   Do you know why?

21   A.   Because I didn't want him to touch me after

22       what happened.

23   Q.   Had you ever had handcuffs on before?

63

1   A.   No, sir.

2   Q.   And you or somebody helped you put handcuffs

3        on, correct?

4   A.   Yes, sir.

5   Q.   Were your hands in front of you or behind you?

6   A.   In front of me.  I think so.

7   Q.   Did you ride to the police station in the

8        police car?

9   A.   Yes, sir.

10  Q.   Who drove?

11  A.   Chief Johnson.

12  Q.   Did you see any other police officers at the

13       police station when you got there?

14  A.   No, sir.

15  Q.   Did you see anybody that you knew that worked

16       at the City that we talked about earlier or

17       your mother talked about earlier?

18  A.   No, sir.

19  Q.   Did any other police officers ask you

20       questions at the police station?

21  A.   No, sir.  Nobody but the sheriff.

22  Q.   What happened before you left?

23  A.   Nothing.  He asked me did I have anybody I can

64

1        be released to, and I called my stepdad.

2    Q.   Did you cuss anybody while you were at the

3        police station?

4    A.   No, sir.

5    Q.   Did they take your picture?

6    A.   No, sir.

7    Q.   Have you got your driver's license?  Did I ask

8        you your driver's license number?

9    A.   Yes, sir.

10    Q.   You called your stepdaddy.  What's his name?

11    A.   Maurice McLemore.

12    Q.   What did you tell him happened?

13    A.   I didn't call him.

14    Q.   Who called him?

15    A.   I think Chief Johnson.

16    Q.   And he came down to pick you up?

17    A.   Yes, sir.

18    Q.   When he got there, did he talk to Chief

19        Johnson?

20    A.   Yes, sir.

21    Q.   Did you hear any of their conversation?

22    A.   No, sir.  I wasn't trying to listen.

23    Q.   Did you hear any of it?  Were you close enough

112

1   A.   We had to keep sending in papers signed by my

2        mama for that.

3   Q.   So these are wrong?

4   A.   Yes, sir.

5   Q.   It looks like you had about ten unexcused

6        absences in one month, and that's not right?

7   A.   No, sir.

8   Q.   It says you have 39 absences.  Is that just

9        wrong?

10  A.   Yes, sir.

11                  MR. HOWARD:  If you will, let's take

12                      about a five-minute break and let

13                      me look over my notes because I

14                      think we're through.

15            (Brief recess.)

16                      **EXAMINATION**

17  BY MR. WESTRY:

18  Q.   Jennifer, when Chief Johnson first made

19       contact with you in the breezeway, did he ever

20       indicate to you that you were committing any

21       sort of crime?

22  A.   No, sir.

23  Q.   Did he ever indicate to you that you were

113

1      being disorderly?

2    A.   No, sir.

3    Q.   Once you had walked from the breezeway to go

4      to the bathroom to get some tissue to blow

5      your nose, did he ever indicate that you were

6      under arrest?

7    A.   No, sir.

8    Q.   Did he ever tell you that you had violated

9      some law or committed any type of criminal

10     act?

11   A.   No, sir.

12   Q.   What about when you went into the cafeteria

13     where your teacher, Ms. Stewart, was?  Did he

14     ever indicate that you were under arrest?

15   A.   No, sir.

16   Q.   Did he to your knowledge ever tell your

17     teacher that you had committed some crime?

18   A.   No, sir.

19   Q.   Did he ever tell your teacher that you were

20     being disorderly?

21   A.   No, sir.

22   Q.   Once you had left the cafeteria and was

23     walking back to your class, did Chief Johnson