# COPY

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5    JOHNNIE BOGAN, as Next
     Best Friend on Behalf of
6    Her Minor Daughter, J.B.,

7        Plaintiffs,

8    Vs.                                CIVIL ACTION NO.
                                         2:06-376-SRW
9    TOWN OF AUTAUGAVILLE, et al.,

10       Defendants.

11

12              * * * * * * * * * * * *

13

14       DEPOSITION OF BONITA STEWART, taken

15    pursuant to stipulation and agreement before Lisa

16    J. Nix, Registered Professional Reporter and

17    Commissioner for the State of Alabama at Large, in

18    the conference room, Autaugaville High School, 2708

19    Dutch Bend Street, Autaugaville, Alabama on

20    Thursday, February 15, 2007, commencing at

21    approximately 11:00 a.m.

22

23              * * * * * * * * * * * *

EXHIBIT
2

HAISLIP, RAGAN, GREEN, STARKIE & WATSON,
(334) 263-4455

9

1    said anything to her.

2        And then maybe two or three minutes

3    later, I told my class, let's go.  And

4    everybody got up, took their trays to the

5    window.  We were walking out of the

6    lunchroom, and Jennifer was walking in

7    front of me.

8        And I just remember when I got to the

9    door, Officer Johnson came, like, really

10   close behind me.  And he got right behind

11   Jennifer, and it was like the faster she

12   walked, the faster he walked.

13       We got through one set of doors,

14   through the breezeway, and as soon as we

15   stepped into the second set of doors, he

16   reached out to grab Jennifer from behind,

17   and Jennifer came around swinging.  And

18   they tussled.  I know she tore something --

19   a button or something off his jacket,

20   but ...

21       I remember him telling her she was

22   under arrest.  She was just fighting.  She

23   just didn't want him to have her.  And at

14

1          lot.

2    A.    It was outside.  It was after.

3    Q.    Did you see any of that happen?

4    A.    Not -- No.  When I pulled up, the police

5          were already out, and I think it was, like,

6          five girls on the ground, so I didn't

7          actually see any --

8    Q.    You didn't see anything leading up to that?

9    A.    Huh-uh.  (Negative response.)

10                  MS. MCKAY:  I think that's all I

11                  have for you, Ms. Stewart.

12                  They may have some questions.

13                  EXAMINATION

14   BY MR. WESTRY:

15   Q.    Ms. Stewart, it's my understanding that

16         prior to re-entering the lunchroom,

17         Jennifer was in the breezeway.

18   A.    Uh-huh.  (Positive response.)  Yes.

19   Q.    And did she have your permission to be in

20         the breezeway?

21   A.    Yes.

22   Q.    And it's my understanding also that she was

23         there with some other young ladies from

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

16

1       take her into custody?

2   A.  No.

3   Q.  Now, my understanding, you said that you

4       had your class to leave the lunchroom.

5   A.  Yes.

6   Q.  How much time -- And I know you weren't,

7       you know, actually timing it, but

8       approximately how much time was it between

9       Jennifer and Chief Johnson coming into the

10      lunchroom and your instructing the class

11      that it was time to leave the lunchroom?

12  A.  Less than five minutes.

13  Q.  Okay.  And what was he doing during that

14      five minutes?

15  A.  He was just pacing the entire lunchroom.

16      He would walk up and down between the

17      tables and then across the front of the

18      lunchroom.

19  Q.  Never approaching you?

20  A.  No.

21  Q.  And you said that as you-all were leaving

22      out that -- was there a line formed, or was

23      it just basically everybody walking out?

17

1    A.    Basically, just everybody walks out.

2    Q.    And so that I will recall correctly, you

3          said that as Jennifer was walking out, then

4          Chief Johnson walked up to her and grabbed

5          her from behind?

6    A.    (Witness nods head up and down.)  It was

7          actually like a little foot chase.  I made

8          sure that Jennifer was in front of me --

9    Q.    Sure.

10   A.    -- because I knew she was upset.  And

11         Jennifer went out maybe three steps in

12         front of me.  I went out, and maybe two

13         steps behind me Officer Johnson came.

14              In the breezeway he walked past me, got

15         in front of me.  So by the time Jennifer

16         had gotten through the doors, he was

17         actually right behind her.  She was maybe

18         four steps inside that door before he

19         grabbed her.

20   Q.    Did he tell -- Well, did he say anything to

21         her before he grabbed her from behind?

22   A.    He told her she was under arrest.  And I

23         don't know what he said for.  He just told

HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
(334) 263-4455

18

```
1            her she was under arrest.

2   Q.   Okay.  From what you could see, though, had

3        she done anything to him?

4   A.   No.

5   Q.   At that point, had they already engaged in

6        the struggle?

7   A.   No.  That's how it started.

8   Q.   So it was your understanding he said she

9        was under arrest before they even got into

10       a physical melee?

11  A.   Right.  Right.

12              MR. WESTRY:  That's all.

13              MS. MCKAY:  I don't have anything

14                  else for you.

15

16

17

18          *  *  *  *  *  *  *  *  *  *  *  *

19          FURTHER DEPONENT SAITH NOT

20          *  *  *  *  *  *  *  *  *  *  *  *

21

22

23
```