**COPY**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JOHNNIE BOGAN, as Next
Best Friend on Behalf of
Her Minor Daughter, J.B.,

    Plaintiffs,

Vs.                                         CIVIL ACTION NO. 2:06-376-SRW

TOWN OF AUTAUGAVILLE, et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF BRENDA WILSON, taken pursuant to stipulation and agreement before Lisa J. Nix, Registered Professional Reporter and Commissioner for the State of Alabama at Large, in the conference room, Autaugaville High School, 2708 Dutch Bend Street, Autaugaville, Alabama on Thursday, February 15, 2007, commencing at approximately 10:30 a.m.

\* \* \* \* \* \* \* \* \* \* \* \*

EXHIBIT 3

HAISLIP, RAGAN, GREEN, STARKIE & WATSON,
(334) 263-4455

9

1  A.   I'm looking at my paper, so --
2  Q.   Okay.
3  A.   -- trying to see what I said.
4       My class was coming out of the
5  lunchroom. That's when I saw the
6  lieutenant -- or Chief Johnson trying to
7  get the students out of the hallway, I
8  guess. And when he was trying to get them
9  out of the hallway, I guess Jennifer
10 ignored him and kept walking, and that's
11 when he went behind her, I guess, to tell
12 her to stop or whatever she was doing. But
13 then she went on, and then I think he came
14 to -- back in the lunchroom or something,
15 and Jennifer came back in the lunchroom.
16 Let me see what else happened.
17      I guess that's -- when he saw her
18 coming back, he remembered that she was the
19 one that kept walking. So that's when he
20 came back and approached her and
21 probably -- I don't know what he was saying
22 to her because they was, like, on the other
23 end. But I just saw him saying something