FREEDOM COURT REPORTING

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3   NORTHERN DIVISION
4
5   JOHNNIE BOGAN, as next      )        COPY
6   friend on behalf of her    )
7   minor daughter JENNIFER    )
8   BOGAN,                     )
9           Plaintiff,         )
10  vs.                        )   CASE NUMBER:
11  TOWN OF AUTAUGAVILLE,      )   2:06-376-SRW
12  a Municipal Corporation    )
13  organized under the laws   )
14  of the State of Alabama;   )
15  LE VAN JOHNSON,            )
16  Individually and in his    )
17  official capacity as       )
18  Police Chief of the Town   )
19  of Autaugaville,           )
20          Defendants.        )
21
22  DEPOSITION OF JOSEPH LARRY BUTLER
23          In accordance with Rule 5(d) of

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-3

EXHIBIT
4

FREEDOM COURT REPORTING

Page 10

1  sir.
2      A.   Joseph Larry Butler.
3      Q.   And how are you employed, Mr.
4  Butler?
5      A.   I am employed through the Autauga
6  County Board of Education.
7      Q.   And what's your position?
8      A.   Superintendent of education.
9      Q.   And how long have you held that
10 position?
11     A.   This is the sixth year going on
12 the seventh year.
13     Q.   And what is the responsibility of
14 the superintendent of education of Autauga
15 County?
16     A.   To administer to the school
17 system.
18     Q.   Okay. Is Autaugaville High School
19 located in Autaugaville part of the school
20 system?
21     A.   Yes, it is.
22     Q.   Do you know a man in Autaugaville
23 named Le Van Johnson?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

FREEDOM COURT REPORTING

Page 19

1  A.  If they come into that school --
2  There's signs printed on the door that says
3  that you must check in with the front
4  office.
5  Q.  Okay.  Is that anybody?
6  A.  That's anybody.
7  Q.  Now, with the resource officer,
8  Mr. Le Van Johnson, was he there eight hours
9  a day or seven hours a day?
10 A.  No.
11 Q.  Was he supposed to be there --
12 A.  No.
13 Q.  -- at a certain period of time?
14 A.  As I said, I can't remember what
15 the percentage of the Pavis (spelled
16 phonetically) grant gave to be a resource
17 officer.  It was either -- I'm not sure of
18 the exact percentage.
19 Q.  Okay.  When he came and went on
20 campus, was he supposed to sign in?
21 A.  When he came in -- When he comes
22 in to the school?
23 Q.  Yes, sir.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

1   A.   He should go through the
principal's office.
3   Q.   Just like if I go to the school, I
have to sign in?
5   A.   Yes.
6   Q.   If you go, I assume, or somebody
from what I would call the superintendent's
office, they have to make themselves known?
9   A.   If I go to the school -- Unless I
just walk in going to the lunch room to eat,
sit down and eat or something of that sort,
the -- I do not know of a time whenever I
was going to walk about in that school that
I haven't walked in and asked for the
principal to make sure that the principal or
the assistant principal knew I was there on
the ground.
18   Q.   Are you familiar with the incident
that happened on I believe November the
19th, 2004 in Autaugaville at Autauga County
High School between Jennifer Bogan and Le
Van Johnson?
23   A.   I am aware of the situation.

FREEDOM COURT REPORTING

Page 22

1  School certainly has a copy of the report if
2  we do not have one.
3      Q.   Can you provide a copy to Mr.
4  Faulk so he can provide it to me?
5      A.   I can certainly check and see.
6      Q.   Okay.  Was there any action taken
7  as a result of the situation that happened
8  between Jennifer Bogan and Le Van Johnson to
9  your knowledge?
10     A.   I do not know a -- I do not
11 remember exactly what took place with the
12 young lady.  I do remember that Mr. Clay and
13 Mr. Johnson sat down and had a talk to make
14 sure that he understood that he should be
15 going through the school administration.
16     Q.   When Johnson took the action he
17 took against Jennifer Bogan, did he go
18 through the school administration or was
19 that an action of his own?
20     MS. MCKAY:  Objection to form.
21     A.   Let's see.  He did not go through
22 -- Now, my rememberance of it, he did not
23 go through the administration.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660

**FREEDOM COURT REPORTING**

Page 23

1  Q. And should he have gone through
2  the administration?
3  A. It is my opinion that he should
4  have went through the administration.
5  Q. And if the -- Excuse me. If the
6  principal wasn't there, he should go to the
7  assistant principal?
8  A. Yes.
9  Q. And I think Autaugaville High
10 School have security officers, don't they?
11 A. Yes.
12 Q. Now --
13 A. Well, like a resource officer. A
14 security officer.
15 Q. But full-time that stays at the
16 school?
17 A. Yes.
18 Q. I forget the lady's name. Is she
19 -- Is that the person the one that's in
20 charge of security at the school?
21 A. The principal administers to the
22 security of the school.
23 Q. Right. But if there's some kind

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

Page 24

1  of problem, she does -- is the security
2  officer the one to be called?
3      A.  Well, the security officer would
4  possibly look into the situation if she was
5  around.  But the security officer would
6  bring it to the principal's attention or
7  assistant principal's attention.
8      Q.  So even a security officer
9  shouldn't be taking action without the
10 principal or assistant principal being
11 notified?
12     A.  Well, they will ask -- possibly
13 ask the kid come on with me to the office or
14 whatever.  But if a kid doesn't come or
15 anything, they are going to report it to the
16 administration.
17     Q.  But prior to taking the kid to the
18 office, the kid don't want to come, jerks
19 away, then it should be reported to the
20 administration and then the administration
21 makes the determination of what action to
22 take?
23     A.  Well, yes.

Page 25

1    Q.    And that would not matter if it's
2    the full-time security officer or if it's
3    Resource Officer Johnson, does it?
4    A.    Well, Resource Officer Johnson
5    works in a -- I know when he was in the
6    school, he was a resource officer. But he's
7    also the chief of police down there.
8          And when he had a problem with a
9    student and the student would not listen to
10   what he had to say, he should have taken it
11   up with the administration.
12   Q.    Rather than on his own?
13   A.    He should have taken it up with
14   the administration.
15         MR. DEBARDELABEN:  Thank you,
16   sir.  I have no more questions.
17   EXAMINATION BY MS. MCKAY:
18   Q.    Mr. Butler, my name is April
19   McKay.  I introduced myself to you earlier
20   this morning.  I'm one of the attorneys
21   representing the Town of Autaugaville in
22   this lawsuit that's been filed on behalf of
23   Jennifer Bogan.  I just have a couple of