FREEDOM COURT REPORTING

Page 1

IN THE JUVENILE COURT OF
AUTAUGA COUNTY, ALABAMA

IN THE MATTER OF:        )   CASE NUMBER:
JENNIFER BOGAN           )   JU-2004-352.01
                         )   JU-2004-352.02
                         )   JU-2004-352.03

**ORIGINAL**

(Whereupon, the following hearing may be taken before Cindy Weldon, Certified Shorthand Reporter, Commissioner and Notary Public, at the Autauga County Courthouse, Prattville, Alabama on June the 15th, 2005 at approximately 1:30 p.m.)

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205

EXHIBIT 5

1   Q.   And how long have you been in that
2   position?
3   A.   Since January of 2004.
4   Q.   And how long have you been in law
5   enforcement?
6   A.   About roughly eight years.
7   Q.   Do you currently meet the
8   necessary standards for a law enforcement
9   officer in this state?
10  A.   Yes, sir, I do.
11  Q.   In fact, on the 19th of November,
12  2004, you were serving as police chief of
13  Autaugaville?
14  A.   Yes, sir.
15  Q.   Did you have an occasion to go
16  over to the Autaugaville school that day?
17  A.   Yes, I did.
18  Q.   Is that in Autauga County?
19  A.   Yes, it is.
20  Q.   And what took you to the school on
21  that occasion?
22  A.   We had contracted with a group to
23  start the Drug Awareness Program. I had

1  received some of the supplies in from that
2  group.  They had gotten a hundred bowling --
3  free bowling lane passes from Bama Lanes
4  here in Prattville.
5          I wanted to distribute those
6  passes out to the kids in the middle grades.
7  So I went up to the school.  I went to Ms.
8  Hickmon's office.  Spoke with Ms. Hickmon.
9          Asked her if she could give me a
10 rough count of how many students that we had
11 in those grades, anywhere from six on down
12 to the kindergarten grades.  She gave me
13 that count.
14         I was going to start off with low
15 grade schools.  What I had left over, I
16 would distribute those down to the
17 elementary levels.  And that's the reason
18 why I was there that day.
19    Q.   Did anything unusual happen while
20 you were there?
21    A.   Yes, sir.  I first went back -- I
22 left her office.  I went to the middle grade
23 hallway.  I visited the core classrooms

FREEDOM COURT REPORTING

Page 57

as follows:

EXAMINATION BY MR. WESTRY:

Q. Would you please state your name for the record.

A. Bonita Stewart.

Q. And, Ms. Stewart, where are you employed?

A. Autaugaville School with the Autaugaville Board of Education.

Q. How long have you been employed with this entity?

A. Five years.

Q. And what is your occupation?

A. I'm an English teacher in the high school.

Q. Is Jennifer Bogan one of your students?

A. Yes.

Q. Were you present at Autaugaville High School on November the 19th, 2004?

A. Yes.

Q. Was there an unusual occurrence on that day?

FREEDOM COURT REPORTING

```
 1        A.   Yes.
 2        Q.   And what was that unusual
 3   occurrence, ma'am?
 4        A.   An altercation between Jennifer
 5   and the officer.
 6        Q.   Did you see that altercation from
 7   the beginning?
 8        A.   Yes.
 9        Q.   Could you tell the Court exactly
10   what it is that you observed between Chief
11   Johnson and Jennifer Bogan?
12        A.   From the beginning?
13        Q.   Yes, ma'am.
14        A.   Okay.  My class was in the
15   lunchroom.  Jennifer asked could she go to
16   the drink station.  I told her yes, she and
17   two other girls.  They went through the
18   door.
19             And maybe two or three minutes
20   later, I looked up and saw all three of them
21   talking to the officer.  Then the other two
22   girls came back to the lunchroom.  Jennifer
23   went through the breezeway door.
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

FREEDOM COURT REPORTING

Page 64

```
 1  know any other way to tell it.
 2       Q.   Now, Chief Johnson has testified
 3  that he didn't see you anywhere in sight.
 4  Is that true?
 5       A.   No, sir.  My class sits at one
 6  table.  I was sitting at the next table.
 7       Q.   So it was occupying two tables?
 8       A.   Just like this (indicating).
 9       Q.   Yes, ma'am.  So your class
10  basically encompassed two tables?
11       A.   Well, they are long tables.
12       Q.   Yes, ma'am.
13       A.   And they sit -- they cover the
14  entire table.  And I sit at the next table,
15  at the end of the table facing the front of
16  the lunchroom.
17       Q.   Were you ever out of control with
18  your class?
19       A.   Not ever.
20       Q.   Were you ever out of control with
21  Jennifer?
22       A.   No.
23       Q.   All right.  Once Chief Johnson had
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

1  started speaking with Ms. Booker, did he at
2  any point approach you to see if the
3  situation can be alleviated?
4      A.   No.
5      Q.   Did you ever speak with Chief
6  Johnson?
7      A.   Not until we got to Ms. Hickmon's
8  office.
9      Q.   And that was -- Was that after the
10 physical altercation that occurred?
11     A.   Yes.
12     Q.   Now, Ms. Stewart, did you see the
13 actual physical confrontation between Mr.
14 Johnson and Ms. Bogan?
15     A.   Yes.
16     Q.   All right.  Could you tell the
17 Court how that started?
18     A.   I told my class let's go.  It's
19 just a phrase I have.  I say let's go and
20 everybody stands up and leaves.  Jennifer
21 stood up with the rest of the class.
22          We were going out of the
23 lunchroom.  We got to the first set of

FREEDOM COURT REPORTING

Page 66

1   double doors and Jennifer was in the front
2   and then, you know, some other students and
3   then the officer.
4           And then as we got through the
5   breezeway, he kind of sped up.  She looked
6   back and saw him coming.  So she kept
7   walking fast.  When we got to the second set
8   of double doors -- the drink station is
9   right to your right.
10          She got maybe five feet on the
11  other side of the drink station and I just
12  saw him reach for the back of her neck like
13  he was trying to pin her up side the wall.
14          She came around and they tussled
15  for a good three or four minutes.
16       Q.   All right.  Did you see Chief
17  Johnson's arm around her neck?
18       A.   I don't recall his arm around her
19  neck.  I know that he grabbed her in the
20  back of the neck.  It was like a pinned --
21  you know, like they do on TV when they are
22  trying to pin them and grab their arm and
23  put handcuffs on them at the same time.

FREEDOM COURT REPORTING

Page 126

```
 1              MR. DEBARDELABEN:  That's all.
 2              MR. HAYDEN:  Nothing further.
 3              THE COURT:  All right.  You may
 4   step down.  You're free to go.  If you want
 5   to remain, you would need to step outside.
 6              If you'll come and have a seat
 7   here in the witness chair to my left.  As
 8   you're having a seat, I would remind you
 9   that you're under oath.
10                    BARRIN OWENS,
11       after having been duly sworn, testified
12                     as follows:
13   EXAMINATION BY MR. DEBARDELABEN:
14        Q.   Would you state your name, please,
15   sir.
16        A.   Barrin Owens.
17        Q.   Now, Mr. Owens, on November the
18   19th, 2004, were you a student?
19        A.   Yes, sir.
20        Q.   Where were you in school?
21        A.   What grade?
22        Q.   Where were you a student?
23        A.   In Autaugaville High School.
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

1  Q.  And what grade were you in?
2  A.  Senior.
3  Q.  You were a senior. So you
4  graduated?
5  A.  Yes, sir.
6  Q.  Now, Mr. Owens, on November the
7  19th, 2004, did you see Jennifer Bogan at
8  school?
9  A.  Yes, sir.
10 Q.  Did you see Chief Johnson?
11 A.  Yes, sir.
12 Q.  Did you see them together?
13 A.  Yes, sir.
14 Q.  Tell the Court what you observed,
15 please, sir.
16 A.  At which --
17 Q.  The whole time you saw them.
18 A.  From the first time?
19 Q.  From the first time on through.
20 A.  When I first saw Chief Johnson, he
21 was coming down the hallway counting some
22 bowling passes. He was supposed to be on
23 the elementary hall or something he was

1       And when Jennifer came through and
2  when he was coming through, he burst through
3  everyone and grabbed Jennifer from the back.
4       Q.   Was Jennifer saying anything when
5  she came out of the lunchroom?
6       A.   Don't touch me.  Leave me alone.
7       Q.   Okay.  Prior to him grabbing her,
8  did you hear Jennifer cursing at all?  Is
9  that a yes or no?
10      A.   No, sir.
11      Q.   Did you see her making any kind of
12 disturbance?
13      A.   Not that I --
14      Q.   When Chief Johnson grabbed her,
15 which way was her -- was she looking?  Was
16 she facing him?
17      A.   She was walking toward the
18 classroom.  You have to go through the fifth
19 grade hall to get to the high school hall.
20 She was walking and he up came from behind.
21 And that's when she turned around.
22      Q.   How close were you to the
23 incident?

1  A.  Approximately from here to you.

2  Q.  Could you hear everything that was
3  said?

4  A.  He was talking about macing her.

5  Q.  He was talking about macing her?
6  Prior to Jennifer -- Prior to him grabbing
7  her, was she cursing at all?

8  A.  She wasn't saying anything.  He
9  was grabbing her.

10  Q.  Did you ever hear him tell
11  Jennifer she was under arrest?

12  A.  No, sir.

13  Q.  And Jennifer was looking straight
14  ahead when he grabbed her?

15  A.  Walking towards Ms. Stewart's
16  class.

17  Q.  And he came up from the back and
18  grabbed her without saying anything?

19  A.  Yes, sir, he grabbed her.

20  Q.  And he said nothing?

21  A.  No, sir.

22  Q.  Okay.  From that point on, tell
23  the Court what you saw, him grabbing her.