IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE BOGAN, as next best friend on behalf of her minor daughter JENNIFER BOGAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv376-SRW |
| TOWN OF AUTAUGAVILLE, et al., | ) ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

For good cause, it is

ORDERED that a telephone status conference is scheduled for 4:00 p.m. on August 8, 2007. Counsel for the plaintiff is DIRECTED to set up the conference call.

DONE, this 19th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE