IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Johnnie Bogan, as next best friend on behalf of her minor daughter, J.B.<br><br>Plaintiffs,<br><br>vs.<br><br>Town of Autaugaville, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*     2:06-376-SRW<br>*<br>*<br>*<br>* |

**DEFENDANTS' WITNESS LIST**

COME NOW Defendants, by and through counsel, and state the following individuals which may be utilized as witnesses at the trial of this matter.

1. Mayor Curtis Jackson
   109 North Taylor Street
   P.O. Box 237
   Autaugaville, Alabama 36003

2. Le Van Johnson
   109 North Taylor Street
   Post Office Box 237
   Autaugaville, Alabama 36003

3. Maurice McLemore
   257 County Road 13 W
   Autaugaville, Alabama 36003

4. Latonya Bogan
   257 County Road 13 W
   Autaugaville, Alabama 36003

5. J.B.
   257 County Road 13 W
   Autaugaville, Alabama 36003

6. Johnnie Bogan
   257 County Road 13 W

       Autaugaville, Alabama 36003

7.    Latoya Bogan
       257 County Road 13 W
       Autaugaville, Alabama 36003

8.    Tequita Bogan
       257 County Road 13 W
       Autaugaville, Alabama 36003

9.    Representative/Custodian of Records
       Autauga County Board of Education

10.   Representative/Custodian of Records
       Town of Autaugaville
       109 North Taylor Street
       Post Office Box 237
       Autaugaville, Alabama 36003

11.   Michael McCollum
       109 North Taylor Street
       Post Office Box 237
       Autaugaville, Alabama 36003

12.   Santeria Wells
       203 South Autauga Street
       Autaugaville, Alabama 36003

13.   Officer Clay
       Town of Autaugaville
       109 North Taylor Street
       Post Office Box 237
       Autaugaville, Alabama 36003

14.   Officer Atwell
       Town of Autaugaville
       109 North Taylor Street
       Post Office Box 237
       Autaugaville, Alabama 36003

15.   John Clay
       Autaugaville High School
       2708 Dutch Bend St

        Autaugaville, Alabama 36003

16. Sharon Hickman
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

17. Leon May
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

18. Luther Calhoun
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

19. Vivian Stoudemire
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

20. Johnathan Davis
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

21. Ms. Booker
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

22. Shirley Gray
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

23. Brenda Wilson
    Autaugaville High School
    2708 Dutch Bend St
    Autaugaville, Alabama 36003

24. Bonita Stewart
    Autaugaville High School

        2708 Dutch Bend St
        Autaugaville, Alabama 36003

25.    Jessica Hill
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

26.    Akia Earle
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

27.    Ty Underwood
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

28.    Ms. Hunter
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

29.    Ms. Butler
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

30.    Mr. Zieglar
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

31.    Beverly Pickett
        Autaugaville High School
        2708 Dutch Bend St
        Autaugaville, Alabama 36003

32.    Barrin Owens
        Prattville, Alabama 36066


34.    Representative/Custodian of Record of Baptist Medical Center
        124 South Memorial Drive

Prattville, Alabama 36067

    s/ April W. McKay
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by electronic means through the Court's electronic filing system, an exact copy of the foregoing document to:

Jim L. Debardelaben
1505 Madison Avenue
Post Office Box 152
Montgomery, AL 36101-0152

This the 6th day of August, 2007.

    s/ April W. McKay
OF COUNSEL