IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHNNIE BOGAN, as next best friend** | ) | |
| **on behalf of her minor daughter** | ) | |
| **JENNIFER BOGAN** | ) | |
| | ) | |
| Plaintiff, | ) | CASE No.: 2:06-376-SRW |
| | ) | |
| vs. | ) | |
| | ) | |
| **TOWN OF AUTAUGAVILLE,et al.,** | ) | |
| | | |
| **Defendants.** | | |

### PLAINTIFF S WITNESS LIST

Comes now the Plaintiff, by and through her counsel fo record and lists the following witnesses which may or may not be called at the trial of this case:

1. Jennifer Bogan
   Autaugaville, Alabama 36003

2. Johnnie Bogan
   Autaugaville, Alabama 36003

3. Curtis Stoudemire
   Autaugaville, Alabama 36003

4. Bonita Stewart
   Autaugaville, Alabama 36003

5. Annie Anderson
   Autaugaville, Alabama 36003

6. Brenda Wilson
   Autaugaville, Alabama 36003

7. Beverly Carroll
   Autaugaville, Alabama 36003

8. Sharon Hickmon
   Autaugaville, Alabama 36003

9. J Krechtiya Sullen
   Autaugaville, Alabama 36003

10. Ashondria Sullen
    Autaugaville, Alabama 36003

11. Demarcius Davis
    Autaugaville, Alabama 36003

12. Bartin Owens
    Autaugaville, Alabama 36003

13. Le Van Johnson
    Autaugaville, Alabama 36003

14. Mike McCollum

15. Jose Clay
    Autaugaville, Alabama 36003

16. Joseph Larry Butler
    Prattville, Alabama

17. Curtis Jackson
    Autaugaville, Alabama

18. Laura Danford
    City Hall
    Prattville, Alabama

19. Eric Morris
    Prattville, Alabama

20. John Clay
    Autaugaville, Alabama

21. Any and All witnesses named by the Defendants.

22. Any and all witnesses discovered through future discovery.

Respectfully submitted this the 6th day of August, 2007.

/s/Jim L. DeBardelaben(DEB003)
/s/ Milton J. Westry (WES019)
Attorneys for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Milton J. Westry, Esq.
Attorneys At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 6th day of August, 2007.

Rick A. Howard, Esq.
Alex L. Holtsford, Jr., Esq.
April W. McKay
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128


                                          /s/ Jim L. DeBardelaben