IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BOGAN, as next best friend on behalf of her minor daughter, J. B., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO. 2:06cv376-SRW ) |
| TOWN OF AUTAUGAVILLE, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On September 26, 2007, the court held a mediation conference in this case. At the conclusion of the mediation conference, the parties announced that they have reached a settlement in this matter. For good cause, it is

ORDERED that on or before October 10, 2007, the parties shall file a joint stipulation of dismissal or other appropriate pleadings.

DONE, this 27th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE