IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNNIE BOGAN, as next best friend on behalf of her minor daughter JENNIFER BOGAN** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) |
| **TOWN OF AUTAUGAVILLE, A** Municipal Corporation organized under the laws of the State of Alabama; **LE VAN JOHNSON, Individually and in** his official capacity as Police Chief of the Town of Autaugaville; | ) ) ) ) ) ) ) |
| **Defendants.** | |

CASE NO: 2:06-376-SRW

### STIPULATION OF DISMISSAL

The undersigned parties, on behalf of their clients, inform the Court that this case has been resolved by mutual agreement. This case can now be dismissed with predjudice with each party to bear his or her own costs.

Respectfully submitted this the 5th day of October, 2007.

/s/Jim L. DeBardelaben
(DEB003)
Attorney for Plaintiffs

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
Attorneys At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

/s/Rick A. Howard
(HOW045)
Attorney for Defendants

**OF COUNSEL:**
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128