IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BOGAN, as next best friend on behalf of her minor daughter JENNIFER BOGAN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv376-SRW ) |
| TOWN OF AUTAUGAVILLE, et al., | ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the stipulation of dismissal filed by the parties on October 5, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice, with the parties to bear their own costs.

DONE, this 9th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE